Teresa C. Chow (SBN 237694)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:     310.820.8800
Facsimile:      310.820.8859
Email:             tchow@bakerlaw.com

Attorneys for Defendant
DIRECTTOU, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HOANG TO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTTOU, LLC,<br><br>Defendant. | Case No.:<br><br>*[Removed from Alameda County Superior Court, Case No. 24CV086809]*<br><br>**DEFENDANT'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS (CIV. L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)** |

**PLEASE TAKE NOTICE THAT** pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3-15, Defendant DirectToU, LLC ("Defendant"), by and through its undersigned counsel, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) may have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) may have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- CNA, which is Defendant's insurance carrier in connection with the claims asserted in the action;
- Project Panther Acquisition Corporation, which is the sole member of Defendant; and
- Alliance Entertainment Holding Corporation (AENT:NASDAQ), which is the sole owner and parent company of Project Panther Acquisition Corporation.

Dated: September 12, 2024

Respectfully submitted,

BAKER & HOSTETLER LLP

By: *Teresa Chow*
Teresa C. Chow

Attorneys for Defendant
DIRECTTOU, LLC

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS (CIV. L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)

# CERTIFICATE OF SERVICE

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 600 Montgomery Street, Suite 3100, San Francisco, CA 94111-2806. On September 12, 2024, I served a copy of the within document(s):

**DEFENDANT'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS (CIV. L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)**

☑  **By EMAIL** by electronically transmitting a copy of the document listed above via email to the address(es) as set forth below, in accordance with the parties' agreement to be served electronically pursuant to Code of Civil Procedure section 1010.6 and California Rule of Court 2.251(a) or court order. No error messages were received after said transmissions.

☑  **By FIRST-CLASS MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐  **By PERSONAL SERVICE:** by causing to be served on all other parties to this action by requesting that a messenger from Express Network deliver true copies of the above-named documents, enclosed in sealed envelopes addressed as indicated above.

☐  **By OVERNIGHT MAIL:** by overnight courier, I arranged for the above-referenced document(s) to be delivered to an authorized overnight courier service for delivery to the addressee(s) above, in an envelope or package designated by the overnight courier service with delivery fees paid or provided for.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 12, 2024, at San Francisco, California.



Michael Folger

- 3 -

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS (CIV. L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)

**SERVICE LIST**

| JULIAN HAMMOND<br>ADRIAN BARNES<br>POLINA BRANDLER<br>ARI CHERNIAK<br>HAMMONDLAW, P.C.<br>1201 Pacific Ave, 6th Floor<br>Tacoma, WA 98402<br>(310) 601-6766 (Office)<br>(310) 295-2385 (Fax)<br>Email:  acherniak@hammondlawpc.com<br>pbrandler@hammondlawpc.com<br>abarnes@hammondlawpc.com<br>jhammond@hammondlawpc.com<br><br>*Attorneys for Plaintiff* | |

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS (CIV. L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)