Teresa C. Chow (State Bar No. 237694)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars
Suite 2700
Los Angeles, CA  90067-4301
Telephone:	310.820.8800
Facsimile:	310.820.8859
Email:	tchow@bakerlaw.com

*Attorneys for Defendant*
DIRECTTOU, LLC

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HOANG TO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTTOU, LLC,<br><br>Defendant. | **CASE NO.: 3:24-CV-06447-WHO**<br><br>**MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (CIV. L.R. 6-3)**<br><br>*[Filed concurrently with Declaration; and Proposed Order]*<br><br>Initial CMC Date:  None<br>Time:            None |

**I.    INTRODUCTION**

Pursuant to Local Rule 6-3, Defendant DirectToU, LLC ("Defendant"), through its undersigned counsel, respectfully requests that the Court enlarge the time for Defendant to respond to Plaintiff's Complaint up to and including October 21, 2024.

**II.    BASIS FOR REQUEST TO ENLARGE TIME**

On August 15, 2024, Defendant was served with process in the state court action, and on September 3, 2024, counsel for Defendant reached out to counsel for Plaintiff to inform him that an earlier-filed class action against the same defendant was pending in the Southern District of Florida,[1] and asked if Plaintiff would voluntarily dismiss his action. Plaintiff declined to dismiss,

---

[1] *Feller, et al. v. Alliance Entertainment, LLC and DirectToU, LLC*, No. 0:24-CV-61444-RUIZ/AUGUSTIN-BIRCH (S.D. Fla. Aug. 8, 2024).

and Defendant removed this action to federal court on September 12, 2024. Because Defendant had not answered prior to removal, its deadline to respond to the Complaint is September 19, 2024.

Defendant requests additional time to respond to the Complaint so that it may further investigate the claims and determine the appropriate responsive pleading, particularly in light of the earlier-filed action in the Southern District of Florida. (Chow Decl. ¶ 4.)

### III.  EFFORTS MADE TO OBTAIN A STIPULATION

Defendant reached out to Plaintiff's counsel on September 13, 2024, and again on September 16, 2024 to request that Plaintiff agree to an extension of time, and Defendant attached a proposed stipulation for Plaintiff's review. Counsel for Plaintiff did not respond to the requests. (Chow Decl. ¶ 5.)

### IV.  HARM OR PREJUDICE IF COURT DOES NOT CHANGE TIME

The substantial harm or prejudice that would occur if this Motion is not granted is that Defendant would be required to respond to the Complaint on a compressed schedule. Plaintiff will suffer no prejudice if the requested brief enlargement of time is granted. (Chow Decl. ¶¶ 4, 6-8.)

### V.  DISCLOSURE OF PREVIOUS TIME MODIFICATIONS

No prior requests for modification of time have been sought in this case.

### VI.  IMPACT ON CASE SCHEDULE

The request for an extension does not impact the case schedule, as the Court has not yet set an initial case management conference.

/ / /

/ / /

/ / /

## VII. **CONCLUSION**

For the foregoing reasons, Defendant DirectToU, LLC respectfully requests that the Court extend its deadline to respond to the Complaint, up to and including October 21, 2024, in order to provide Defendant an opportunity to further investigate the claims and respond to the pleading.

Dated: September 18, 2024                    Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:  */s/ Teresa C. Chow*
     Teresa C. Chow

*Attorneys for Defendant*
DIRECTTOU, LLC

# CERTIFICATE OF SERVICE

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 600 Montgomery Street, Suite 3100, San Francisco, CA 94111-2806.  On September 18, 2024, I served a copy of the within document(s):

**MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (CIV. L.R. 6-3)**

☑ **By EMAIL** by electronically transmitting a copy of the document listed above via email to the address(es) as set forth below, in accordance with the parties' agreement to be served electronically pursuant to Code of Civil Procedure section 1010.6 and California Rule of Court 2.251(a) or court order. No error messages were received after said transmissions.

☑ **By FIRST-CLASS MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **By PERSONAL SERVICE:** by causing to be served on all other parties to this action by requesting that a messenger from Express Network deliver true copies of the above-named documents, enclosed in sealed envelopes addressed as indicated above.

☑ **By NOTICE OF ELECTRONIC FILING:** Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document(s) was(were) filed, and which constitutes service pursuant to FRCP 5(b)(2)(E).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on September 18, 2024, at San Francisco, California.



Michael Folger

**SERVICE LIST**

| JULIAN HAMMOND<br>ARI CHERNIAK<br>HAMMONDLAW, P.C.<br>1201 Pacific Ave, 6th Floor<br>Tacoma, WA 98402<br>(310) 601-6766 (Office)<br>(310) 295-2385 (Fax)<br>Email:  acherniak@hammondlawpc.com<br>jhammond@hammondlawpc.com<br><br>*Attorneys for Plaintiff*<br><br>**(via Email and Notice of Electronic Filing)** | ADRIAN BARNES<br>POLINA BRANDLER<br>HAMMONDLAW, P.C.<br>1201 Pacific Ave, 6th Floor<br>Tacoma, WA 98402<br>(310) 601-6766 (Office)<br>(310) 295-2385 (Fax)<br>Email:  pbrandler@hammondlawpc.com<br>abarnes@hammondlawpc.com<br><br>*Attorneys for Plaintiff*<br><br>**(via Email and First-Class Mail)** |
|---|---|

CERTIFICATE OF SERVICE