Teresa C. Chow (State Bar No. 237694)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA  90067-4301
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:  *tchow@bakerlaw.com*

*Attorneys for Defendant*
DIRECTTOU, LLC

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HOANG TO, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>DIRECTTOU, LLC,<br><br>  Defendant. | **CASE NO.: 3:24-CV-06447-WHO**<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND DEFENDANT DIRECTTOU, LLC'S RESPONSIVE PLEADING DEADLINE**<br><br>*[Filed concurrently with Stipulation]*<br><br>Action Removed:  09/12/2024<br>FAC Filed:  10/01/2024<br>Response Date:  10/21/2024<br>New Response Date:  11/04/2024 |

1  The Court, having considered the Parties' Stipulation to Extend Defendant
2  DirectToU, LLC's Responsive Pleading Deadline ("Stipulation") and for good cause
3  shown, rules as follows. IT IS HEREBY ORDERED that:

4  1.  The Stipulation is APPROVED.

5  2.  Defendant shall have up to, and including, November 4, 2024, to file a
6  response to the Plaintiff Jonathan Hoang To's First Amended Class Action
7  Complaint.

8  **IT SO ORDERED.**

Dated: October 28, 2024



The Honorable William H. Orrick
United States District Court Judge

[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND DEFENDANT
DIRECTTOU, LLC'S RESPONSIVE PLEADING DEADLINE
CASE NO.: 3:24-CV-06447-WHO