Julian Hammond (SBN 268489)
Ari Cherniak (SBN 290071)
**HAMMONDLAW, P.C.**
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
Telephone:    310.601.6766
Facsimile:    310.295.2385
Email: *jhammond@hammondlawpc.com*
Email: *acherniak@hammondlawpc.com*

*Attorneys for Plaintiff*
JONATHAN HOANG TO

Teresa C. Chow (State Bar No. 237694)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA  90067-4301
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:    *tchow@bakerlaw.com*

*Attorneys for Defendant*
DIRECTTOU, LLC

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HOANG TO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DIRECTTOU, LLC, <br><br> Defendant. | **CASE NO.: 3:24-CV-06447-WHO** <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Initial CMC Date:  December 17, 2024 <br> Time:    2:00 PM |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that the Parties to the above-entitled action have reached a settlement which disposes of this matter in its entirety, subject to preliminary approval, class notice, and other class action settlement proceedings. The parties have executed the settlement agreement and a motion for preliminary approval is forthcoming.

Dated: October 28, 2024  Respectfully submitted,

**HAMMONDLAW, P.C.**

By: */s/ Julian Hammond*
Julian Hammond

Dated: October 28, 2024  Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Teresa C. Chow*
Teresa C. Chow

*Attorneys for Defendant*
DIRECTTOU, LLC
*Attorneys for Plaintiff*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Julian Hammond, hereby certify that I have obtained the concurrence in the filing of this document from all signatories listed above. I further attest that I have on file records to support this concurrence for subsequent production to the Court if so ordered of for inspection upon request.

Dated: October 28, 2024  */s/ Julian Hammond*