Teresa C. Chow (State Bar No. 237694)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA  90067-4301
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:      tchow@bakerlaw.com

*Attorneys for Defendant*
DIRECTTOU, LLC

Julian Hammond (SBN 268489)
Ari Cherniak (SBN 290071)
**HAMMONDLAW, P.C.**
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
Telephone:  310.601.6766
Facsimile:  310.295.2385
Email:      jhammond@hammondlawpc.com
Email:      acherniak@hammondlawpc.com

*Attorneys for Plaintiff*
JONATHAN HOANG TO

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HOANG TO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTTOU, LLC,<br><br>　　　　Defendant. | **CASE NO.: 3:24-CV-06447-WHO**<br><br>**JOINT STIPULATION TO REMAND**<br><br>Initial CMC Date: December 17, 2024<br>Time:　　　　　　　2:00 PM |

Defendant DirectToU, LLC ("Defendant") and Plaintiff Jonathan Hoang To ("Plaintiff" and, together with Defendant, the "Parties"), hereby file this Stipulation respectfully seeking an order from the Court remanding this action to the Superior Court for the State of California, County of Alameda ("Stipulation"). The Parties file this Stipulation based on the following facts:

1. On August 12, 2024, Plaintiff filed this action in the Superior Court for the State of California, County of Alameda.

2. On September 12, 2024, Defendant removed this action to this Court.

3. On the evening of October 23, 2024, the Parties executed a class settlement agreement, subject to Court approval.

4. In order to avoid any issues related to standing that may impact this Court's Article III jurisdiction over the settlement, the Parties have agreed that this matter should be remanded to the Superior Court for the State of California, County of Alameda, so that the Parties may seek approval of the proposed settlement from the California state court of general jurisdiction.

**IT IS SO STIPULATED.**

Dated: October 28, 2024            Respectfully submitted,

                                   **BAKER & HOSTETLER LLP**

                                   By:   */s/Teresa C. Chow*
                                         Teresa C. Chow

                                   *Attorneys for Defendant*
                                   DIRECTTOU, LLC

Dated: October 28, 2024            Respectfully submitted,

                                   **HAMMONDLAW, P.C.**

                                   By:   */s/Julian Hammond*
                                         Julian Hammond

*Attorneys for Plaintiff*

### **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Julian Hammond, hereby certify that I have obtained the concurrence in the filing of this document from all signatories listed above. I further attest that I have on file records to support this concurrence for subsequent production to the Court if so ordered for inspection upon request.

Dated: October 28, 2024                             */s/ Julian Hammond*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                             _____
                                                                                Hon. William H. Orrick

- 3 -