JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
ADRIAN BARNES (SBN 253131)
abarnes@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pblandler@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
(310) 601-6766 (Office)
(310) 295-2385 (Fax)

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN HOANG TO,** individually and on behalf of all others similarly situated**,**<br><br>Plaintiff,<br><br>v.<br><br>**DIRECTTOU, LLC,** a Delaware Limited Liability Company<br><br>Defendant. | Case No 3:24-CV-06447-WHO<br><br>**JOINT STIPULATION TO FILE SECOND AMENDED COMPLAINT** |

TO THE HONORABLE COURT: Plaintiff JONATHAN HOANG TO ("Plaintiff") and Defendant DIRECTTOU, LLC ("Defendant," and together with Plaintiff, "the Parties"), by and through their respective undersigned attorneys of record, stipulate as follows:

1. As previously reported to the Court, the parties have reached a settlement which disposes of this matter in its entirety, subject to preliminary approval. Dkt. 16. On October 29, 2024, the parties filed a Joint Stipulation to Remand this matter to state court which the Court has not yet granted. Dkt. 18.

2. Plaintiff has asked that Defendant consent, pursuant to Federal Rule of Civil Procedure 15(a)(2), to Plaintiff filing a Second Amended Complaint, attached hereto as **Exhibit 1**, and Defendant has consented.

3. This Stipulation is without prejudice to Defendant's right to challenge, and assert all defenses it has to, the Second Amended Complaint and otherwise to defend itself against this lawsuit.

IT IS SO STIPULATED.

Dated: November 1, 2024

**BAKER & HOSTETLER LLP**

By: /s/ Teresa Chow
Teresa C. Chow

*Attorneys for Defendant*
DIRECTTOU, LLC

**HAMMONDLAW, P.C.**

By: /s/ Julian Hammond
Julian Hammond

*Attorneys for Plaintiff*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Julian Hammond, hereby certify that I have obtained the concurrence in the filing of the foregoing Stipulation from all other signatories listed above.