# EXHIBIT C

| Case | Monetary | Non-Monetary | Class Size | Notices Sent | Gross Recovery Per Member | Claims Rate |
|---|---|---|---|---|---|---|
| Young et al. v. Military Advantage, Inc., Case No. 2023LA000535 (Illinois Circuit Ct.) | $ 7,350,000.00 | Pixel Removed | 3,482,438 | 3,116,708 | $ 2.11 | 4.50% |
| Kyle Feldman v. Star Tribune Media Company LLC, Case No. 0:22-cv-01731-ECT-TNL (D. Minnesota) | $ 2,900,000.00 | Pixel Removed | 346,089 | 345,197 | $ 8.38 | 1.60% |
| Fiorentino v. FloSports, Inc, Case No. 1:22-cv-11502-Ak (D. Mass.) | $ 2,625,000.00 | Pixel Removed | 785,208 | 784,760 | $ 3.34 | 1.30% |
| Vela, et al. v. AMC Networks, Inc., Case No. 1:23-cv-02524-ALC (SDNY) | $ 8,300,000.00 | AMC+ Digital Subscription Extension (Up to $1M Value); Pixel Removed | 7,362,067 | 7,147,497 | $ 1.13 | 7.15% |
| Beltran et al. v. Sony Pictures Entertainment, Case No. 1:22-cv-04858 (Illinois ND) | $ 16,000,000.00 | Pixel Removed | 19,581,000 | 19,581,200 | $ 0.82 | 1.75% |
| Ambrose v. Boston Globe Media Partners, Case No.1:22-cv-10195-RGS (D. Mass.) | $ 4,000,000.00 | Boston Globe Digital Subscription Extension (Up to $1M Value); Pixel Removed | 516,125 | 509,881 | $ 7.75 | 2% |