Teresa C. Chow (State Bar No. 237694)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars
Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:  tchow@bakerlaw.com

*Attorneys for Defendant*
DIRECTTOU, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HOANG TO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTTOU, LLC,<br><br>Defendant. | CASE NO.: 3:24-CV-06447-WHO<br><br>**DECLARATION OF JEFFREY WALKER**<br><br>Initial CMC Date:  December 17, 2024<br>Time:                       2:00 PM |

## DECLARATION OF JEFFREY WALKER

I, Jeffrey Walker, declare as follows:

1. I am the Chief Executive Officer of DirectToU, LLC. I have personal knowledge of the matters in this Declaration and would be competent to testify thereto at a trial or hearing in this matter.

2. DirectToU, LLC has no ownership or other pecuniary interest in the Electronic Privacy Information Center, the proposed *cy pres* recipient.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of October 2024.

By: _____
Jeffrey Walker

DECLARATION OF JEFFREY WALKER
CASE NO.: 3:24-CV-06447-WHO