1  JULIAN HAMMOND (SBN 268489)
   jhammond@hammondlawpc.com
2  ADRIAN BARNES (SBN 253131)
   abarnes@hammondlawpc.com
3  POLINA BRANDLER (SBN 269086)
   pblandler@hammondlawpc.com
4  ARI CHERNIAK (SBN 290071)
   acherniak@hammondlawpc.com
5  HAMMONDLAW, P.C.
   1201 Pacific Ave, 6th Floor
6  Tacoma, WA 98402
   (310) 601-6766 (Office)
7  (310) 295-2385 (Fax)

8  *Attorneys for Plaintiff and the Putative Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN HOANG TO,** individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>**DIRECTTOU, LLC**, a Delaware Limited Liability Company,<br><br>  Defendant. | Case No. 3:24-CV-06447-WHO<br><br>**NOTICE OF ERRATA**<br><br>Judge:         Hon. William H. Orrick<br>Courtroom:     2<br>Hearing Date:  December 18, 2024<br>Hearing Time:  2:00 p.m. |

# NOTICE OF ERRATA

Plaintiff Jonathan Hoang To respectfully submits this notice of errata to the Motion for Preliminary Approval of Class Action Settlement, which was filed on November 4, 2024, Dkt. 26. The caption page for the Declaration of Julian Hammond in Support of that Motion ("Hammond Declaration"), Dkt. 26-1, describes the title of the document as "Plaintiff's Notice of Motion and Motion for Preliminary Approval of Class Action Settlement," rather than "Declaration of Julian Hammond in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement." In addition, Exhibits 1 through 4 to Hammond Declaration inadvertently bear coversheets that mark the Exhibits as A through D.

Plaintiff is concurrently filing a corrected Hammond Declaration with corrected caption page, and exhibits with corrected coversheets. There are no other changes to the original filed Declaration or exhibits.

Dated: November 5, 2024                                         Respectfully submitted,

                                                                HAMMONDLAW, P.C.


                                                                By: /s/ Julian Hammond
                                                                     Julian Hammond