UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HOANG TO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTTOU, LLC,<br><br>　　　　Defendant. | Case No. 24-cv-06447-WHO<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER AND SETTING A CASE MANAGEMENT CONFERENCE** |

Parties and proposed intervenors in this case have recently made several interrelated filings, including: a Motion to Intervene and to Dismiss, Transfer, or Stay; a Joint Stipulation to Remand; and a Motion for Preliminary Approval of Class Action Settlement. *See* Dkt. Nos. 14, 18, 26. A final decision on any one of these filings could be case dispositive. Plaintiff and defendant are also sending contrary signals – asking for me to remand this action to state court, but then to keep the case and approve their proposed class action settlement.

In order to resolve the competing issues in an orderly manner, and to hear from all interested parties on the most efficient way forward, a Case Management Conference is set for November 12, 2024, at 2:00 p.m. by Zoom videoconference. Each party's lead counsel and lead counsel of the proposed intervenors shall attend. The parties and the proposed intervenors shall meet and confer by 3:00 p.m. on Friday, November 8, 2024. A joint Case Management Conference Statement shall be filed by 9:00 a.m. on Tuesday, November 12, 2024. That Statement shall provide a brief background on the issues in this case as well as when plaintiff counsel and proposed intervenor counsel each began investigating the case and when defense

counsel and plaintiff counsel in this case first communicated.  The Statement shall also include an agreed-to scheduling proposal to address the pending motions and stipulation, or if agreement cannot be reached, competing proposals from the parties/proposed intervenors.

Dated: November 5, 2024

WILLIAM H. ORRICK
United States District Judge