# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** November 13, 2024 | **Time:** 2 minutes 1:58 p.m. to 2:00 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 24-cv-06447-WHO | **Case Name:** Hoang To v. Directtou, LLC | |

**Attorneys for Plaintiff:** Julian A. Hammond, Polina Brandler, and Frank Hedin
**Attorneys for Defendant:** Joel C. Griswold and Bonnie L. Keane DelGobbo
**Attorneys for Intervenor:** Frank S. Hedin

**Deputy Clerk:** Jean Davis                     **Court Reporter:** LeeAnne Shortridge

## PROCEEDINGS

Case Management Conference conducted via videoconference. The Court would like to hear both pending motions on December 4, 2024, assuming that both motions are fully briefed. Intervenor believes that the briefing can be completed by 11/18/2024; as such, the motion hearings will be consolidated and conducted on **December 4, 2024 at 2:00 p.m.** via videoconference.