Frank S. Hedin (SBN 291289)
Hedin LLP
535 Mission Street, 14th Floor
San Francisco, CA 94105
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

*Counsel for Proposed Intervenors*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JONATHAN HOANG TO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

DIRECTTOU, LLC,

Defendant,

and,

DOUGLAS FELLER; JEFFRY HEISE; JOSEPH MULL, individually and on behalf of all others similarly situated,

Proposed Plaintiff-Intervenors.

Case No. 24-cv-06447-WHO

**DECLARATION OF TYLER K. SOMES IN SUPPORT OF PROPOSED INTERVENORS' OBJECTIONS TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Date: December 4, 2024
Time: 2:00 PM
Judge: Hon. William H. Orrick
Courtroom: 2

I, Tyler K. Somes, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1. I am an attorney at the law firm Hedin LLP and a member in good standing of the District of Columbia Bar, and I submit this declaration in support of Proposed Intervenors' Objections to Plaintiff's Motion for Preliminary Approval of Class Action Settlement filed by Plaintiff Jonathan Hoang To in the above-captioned action..

2. From 2021 to 2022, I served as law clerk to the Honorable Richard C. Wesley, Senior Judge on the United States Court of Appeals for the Second Circuit.

3. Before joining Hedin LLP, I worked for four years at a large commercial law firm in Washington, DC and Austin, Texas, where I represented plaintiffs and defendants in a range of commercial litigation matters.

4. I joined Hedin LLP in August 2024.

5. Frank Hedin is the founder of Hedin LLP.

6. Hedin LLP represents Douglas Feller, Jeffry Heise, and Joseph Mull, the Plaintiffs in the putative class action pending in the U.S. District Court for the Southern District of Florida titled *Feller, et. al. v. Alliance Entertainment, LLC, et. al.*, No. 0:24-cv-61444-RAR (S.D. Fla., filed Aug. 8, 2024) (hereinafter the "*Feller* Action"), and Proposed Intervenors in the above-captioned action.

7. A history of both the *Feller* Action and the instant action is described in the Declaration of Frank S. Hedin filed on the docket of the instant action as ECF No. 15.

8. Julian Hammond is the founder of HammondLaw.

9. HammondLaw represents the Plaintiff, Jonathan Hoang To, in the instant action.

10. On Wednesday, November 13, 2024, Mr. Hedin forwarded me an email from Mr. Hammond (jhammond@hammondlawpc.com) entitled "Time for a quick call?". The email from Mr. Hammond contained no text in the body, only the subject line.

11. Mr. Hedin asked if I would join the proposed call with Mr. Hammond because he did not want to attend the call alone. I responded that I would join the call. *See* **Exhibit 1** hereto.

12. About forty-five minutes later, Mr. Hedin called my phone. After answering the line, Mr. Hedin placed our call on hold and dialed Mr. Hammond. Mr. Hammond promptly answered. Mr. Hammond requested to add his associate, Polina Brandler, to the call, but was unable to conference her in due to a technical difficulty. I volunteered to dial her and combine the calls. She promptly answered and I combined the calls

13. Mr. Hammond opened the call by noting that there was a lot of motion practice coming up in the instant case. He asked Mr. Hedin whether he had any way of resolving the motions in mind. Mr. Hedin answered that he did not.

14. Mr. Hammond then proposed to provide Hedin LLP a payment equal to "ten percent" of the attorneys' fees his firm stood to recover in the instant action if the pending settlement is approved. In exchange, he proposed that Hedin LLP would withdraw its clients' pending motions.

15. Mr. Hedin responded that his firm would confer with its clients and get back to Mr. Hammond with an answer. The call then ended.

16. Later that day, after Hedin LLP conferred with its clients, Mr. Hedin sent the following message to Mr. Hammond, copying both myself and Ms. Brandler: "Julian, What you proposed on our call – you giving us 10% of your fee in exchange for our clients withdrawing their motions and supporting your settlement – is rejected." *See* **Exhibit 2** hereto.

I declare, under penalty of perjury, pursuant to the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of November 2024, in Washington, DC.

*/s/ Tyler K. Somes*
Tyler K. Somes