JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
ADRIAN BARNES (SBN 253131)
abarnes@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pblandler@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
(310) 601-6766 (Office)
(310) 295-2385 (Fax)

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN HOANG TO,** individually and on behalf of all others similarly situated**,**<br><br>Plaintiff,<br><br>v.<br><br>**DIRECTTOU, LLC,** a Delaware Limited Liability Company<br><br>Defendant. | Case No 3:24-CV-06447-WHO<br><br>**STIPULATION TO VACATE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED RULE 26 DEADLINES; [PROPOSED] ORDER** |

Plaintiff Jonathan Hoang To and Defendant DirectToU LLC hereby stipulate and request that the Court vacate the Initial Case Management Conference, and related Rule 26 deadlines, as follows:

1. Defendant removed this case on September 12, 2024. Dkt. 1. On October 7, 2024, the Court set the Initial Status Conference for December 17, 2024. Dkt. 11. Pursuant to FRCP Rule 26, Civil Local Rule 3-15, and ADR Local Rule 3, the following dates and deadlines apply:

| Case Management Event | Deadline |
| --- | --- |
| Deadline to file ADR Certification. | 11/26/2024 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 11/26/2024 |
| Deadline to exchange initial disclosures | 12/10/2024 |
| Deadline to file Joint Status Conference Statement | 12/10/2024 |
| Initial Status Conference | 12/17/2024 at 2:00 p.m. |

2. Plaintiff filed his Motion for Preliminary Approval of Class Action Settlement on November 4, 2024. Dkt. 26. The hearing date for that Motion is December 4, 2024. Dkt. 37.

3. On October 28, 2024, proposed intervenors filed a Motion to Intervene and Dismiss, or Alternatively, Transfer to the Southern District of Florida. Dkt. 14. That Motion is also set for hearing on December 4, 2024. Dkt. 17.

4. Resolution of the pending Motions set for hearing on December 4, 2024 will have a significant impact on how this case proceeds and may avoid the need for any of the case events identified in Paragraph 1.

5. To conserve the resources of the parties, and the Court, the Parties respectfully request that the Court vacate the Initial Case Management Conference, and related Rule 26 deadlines.

6. This requested change will not require changes to any other deadlines in this case.

///

IT IS SO STIPULATED.

Dated: November 18, 2024                           **BAKER & HOSTETLER LLP**

                                                  By:    /s/ Bonnie DelGobbo
                                                         Bonnie DelGobbo
                                                         *Attorneys for Defendant* DIRECTTOU, LLC

Dated: November 18, 2024

                                                  **HAMMONDLAW, P.C.**

                                                  By:    /s/ Julian Hammond
                                                         Julian Hammond
                                                         *Attorneys for Plaintiff*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I certify that I have obtained the concurrence in the filing of this document from all signatories listed above.

                                                          /s/ Julian Hammond
                                                          Julian Hammond
                                                          *Attorneys for Plaintiff*

**PROPOSED ORDER**

**PURSUANT TO THE STIPULATION, THE COURT ORDERS AS FOLLOWS:**

The Initial Case Management Conference, set for December 17, 2024, and related Rule 26 deadlines, are hereby vacated. **IT IS SO ORDERED.**

Dated:_____

                                            HON. WILLIAM H. ORRICK
                                            UNITED STATES DISTRICT JUDGE