JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
(310) 601-6766 (Office)
(310) 295-2385 (Fax)

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN HOANG TO,** individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       vs.<br><br>**DIRECTTOU, LLC**, a Delaware Limited Liability Company,<br><br>       Defendant. | Case No. 3:24-CV-06447-WHO<br><br>**PLAINTIFF'S NOTICE OF ORDER IN** ***FELLER, ET AL. V. ALLIANCE ENTERTAINMENT, LLC, ET AL.*****;****<br>EXHIBIT A** |

PLEASE TAKE NOTICE that, on January 28, 2025, the United States District Court for the Southern District of Florida entered an Order that, *inter alia*, continued the stay of the *Feller, et al. v. Alliance Entertainment, LLC, et al.,* No. 24-cv-71444-RAR (S.D. Fla.) action on the grounds that "litigation remains active in the Hoang To action on a number of fronts, including on matters that may be case-dispositive in this action." The full text of the Order is included in **Exhibit A** hereto.

Respectfully submitted,

Dated: January 29, 2025           HAMMONDLAW, P.C.

By: */s/ Polina Brandler*
Polina Brandler