# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** February 4, 2025 | **Time:** 8 minutes<br>2:19 p.m. to 2:27 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 24-cv-06447-WHO | **Case Name:** Hoang To v. Directtou, LLC | |

**Attorneys for Plaintiff:** Julian A. Hammond and Polina Brandler (Frank Hedin also appearing)
**Attorneys for Defendant:** Joel C. Griswold

**Deputy Clerk:** Jean Davis           **Court Reporter:** Marla Knox

# PROCEEDINGS

Case Management Conference conducted via videoconference. The Court discusses defendant's pending motions, the Feller litigation and their perspective on the best way to proceed. The Court grants plaintiffs leave to file a third amended complaint (which they say will be filed within a week). Court will address defendant's motions when they are fully briefed. A further CMC will be set once the pending and anticipated motions are briefed.

The Court denies plaintiff's request that discovery be opened immediately.