JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
ADRIAN BARNES (SBN 253131)
abarnes@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pblandler@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
(310) 601-6766 (Office)
(310) 295-2385 (Fax)

FRANK S. HEDIN (SBN 291289)
fhedin@hedinllp.com
HEDIN LLP
1395 Brickell Ave, Suite 610
Miami, Florida 33131
(305) 357-2107 (Office)
(305) 200-8801 (Fax)

*Attorneys for Plaintiffs and the Putative Classes*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN HOANG TO; JEFFRY HEISE; and JOSEPH MULL,** individually and on behalf of all others similarly situated**,**<br><br>Plaintiffs,<br><br>v.<br><br>**DIRECTTOU, LLC,** a Delaware Limited Liability Company<br><br>Defendant. | Case No. 3:24-CV-06447-WHO<br><br>**DECLARATION OF JULIAN HAMMOND IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, TRANSFER, OR STAY UNDER THE FIRST-TO-FILE RULE**<br><br>Judge: Hon. William H. Orrick<br>Courtroom: 2<br>Hearing Date: March 5, 2025<br>Hearing Time: 2:00 p.m. |

I, Julian Hammond, declare as follows:

1. I am a member in good standing of the Bar of the State of California and counsel of record for Plaintiffs and the putative Class. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. After Plaintiff Hoang To and Defendant DirectToU, LLC entered into a Class Action Settlement Agreement, Defendant, on October 24, 2024, moved the court in the related action *Feller v. Alliance Entertainment, LLC,* No. 24-cv-61444-RAR (S.D. Fla.) (the "*Feller* Action") to stay the *Feller* Action pending resolution of the motion for preliminary approval of the Class Action Settlement in this action, and on November 12, 2024, the court in *Feller* granted Defendant's motion, staying the *Feller* Action pending the approval process in this case and administratively closing the *Feller* Action.

3. Pursuant to the Court's Order denying Plaintiff Hoang To's Motion for Preliminary Approval, Plaintiff Hoang To and Defendant met and conferred with Defendant regarding additional discovery as to the non-Meta VPPA claim.

4. During the meet and confer process it became apparent to Plaintiff that additional discovery, including third party discovery, was needed in order to properly evaluate the non-Meta pixel claims. However, the parties were unable to reach agreement on additional discovery, and Plaintiff filed a motion on January 17, 2025, to open limited discovery focused on the non-Meta VPPA claim.

5. On January 28, 2025, after Defendant and *Feller* Plaintiffs informed the court of the status of the instant case, the court presiding over the *Feller* Action extended the stay of the *Feller* Action.

6. Counsel for Plaintiff Hoang To and Plaintiffs Heise and Feller (who were formerly plaintiffs in the *Feller* Action) recently agreed to jointly prosecute this action on behalf of the proposed Class and California subclass.

///

7. On February 7, 2025, Plaintiff Hoang To filed a Third Amended Complaint, which, *inter alia*, adds Jeffry Heise and Joseph Mull (two of the three plaintiffs in the *Feller*

Action) as Plaintiffs in this case, to serve alongside Plaintiff Hoang To as putative representatives of the Class.[1]

8. Also on February 7, 2025, promptly following the filing of the Third Amended Complaint in this case, the plaintiffs in the *Feller* Action filed a Notice of Voluntary Dismissal in the *Feller* Action pursuant to Federal Rule of Civil Procedure 41(a)(1). The Court dismissed the *Feller* Action without prejudice the same day.

9. Prior to its dismissal, the *Feller* Action had not advanced past the pleadings stage. Defendant's motion to dismiss pursuant to 12(b)(6) had not been decided (or even fully briefed), Defendant had not produced any documents responsive to the plaintiffs' first set of written discovery requests, and no third party had formally responded to any of the subpoenas for documents issued by the *Feller* plaintiffs.

10. Plaintiffs in this case (Plaintiff Hoang To, the Plaintiff who initiated this action, together with Plaintiffs Heise and Mull, formerly the plaintiffs in the now-dismissed *Feller* Action and presently Plaintiffs in this case) are prepared to promptly serve, as soon as discovery commences, targeted discovery requests and third-party subpoenas similar to those previously served in the *Feller* Action.

I hereby declare under penalty of perjury of the laws of the United States that the foregoing statements are true and correct. Executed on February 10, 2025.

                                               */s/ Julian Hammond*
                                               Julian Hammond

---

[1] The third named plaintiff in the *Feller* Action, Douglas Feller, was not added as a named plaintiff in the instant case because he no longer wishes to be involved in this litigation.