Teresa C. Chow (State Bar No. 237694)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars
Suite 2700
Los Angeles, CA  90067-4301
Telephone:	310.820.8800
Facsimile:	310.820.8859
Email:	tchow@bakerlaw.com

Bonnie Keane DelGobbo (*pro hac vice*)
Joel C. Griswold (*pro hac vice*)
**BAKER & HOSTETLER LLP**
One North Wacker Drive
Suite 3700
Chicago, IL  60606
Telephone:	312.416.6200
Facsimile:	312.416.6201
Email:	bdelgobbo@bakerlaw.com
Email:	jcgriswold@bakerlaw.com

*Attorneys for Defendant*
DIRECTTOU, LLC

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HOANG TO; JEFFRY HEISE; and JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTTOU, LLC; and ALLIANCE ENTERTAINMENT, LLC,<br><br>Defendant. | CASE NO.: 3:24-CV-06447-WHO<br><br>**DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS, TRANSFER, OR STAY UNDER THE FIRST-TO-FILE RULE**<br><br>Hearing:	March 5, 2025<br>Time:	2:00 PM |

**TO THE COURT, AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on February 7, 2025, the case captioned *Feller, et al. v. Alliance Entertainment, LLC and DirectToU, LLC*, Case No. 0:24-cv-61444-RAR (S.D. Fla. August 8, 2024) (the "Feller Action") was voluntarily dismissed. Defendant DirectToU, LLC hereby withdraws its pending Motion to Dismiss, Transfer, or Stay Under the First-to-File Rule (ECF 62) because it has been rendered moot by the dismissal of the Feller Action.

Dated: February 11, 2025          Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:   /s/Bonnie Keane DelGobbo
         Bonnie Keane DelGobbo

*Attorneys for Defendants*
DIRECTTOU, LLC and ALLIANCE ENTERTAINMENT, LLC

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS, TRANSFER, OR STAY
UNDER THE FIRST-TO-FILE RULE
CASE NO.: 3:24-CV-06447-WHO