| | |
|---|---|
| 1 | Teresa C. Chow (State Bar No. 237694) |
| 2 | **BAKER & HOSTETLER LLP**<br>1900 Avenue of the Stars |
| 3 | Suite 2700<br>Los Angeles, CA  90067-4301 |
| 4 | Telephone:	310.820.8800<br>Facsimile:	310.820.8859 |
| 5 | Email:	tchow@bakerlaw.com |
| 6 | Bonnie Keane DelGobbo (*pro hac vice*)<br>Joel C. Griswold (*pro hac vice*) |
| 7 | **BAKER & HOSTETLER LLP**<br>One North Wacker Drive |
| 8 | Suite 3700<br>Chicago, IL  60606 |
| 9 | Telephone:	312.416.6200<br>Facsimile:	312.416.6201 |
| 10 | Email:	bdelgobbo@bakerlaw.com<br>Email:	jcgriswold@bakerlaw.com |
| 12 | *Attorneys for Defendants*<br>DIRECTTOU, LLC and ALLIANCE |
| 13 | ENTERTAINMENT, LLC |

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN HOANG TO; JEFFRY HEISE; and JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECTTOU, LLC; and ALLIANCE ENTERTAINMENT, LLC,<br><br>Defendants. | **Case No.: 3:24-cv-06447-WHO**<br><br>*[Removed from Alameda County Superior Court, Case No. 24CV086809]*<br><br>**DEFENDANTS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS (CIV. L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)** |

**PLEASE TAKE NOTICE THAT** pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3-15, Defendants DirectToU, LLC and Alliance Entertainment, LLC ("collectively, Defendants"), by and through their undersigned counsel, certify that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or

other entities (i) may have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) may have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- DirectToU, LLC;
- Alliance Entertainment, LLC;
- CNA, which is Defendants' insurance carrier in connection with the claims asserted in the action;
- Project Panther Acquisition Corporation, which is the sole member of Defendants; and
- Alliance Entertainment Holding Corporation (AENT:NASDAQ), which is the sole owner and parent company of Project Panther Acquisition Corporation.

Dated:    February 11, 2025

Respectfully submitted,

BAKER & HOSTETLER LLP

By:    /s/Bonnie Keane DelGobbo
       Bonnie Keane DelGobbo

Attorneys for Defendants
DIRECTTOU, LLC and ALLIANCE ENTERTAINMENT, LLC