# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HOANG TO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIRECTTOU, LLC,<br><br>　　　　Defendant. | CASE NO.: 3:24-CV-06447-WHO<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND DEFENDANTS DIRECTTOU, LLC'S AND ALLIANCE ENTERTAINMENT, LLC'S RESPONSIVE PLEADING DEADLINES**<br><br>*[Filed concurrently with Stipulation]*<br><br>Action Removed:　09/12/2024<br>TAC Filed:　　　02/07/2025<br>Response Date:　03/03/2025<br>New Response Date:　03/10/2025 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

The Court, having considered the Parties' Stipulation to Extend Defendants DirectToU, LLC's and Alliance Entertainment, LLC's Responsive Pleading Deadlines ("Stipulation") and for good cause shown, rules as follows. IT IS HEREBY ORDERED that:

1. The Stipulation is APPROVED.

2. Defendants shall have up to, and including, March 10, 2025, to file a response to the Third Amended Class Action Complaint.

**IT SO ORDERED.**

Dated: _____, 2025

_____
The Honorable William H. Orrick
United States District Court Judge