BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN HOANG TO, JEFFRY HEISE, and JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTTOU, LLC and ALLIANCE ENTERTAINMENT, LLC,<br><br>Defendants. | **CASE NO.: 3:24-CV-06447-WHO**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL ARBITRATION AND STAY**<br><br>*[Filed concurrently with Notice of Motion; Motion; Memorandum of Points and Authorities; and Declarations]*<br><br>Hearing:  April 16, 2025<br>Time:     2:00 PM |

Defendants DirectToU, LLC and Alliance Entertainment, LLC's Motion to Compel Arbitration was heard by this Court on April 16, 2025 via Zoom, with Judge William Orrick presiding. Having considered the papers filed by the Parties, the documents and files in the Court's record for this case, and the arguments of counsel, and finding good cause therefore, IT IS HEREBY ORDERED that:

1. Defendants' Motion to Compel Arbitration and Stay is **GRANTED**.

2. Plaintiffs, should they wish to continue to pursue their legal claims, must do so in individual arbitration as provided by the applicable Terms of Use.

3. The action is stayed pending arbitration.

**IT SO ORDERED.**

Dated: _____, 2025        _____
                                          The Honorable William H. Orrick
                                          United States District Court Judge