1  Teresa C. Chow (State Bar No. 237694)
   **BAKER & HOSTETLER LLP**
2  1900 Avenue of the Stars
   Suite 2700
3  Los Angeles, CA  90067-4301
   Telephone:    310.820.8800
4  Facsimile:    310.820.8859
   Email:        *tchow@bakerlaw.com*
5

6  Bonnie Keane DelGobbo (*pro hac vice*)
   Joel C. Griswold (*pro hac vice*)
7  **BAKER & HOSTETLER LLP**
   One North Wacker Drive
8  Suite 3700
   Chicago, IL  60606
9  Telephone:    312.416.6200
   Facsimile:    312.416.6201
10 Email:        *bdelgobbo@bakerlaw.com*
   Email:        *jcgriswold@bakerlaw.com*
11

12 *Attorneys for Defendants*
   DIRECTTOU, LLC and ALLIANCE
13 ENTERTAINMENT, LLC

14                    **IN THE UNITED STATES DISTRICT COURT**

15                      **NORTHERN DISTRICT OF CALIFORNIA**

16 JONATHAN HOANG TO, JEFFRY HEISE,      )  **CASE NO.: 3:24-CV-06447-WHO**
   and JOSEPH MULL, individually and on  )
17 behalf of all others similarly situated, )  **DECLARATION OF TIM HINSLEY IN**
                                          )  **SUPPORT OF MOTION TO STAY**
18              Plaintiff,                 )  **AND COMPEL ARBITRATION**
                                          )
19        v.                              )  *[Filed concurrently with Notice of Motion;*
                                          )  *Motion; Memorandum of Points and*
20 DIRECTTOU, LLC and ALLIANCE            )  *Authorities; Declaration; and Proposed*
   ENTERTAINMENT, LLC,                    )  *Order]*
21                                        )
              Defendants.                 )  Hearing:    April 16, 2025
22                                        )  Time:       2:00 PM
                                          )
23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# **DECLARATION OF TIM HINSLEY**

I, Tim Hinsley, declare as follows:

1.      I am over the age of 18 years old. I am the General Manager of DirectToU, LLC ("DirectToU"). I have worked at DirectToU since January 2011. I make this declaration in support of DirectToU and Alliance Entertainment, LLC's ("Alliance") (collectively, "Defendants") Motion to Stay and Compel Arbitration. If called to testify regarding the facts set forth in this declaration, I could and would testify competently thereto.

2.      I make this declaration in Support of Defendants' concurrently filed Motion to Stay and Compel Arbitration ("Motion").

3.      DirectToU and Alliance have the same parent company and are corporate affiliates.

4.      DirectToU owns and operates the websites www.deepdiscount.com, www.ccvideo.com, and www.moviesunlimited.com (individually the "Website" or collectively the "Websites") on which products are sold directly to customers.

5.      A true and correct copy of the Terms of Use available on www.deepdiscount.com is attached hereto as Exhibit 1. The text of the Terms of Use has been the same from before May 4, 2021 through the present.

6.      A true and correct copy of the Terms of Use available on www.ccvideo.com is attached hereto as Exhibit 2. The text of the Terms of Use has been the same from before May 4, 2021 through the present.

7.      A true and correct copy of the Terms of Use available on www.moviesunlimited.com is attached hereto as Exhibit 3. The text of the Terms of Use has been the same from before May 4, 2021 through the present.

8.      To purchase a product online, the Websites each require a customer to complete the same series of steps, which have been in place on each Website from May 4, 2021 through the present.

9.      To make a purchase on any of the Websites, a customer first must put the items they want to purchase into their shopping cart, initiate the checkout process, and then input

shipping, billing, and payment information. After the customer has provided this information, a final checkout screen appears summarizing the customer's shipping address, billing method, items in cart, and order summary (including pricing). A true and correct copy of an example of this final checkout screen which appears on each of the Websites is attached hereto as Exhibit 4, with personal information redacted.

10. When a customer first lands on the final checkout screen exemplified in Exhibit 4, the box immediately to the left of the words, "I acknowledge that I have read and agree to the Terms of Use" is unchecked and the "PLACE ORDER" button is grayed out and inactive (i.e., the "PLACE ORDER" button cannot be clicked by the customer). In order to submit the order on any of the Websites, the customer must assent to the Terms of Use on the Website they are using by taking affirmative action to click the checkbox to the left of the words, "I acknowledge that I have read and agree to the Terms of Use" on the final checkout screen illustrated in Exhibit 4. The "PLACE ORDER" button becomes active only when the checkbox is clicked and immediately becomes inactive again during any time period that the checkbox is unclicked. In other words, it is impossible for a customer to place an order on any of the Websites without affirmatively checking the box indicating that the customer has read and agreed to the Terms of Use because the "PLACE ORDER" button is active only when that checkbox is clicked.

11. On each of the Websites, the words "I acknowledge that I have read and agree to the Terms of Use" on the final checkout screen exemplified in Exhibit 4 are in blue underlined text which indicates the presence of a hyperlink so that a customer can open and review the Terms of Use prior to deciding whether to consent. When a customer clicks on this hyperlink, they are brought to the Terms of Use page that corresponds to the Website they are using, which contains the full text of the applicable Terms of Use contained in Exhibits 1-3.

12. This process and information described in Paragraphs 8-11 above has been the same on each of the Websites from May 4, 2021 through the present.

13. In addition, I have reviewed business records kept in the ordinary course of DirectToU's business operations concerning customer purchases on the Websites. Each purchase

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

on each Website is recorded at or near the time of the purchase in DirectToU's record-keeping system. Tracking customer orders and returns is a regular practice and takes place for all customers of DirectToU's Websites.

14.     In particular, I reviewed information in DirectToU's business records regarding Jeffry Heise, Joseph Mull, and Jonathan Hoang To's (collectively, "Plaintiffs") respective purchase history on the Websites. A true and correct copy of DirectToU's business records reflecting Plaintiffs' purchase history on the Websites is attached hereto as **Exhibit 5**.  All information except for Plaintiffs' names, city and state (which correspond to the locations Plaintiffs allege in the Third Amended Complaint), and dates of purchases have been redacted for purposes of this Declaration. As reflected in **Exhibit 5**, Plaintiffs all made multiple purchases on one or more of the Websites between May 4, 2021 and the present.

15.     Because the checkout process described in Paragraphs 8-11 above has been in place since May 4, 2021, and because Plaintiffs all made purchases on the Websites after that date, each Plaintiff would have assented to the Terms of Use by affirmatively checking the box next to the language "I acknowledge that I have read and agree to the Terms of Use," as described in Paragraphs 8-11 above. Without checking the box, Plaintiffs would not have been able to complete their purchases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of March, 2025 at Sacramento, California.

By:     _Tim Hinsley_
        Tim Hinsley
        General Manager

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# EXHIBIT 1

DeepDiscount

Terms of Use

PLEASE READ THESE TERMS OF USE CAREFULLY BEFORE USING THIS SITE TO BE SURE YOU UNDERSTAND THEM COMPLETELY. USE OF THIS SITE CONSTITUTES YOUR AGREEMENT TO BE BOUND BY AND ADHERE TO THESE TERMS OF USE.

These Terms Of Use ("TOU" or "Terms of Use") govern your access to and use of this web site ("web site" or "site") operated by DeepDiscount, its parent companies, subsidiaries, or affiliates (collectively "DeepDiscount" or "DeepDiscount Platform"). These Terms of Use are a legally binding agreement between you and DeepDiscount, and contain important information about our site and your use of our site. If you do not agree to these Terms of Use, please do not use the site.

1. Ownership of Content

DeepDiscount web sites may offer featured articles, pictures, information, digital images, games, surveys, contests and sweepstakes, advertising, logos, trademarks and other content (collectively referred to hereinafter as "Content," but excluding specifically User Content as defined below) we hope will be of interest to our visitors. Content may be in the form of text, data, music, sound, graphics, images, pictures, photographs, videos, software or other forms now known or later invented. DeepDiscount makes no representations or warranties that the Content is available, appropriate or legal to access. Except for User Content (as hereinafter defined), all Content posted on or otherwise available via this site is owned by DeepDiscount or used with authorization. Please feel free to browse the site, but you must respect the rules and restrictions set forth in these TOU and our intellectual property rights as set forth in these TOU. Please note that downloading software, information, data or images from this site does not give you title or other rights to such Content.

2. Restrictions on the Use of the Site

As a condition of using this site, you agree that you will not:

- (a) Without the prior written consent of DeepDiscount, modify, distribute, transmit, display, perform, reproduce, publish, license, create derivative works of, transfer, or sell any Content;

- (b) Submit, display, or transmit any User Content (as hereinafter defined) that infringes any patent, trademark, trade secret, copyright or other proprietary rights of any party, or User Content that you do not have a right to make available under any law or under contractual or fiduciary relationships;

DeepDiscount

- (c) Submit, display, or transmit any User Content that exceeds DeepDiscount's capacity limits or for which you do not own or have the necessary and appropriate rights;

- (d) Submit, display, or transmit any spam, duplicative messages, unauthorized promotions or advertisements, surveys, contests, chain letters, or pyramid schemes;

- (e) Forge headers, create a false identity, or otherwise manipulate identifiers in order to deceive others or disguise the origin of any User Content transmitted to or via the site;

- (f) Use the site to threaten, defame, abuse, assault, stalk, harass or otherwise violate the rights of any other person or entity, including without limitation rights of privacy or publicity;

- (g) Publish, post, display, offer, or disseminate any profane, obscene, indecent, unlawful, terroristic, violent, or hateful User Content;

- (h) Collect, store, publish, post, sell, transmit, or disclose personal data about other users of the site; or

- (i) Monitor or copy Content.

Site Security Use Restrictions

DeepDiscount takes the security of this web site and its other web sites seriously. Therefore, in addition to the restrictions set forth above, you may not:

- (a) interfere or attempt to interfere with the proper working of this web site or any activity or service on this web site by using any robot, "bot," spider, crawler, engine, device, software, tool, routine or any other automatic device or manual process of any like or kind without our written permission, or engage in any activity which interferes with the proper working of or access to this site or to any host or network;

- (b) attempt to access data or information not intended for you or log onto a server or account that you are not authorized to access;

- (c) access or attempt to access any system or servers on which the site is hosted or modify or alter the site in any way;

- (d) upload or otherwise transmit files that contain viruses, worms, Trojan horses, malicious code, spyware, adware, sniffers, corrupted files, or similar software or programs;

DeepDiscount

- (e) restrict or prevent any other user from using the site and/or any products, services, or Content posted on or offered through the site;

- (f) post or upload User Content (as hereinafter defined) that disrupts the normal flow of dialogue with an excessive amount of User Content (flooding attack) to the site, or that otherwise negatively affects other users' ability to access or use the DeepDiscount Platform or any DeepDiscount web site; or

- (g) link to, frame, or otherwise reproduce this site or any other DeepDiscount web site without the prior written consent of DeepDiscount.

DeepDiscount reserves the right to investigate any violations of its system, network or web site security, to involve and cooperate with law enforcement authorities in investigating such violations, and to prosecute violators to the fullest extent of the law.

3. Copyright

Copyright to all Content on the site is either owned by DeepDiscount or is licensed to DeepDiscount. No Content or other material from this site may be copied, reproduced, published, republished, uploaded, posted, displayed, transmitted, modified, used to prepare derivative works, distributed or redistributed in any way in any medium whatsoever now known or later invented, except that you may download one copy of the material on any single computer for your personal, non-commercial home use only, provided you retain all copyright and other proprietary notices. Any attempt to modify these materials or to use these materials for any other purpose constitutes a violation of our copyright and other proprietary rights, and may subject you to injunctive relief, statutory damages and other penalties. The use of any such material on any other web site or networked computer environment is prohibited without the express written permission of DeepDiscount

Procedures for Making Copyright Infringement Claims. Except as expressly provided above, nothing contained herein shall be construed as conferring any license or right under any copyright or any other intellectual property right. It is our policy to respond appropriately to notices of alleged infringement that comply with the Digital Millennium Copyright Act ("DMCA"), including by removing or disabling access to material claimed to be the subject of infringing activity. If you are an owner of intellectual property who believes that your intellectual property has been improperly posted or distributed via this web site, please notify our designated DMCA agent immediately. All DMCA legal notices should be directed to the legal mailbox at Legal_Mailbox@aent.com DMCA Notices must be in writing and must include the following information:

- a) an electronic or physical signature of the person authorized to act on behalf of the copyright owner;

DeepDiscount

- b) a description of the copyrighted work that you claim has been infringed;

- c) the URL of the site and a description of where the material that you claim is infringing is located on that site;

- d) your address, telephone number, and email address;

- e) a statement by you that you have a good faith belief that the alleged infringing material is not authorized by the copyright owner, its agent, or the law;

- f) a statement by you, made under penalty of perjury, that all the information in your Notice is accurate, and that you are either the copyright owner or authorized to act on the behalf of the owner of an exclusive right that is allegedly infringed.

## 4. Trademarks and Proprietary Rights Notices

All trademarks, logos, trade names or service marks (collectively the "Marks") mentioned, used, or displayed on this site are either owned by DeepDiscount or otherwise are authorized for our use. You may not display or reproduce the Marks other than with the prior written consent of DeepDiscount. You may not remove, obscure, or otherwise modify any copyright, trademark, confidentiality or other proprietary rights notices displayed on, embedded in, or otherwise appearing in any Content offered by, viewed on, or received through this site or any other DeepDiscount web site.

## 5. User Content

Some of our sites allow users to post, submit, or display information, messages, suggestions, questions, comments, postings, advertisements, ratings, ideas, techniques, notes, know-how, drawings, concepts, designs, audio visual material, photographs and pictures (including pictures of the user and other representations of the user's name and likeness), digital images, or other content in any form (collectively "User Content"). By posting User Content on this site or any DeepDiscount web site, you hereby grant DeepDiscount an unrestricted, transferable and sub-licensable, irrevocable, royalty-free, world-wide, and perpetual license to reproduce, distribute, publicly display, make derivative works of, and otherwise use the User Content in any media whatsoever now known or later invented throughout the world for any purpose whatsoever, commercial or not. You hereby disclaim any right to any compensation from DeepDiscount in connection with DeepDiscount's exercise of its license rights in and to the User Content you have posted on this site or any other DeepDiscount web site. You acknowledge and agree that DeepDiscount is under no obligation of confidence to you, and shall not be liable for any

DeepDiscount

use or disclosure of any User Content. By posting the User Content on any site, you represent and warrant that you own the copyright in such User Content or that you have a legitimate license to post the User Content, including photographs or other audiovisual material, without any restrictions whatsoever.

DeepDiscount has no obligation to monitor this site or any portion thereof. However, DeepDiscount reserves the right to review any User Content and remove, delete, redact, or otherwise modify such User Content, in its sole discretion, at any time and from time to time, without notice or further obligation to you. DeepDiscount has no obligation to display or post any User Content. DeepDiscount reserves the right to disclose, at any time and from time to time, any information or User Content that DeepDiscount deems necessary or appropriate

6. No Warranty; Disclaimers

THE CONTENT OF THE DEEPDISCOUNT PLATFORM, AND THE PRODUCTS WE DELIVER (INCLUDING, BUT NOT LIMITED TO, GAMES AND OTHER THIRD PARTY CONTENT) ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. ALL INFORMATION PROVIDED ON THE SITE IS SUBJECT TO CHANGE WITHOUT NOTICE. DEEPDISCOUNT, ITS SUPPLIERS AND LICENSORS MAKE NO REPRESENTATIONS OR WARRANTIES, WHETHER EXPRESS OR IMPLIED, OF ANY KIND ABOUT THE DEEPDISCOUNT PLATFORM AND ANY CONTENT PROVIDED IN CONNECTION THEREWITH. DEEPDISCOUNT, ITS SUPPLIERS AND LICENSORS ASSUME NO LIABILITY OR RESPONSIBILITY FOR ANY ERRORS OR OMISSIONS IN THE CONTENT OF THE DEEPDISCOUNT PLATFORM, FOR ANY FAILURES, DELAYS, OR INTERRUPTIONS IN THE DELIVERY OF ANY CONTENT CONTAINED ON THE DEEPDISCOUNT PLATFORM, FOR ANY LOSSES OR DAMAGES ARISING FROM THE ACCESS OR USE OF THE DEEPDISCOUNT PLATFORM, OR FOR ANY CONDUCT BY USERS OF THE DEEPDISCOUNT PLATFORM. TO THE FULL EXTENT PERMISSIBLE BY LAW, DEEPDISCOUNT, ITS SUPPLIERS AND LICENSORS DISCLAIM ALL REPRESENTATIONS AND WARRANTIES ABOUT THE DEEPDISCOUNT PLATFORM AND THE GAMES WE DELIVER, INCLUDING WARRANTIES OF ACCURACY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. IN ADDITION, WE DO NOT REPRESENT OR WARRANT THAT THE INFORMATION ACCESSIBLE VIA THE DEEPDISCOUNT PLATFORM IS ACCURATE, COMPLETE, OR CURRENT. ANY CONTENT DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE DEEPDISCOUNT PLATFORM IS DOWNLOADED AT YOUR OWN RISK AND YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR MOBILE DEVICE OR LOSS OF DATA THAT RESULTS FROM SUCH DOWNLOAD OR YOUR USE OF THE DEEPDISCOUNT PLATFORM. YOU ASSUME TOTAL RESPONSIBILITY FOR YOUR USE OF THE DEEPDISCOUNT PLATFORM AND ANY LINKED SITES. YOUR SOLE REMEDY AGAINST

DeepDiscount

DEEPDISCOUNT, ITS SUPPLIERS AND LICENSORS, FOR DISSATISFACTION WITH THE DEEPDISCOUNT SITE OR SERVICES IS TO STOP USING THE DEEPDISCOUNT PLATFORM.

DeepDiscount reserves the right to do any of the following, at any time, without notice: (1) to modify, suspend or terminate operation of or access to the DeepDiscount Platform, or any portion thereof, for any reason; (2) to modify or change the DeepDiscount Platform, or any portion thereof, and any applicable policies or terms; and (3) to interrupt the operation of the DeepDiscount Platform, or any portion thereof, as necessary to perform routine or non-routine maintenance, error correction, or other changes.

## 7. Limitation of Liability

YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, DEEPDISCOUNT, ITS MEMBERS, SUBSIDIARIES, AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES OR AGENTS (COLLECTIVELY, "DEEPDISCOUNT", DEEPDISCOUNT PARTY" or DEEPDISCOUNT PARTIES") SHALL NOT BE LIABLE TO YOU UNDER ANY THEORY OF LIABILITY (WHETHER CONTRACT, TORT (INCLUDING NEGLIGENCE), BREACH OR FAILURE OF ANY WARRANTY OR OTHERWISE) FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES THAT MAY BE INCURRED BY YOU IN CONNECTION WITH PURCHASE OF GOODS FROM US OR THE TERMS OF THIS AGREEMENT, INCLUDING WHETHER OR NOT A DEEPDISCOUNT PARTY OR ITS REPRESENTATIVES HAVE BEEN ADVISED OF OR SHOULD HAVE BEEN AWARE OF THE POSSIBILITY OF ANY SUCH LOSSES ARISING. YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, DEEPDISCOUNT PARTIES' TOTAL LIABILITY IN CONNECTION WITH THE PURCHASE OF GOODS THROUGH THE PLATFORM OR THIS LIMITED WARRANTY WILL NOT EXCEED THE PURCHASE PRICE FOR SUCH GOODS. IF ANY APPLICABLE AUTHORITY HOLDS ANY PORTION OF THIS SECTION TO BE UNENFORCEABLE, THEN LIABILITY WILL BE LIMITED TO THE FULLEST POSSIBLE EXTENT PERMITTED BY APPLICABLE LAW.

You agree that the provisions contained in this section will survive any termination or expiration of this Agreement and/or your account, or of discontinuation of all or any portion of the DeepDiscount Platform. Some states, provinces or territories do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

## 8. Indemnification

DeepDiscount

You agree to defend, indemnify and hold DeepDiscount harmless from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to attorney's fees) arising from or related to: (i) your use of and access to the DeepDiscount Platform; (ii) your violation of any term of this Agreement, including without limitation your breach of any of the representations and warranties contained herein; (iii) your violation of any third-party right, including without limitation any right of privacy or intellectual property rights; (iv) your violation of any applicable law, rule or regulation; (v) any claim or damages that arise as a result of any of your User Content or any content that is submitted via your account; or (vi) any other party's access and use of any portion of the DeepDiscount Platform with your unique username, password or other appropriate security code. You agree that the provisions contained in this section will survive any termination or expiration of this Agreement and/or your account, or of discontinuation of all or any portion of the DeepDiscount Platform.

## 9. Arbitration Agreement and Class Action/Arbitration Waiver

Any claim, dispute or controversy between you and DeepDiscount that arises in whole or in part from all or any portion of your access or use of the DeepDiscount Platform or otherwise in connection with this Agreement, or the breach, termination, enforcement, interpretation of validity thereof, including the determination of the scope of applicability of this agreement to arbitrate (a "Dispute") shall be decided exclusively in small claims court or by binding arbitration as set forth in this section, and not by courts of general jurisdiction.

If a Dispute meets all requirements to be heard in small claims court, you may litigate the Dispute in small claims court in your county of residence or in Orange County, California.

Arbitration is more informal than a lawsuit in court. Arbitration uses a neutral arbitrator instead of a judge or jury, allows for more limited discovery than in court, and is subject to very limited review by courts. Arbitrators can award the same damages and relief that a court can award. You agree that, by agreeing to this Agreement, the U.S. Federal Arbitration Act governs the interpretation and enforcement of this provision and that you and DeepDiscount are each waiving the right to a trial by jury. YOU AND DEEPDISCOUNT AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING. YOU AGREE THAT THIS CLASS ARBITRATION WAIVER APPLIES TO YOU AND TO ANY CHILD OR OTHER PERSON ON WHOSE BEHALF YOU REGISTER WITH THE DEEPDISCOUNT PLATFORM.

If you elect to seek arbitration in connection with a Dispute, you must first send to DeepDiscount, by certified mail, a written notice of the claim ("Notice") to the DeepDiscount address set forth at the end of this Agreement. If DeepDiscount elects to

DeepDiscount

seek arbitration in connection with a Dispute, it will send, by certified mail, a written Notice to the address used for your DeepDiscount account. A Notice, whether sent by you or by DeepDiscount, must (a) describe the nature and basis of the claim or dispute; and (b) set forth the specific relief sought. If DeepDiscount and you do not reach an agreement to resolve the claim within thirty (30) days after the Notice is received, you or DeepDiscount may file a claim in small claims court or commence an arbitration proceeding.

During the arbitration, the amount of any settlement offer made by DeepDiscount or you shall not be disclosed to the arbitrator. You may obtain a form to initiate arbitration at www.jamsadr.com. If you are required to pay a filing fee, after DeepDiscount receives notice that you have commenced arbitration, it will promptly reimburse you for your payment of the filing fee, unless your claim is for greater than US$10,000. The arbitration will be governed by the [JAMS Streamlined Arbitration Rules & Procedures]("JAMS Rules") in effect at the time of the Dispute, as modified by this Agreement, and will be administered by JAMS, Inc. ("JAMS"). JAMS' Rules and Forms are available online at www.jamsadr.com, by calling JAMS at 1-800-352-5267 or by writing to DeepDiscount at the address set forth at the end of this Agreement. The arbitrator is bound by the terms of this Agreement. All issues are for the arbitrator to decide, including issues relating to the scope and enforceability of this arbitration provision. Unless DeepDiscount and you agree otherwise, any arbitration hearings will take place in the county (or parish) of your billing address. (If you reside outside of the United States, any arbitration hearings will take place in your country of residence at a location reasonably convenient to you, but will remain subject to the JAMS Rules including the JAMS Rules regarding the selection of an arbitrator). The arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the award is based. If the arbitrator issues you an award that is greater than the value of DeepDiscount's last written settlement offer made before an arbitrator was selected (or if DeepDiscount did not make a settlement offer before an arbitrator was selected), then DeepDiscount will pay you the amount of the award or US$1,000, whichever is greater. Judgment upon the award rendered by the arbitrator may be entered in any court of competent jurisdiction. Except as expressly set forth herein, the payment of all filing, administration and arbitrator fees will be governed by the JAMS Rules.

# EXHIBIT 2

CC Video

PLEASE READ THESE TERMS OF USE CAREFULLY BEFORE USING THIS SITE TO BE SURE YOU UNDERSTAND THEM COMPLETELY. USE OF THIS SITE CONSTITUTES YOUR AGREEMENT TO BE BOUND BY AND ADHERE TO THESE TERMS OF USE.

  These Terms Of Use ("TOU" or "Terms of Use") govern your access to and use of this web site ("web site" or "site") operated by CCVideo, its parent companies, subsidiaries, or affiliates (collectively "CCVideo" or "CCVideo Platform"). These Terms of Use are a legally binding agreement between you and CCVideo, and contain important information about our site and your use of our site. If you do not agree to these Terms of Use, please do not use the site.


1. Ownership of Content

CCVideo web sites may offer featured articles, pictures, information, digital images, games, surveys, contests and sweepstakes, advertising, logos, trademarks and other content (collectively referred to hereinafter as "Content," but excluding specifically User Content as defined below) we hope will be of interest to our visitors. Content may be in the form of text, data, music, sound, graphics, images, pictures, photographs, videos, software or other forms now known or later invented. CCVideo makes no representations or warranties that the Content is available, appropriate or legal to access. Except for User Content (as hereinafter defined), all Content posted on or otherwise available via this site is owned by CCVideo or used with authorization. Please feel free to browse the site, but you must respect the rules and restrictions set forth in these TOU and our intellectual property rights as set forth in these TOU. Please note that downloading software, information, data or images from this site does not give you title or other rights to such Content.


2. Restrictions on the Use of the Site

As a condition of using this site, you agree that you will not:

(a) Without the prior written consent of CCVideo, modify, distribute, transmit, display, perform, reproduce, publish, license, create derivative works of, transfer, or sell any Content;

(b) Submit, display, or transmit any User Content (as hereinafter defined) that infringes any patent, trademark, trade secret, copyright or other proprietary rights of anyparty, or User Content that you do not have a right to make available under any law or under contractual or fiduciary relationships;

(c) Submit, display, or transmit any User Content that exceeds CCVideo's capacity limits or for which you do not own or have the necessary and appropriate rights;

(d) Submit, display, or transmit any spam, duplicative messages, unauthorized promotions or advertisements, surveys, contests, chain letters, or pyramid schemes;

(e) Forge headers, create a false identity, or otherwise manipulate identifiers in order to deceive others or disguise the origin of any User Content transmitted to or via the site;

CC Video

(f) Use the site to threaten, defame, abuse, assault, stalk, harass or otherwise violate the rights of any other person or entity, including without limitation rights of privacy or publicity;

(g) Publish, post, display, offer, or disseminate any profane, obscene, indecent, unlawful, terroristic, violent, or hateful User Content;

(h) Collect, store, publish, post, sell, transmit, or disclose personal data about other users of the site; or

(i) Monitor or copy Content.

Site Security Use Restrictions

CCVideo takes the security of this web site and its other web sites seriously. Therefore, in addition to the restrictions set forth above, you may not:

(a) interfere or attempt to interfere with the proper working of this web site or any activity or service on this web site by using any robot, "bot," spider, crawler, engine, device, software, tool, routine or any other automatic device or manual process of any like or kind without our written permission, or engage in any activity which interferes with the proper working of or access to this site or to any host or network;

(b) attempt to access data or information not intended for you or log onto a server or account that you are not authorized to access;

(c) access or attempt to access any system or servers on which the site is hosted or modify or alter the site in any way;

(d) upload or otherwise transmit files that contain viruses, worms, Trojan horses, malicious code, spyware, adware, sniffers, corrupted files, or similar software or programs;

(e) restrict or prevent any other user from using the site and/or any products, services, or Content posted on or offered through the site;

(f) post or upload User Content (as hereinafter defined) that disrupts the normal flow of dialogue with an excessive amount of User Content (flooding attack) to the site, or that otherwise negatively affects other users' ability to access or use the CCVideo Platform or any CCVideo web site; or

(g) link to, frame, or otherwise reproduce this site or any other CCVideo web site without the prior written consent of CCVideo.

CCVideo reserves the right to investigate any violations of its system, network or web site security, to involve and cooperate with law enforcement authorities in investigating such violations, and to prosecute violators to the fullest extent of the law.

CC Video

3. Copyright

Copyright to all Content on the site is either owned by CCVideo or is licensed to CCVideo. No Content or other material from this site may be copied, reproduced, published, republished, uploaded, posted, displayed, transmitted, modified, used to prepare derivative works, distributed or redistributed in any way in any medium whatsoever now known or later invented, except that you may download one copy of the material on any single computer for your personal, non-commercial home use only, provided you retain all copyright and other proprietary notices. Any attempt to modify these materials or to use these materials for any other purpose constitutes a violation of our copyright and other proprietary rights, and may subject you to injunctive relief, statutory damages and other penalties. The use of any such material on any other web site or networked computer environment is prohibited without the express written permission of CCVideo

Procedures for Making Copyright Infringement Claims

Except as expressly provided above, nothing contained herein shall be construed as conferring any license or right under any copyright or any other intellectual property right. It is our policy to respond appropriately to notices of alleged infringement that comply with the Digital Millennium Copyright Act ("DMCA"), including by removing or disabling access to material claimed to be the subject of infringing activity. If you are an owner of intellectual property who believes that your intellectual property has been improperly posted or distributed via this web site, please notify our designated DMCA agent immediately. All DMCA legal notices should be directed to the legal mailbox at Legal_Mailbox@aent.com DMCA Notices must be in writing and must include the following information:

a) an electronic or physical signature of the person authorized to act on behalf of the copyright owner;

b) a description of the copyrighted work that you claim has been infringed;

c) the URL of the site and a description of where the material that you claim is infringing is located on that site;

d) your address, telephone number, and email address;

e) a statement by you that you have a good faith belief that the alleged infringing material is not authorized by the copyright owner, its agent, or the law;

f) a statement by you, made under penalty of perjury, that all the information in your Notice is accurate, and that you are either the copyright owner or authorized to act on the behalf of the owner of an exclusive right that is allegedly infringed.


4. Trademarks and Proprietary Rights Notices

All trademarks, logos, trade names or service marks (collectively the "Marks") mentioned, used, or displayed on this site are either owned by CCVideo or otherwise are authorized for our use. You may not display or reproduce the Marks other than with the prior written consent of CCVideo. You may not

CC Video

remove, obscure, or otherwise modify any copyright, trademark, confidentiality or other proprietary rights notices displayed on, embedded in, or otherwise appearing in any Content offered by, viewed on, or received through this site or any other CCVideo web site.

5. User Content

Some of our sites allow users to post, submit, or display information, messages, suggestions, questions, comments, postings, advertisements, ratings, ideas, techniques, notes, know-how, drawings, concepts, designs, audio visual material, photographs and pictures (including pictures of the user and other representations of the user's name and likeness), digital images, or other content in any form (collectively "User Content"). By posting User Content on this site or any CCVideo web site, you hereby grant CCVideo an unrestricted, transferable and sub-licensable, irrevocable, royalty-free, world-wide, and perpetual license to reproduce, distribute, publicly display, make derivative works of, and otherwise use the User Content in any media whatsoever now known or later invented throughout the world for any purpose whatsoever, commercial or not. You hereby disclaim any right to any compensation from CCVideo in connection with CCVideo's exercise of its license rights in and to the User Content you have posted on this site or any other CCVideo web site. You acknowledge and agree that CCVideo is under no obligation of confidence to you, and shall not be liable for any use or disclosure of any User Content. By posting the User Content on any site, you represent and warrant that you own the copyright in such User Content or that you have a legitimate license to post the User Content, including photographs or other audiovisual material, without any restrictions whatsoever.

CCVideo has no obligation to monitor this site or any portion thereof. However, CCVideo reserves the right to review any User Content and remove, delete, redact, or otherwise modify such User Content, in its sole discretion, at any time and from time to time, without notice or further obligation to you. CCVideo has no obligation to display or post any User Content. CCVideo reserves the right to disclose, at any time and from time to time, any information or User Content that CCVideo deems necessary or appropriate

6. No Warranty; Disclaimers

THE CONTENT OF THE CCVIDEO PLATFORM, AND THE PRODUCTS WE DELIVER (INCLUDING, BUT NOT LIMITED TO, GAMES AND OTHER THIRD PARTY CONTENT) ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. ALL INFORMATION PROVIDED ON THE SITE IS SUBJECT TO CHANGE WITHOUT NOTICE. CCVIDEO, ITS SUPPLIERS AND LICENSORS MAKE NO REPRESENTATIONS OR WARRANTIES, WHETHER EXPRESS OR IMPLIED, OF ANY KIND ABOUT THE CCVIDEO PLATFORM AND ANY CONTENT PROVIDED IN CONNECTION THEREWITH. CCVIDEO, ITS SUPPLIERS AND LICENSORS ASSUME NO LIABILITY OR RESPONSIBILITY FOR ANY ERRORS OR OMISSIONS IN THE CONTENT OF THE CCVIDEO PLATFORM, FOR ANY FAILURES, DELAYS, OR INTERRUPTIONS IN THE DELIVERY OF ANY CONTENT CONTAINED ON THE CCVIDEO PLATFORM, FOR ANY LOSSES OR DAMAGES ARISING FROM THE ACCESS OR USE OF THE CCVIDEO PLATFORM, OR FOR ANY CONDUCT BY USERS OF THE CCVIDEO PLATFORM. TO THE FULL

CC Video

EXTENT PERMISSIBLE BY LAW, CCVIDEO, ITS SUPPLIERS AND LICENSORS DISCLAIM ALL REPRESENTATIONS AND WARRANTIES ABOUT THE CCVIDEO PLATFORM AND THE GAMES WE DELIVER, INCLUDING WARRANTIES OF ACCURACY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. IN ADDITION, WE DO NOT REPRESENT OR WARRANT THAT THE INFORMATION ACCESSIBLE VIA THE CCVIDEO PLATFORM IS ACCURATE, COMPLETE, OR CURRENT. ANY CONTENT DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE CCVIDEO PLATFORM IS DOWNLOADED AT YOUR OWN RISK AND YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR MOBILE DEVICE OR LOSS OF DATA THAT RESULTS FROM SUCH DOWNLOAD OR YOUR USE OF THE CCVIDEO PLATFORM. YOU ASSUME TOTAL RESPONSIBILITY FOR YOUR USE OF THE CCVIDEO PLATFORM AND ANY LINKED SITES. YOUR SOLE REMEDY AGAINST CCVIDEO, ITS SUPPLIERS AND LICENSORS, FOR DISSATISFACTION WITH THE CCVIDEO SITE OR SERVICES IS TO STOP USING THE CCVIDEO PLATFORM.

CCVideo reserves the right to do any of the following, at any time, without notice: (1) to modify, suspend or terminate operation of or access to the CCVideo Platform, or any portion thereof, for any reason; (2) to modify or change the CCVideo Platform, or any portion thereof, and any applicable policies or terms; and (3) to interrupt the operation of the CCVideo Platform, or any portion thereof, as necessary to perform routine or non-routine maintenance, error correction, or other changes.

## 7. Limitation of Liability

YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, CCVIDEO, ITS MEMBERS, SUBSIDIARIES, AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES OR AGENTS (COLLECTIVELY, "CCVIDEO", CCVIDEO PARTY" or CCVIDEO PARTIES") SHALL NOT BE LIABLE TO YOU UNDER ANY THEORY OF LIABILITY (WHETHER CONTRACT, TORT (INCLUDING NEGLIGENCE), BREACH OR FAILURE OF ANY WARRANTY OR OTHERWISE) FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES THAT MAY BE INCURRED BY YOU IN CONNECTION WITH PURCHASE OF GOODS FROM US OR THE TERMS OF THIS AGREEMENT, INCLUDING WHETHER OR NOT A CCVIDEO PARTY OR ITS REPRESENTATIVES HAVE BEEN ADVISED OF OR SHOULD HAVE BEEN AWARE OF THE POSSIBILITY OF ANY SUCH LOSSES ARISING. YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, CCVIDEO PARTIES' TOTAL LIABILITY IN CONNECTION WITH THE PURCHASE OF GOODS THROUGH THE PLATFORM OR THIS LIMITED WARRANTY WILL NOT EXCEED THE PURCHASE PRICE FOR SUCH GOODS. IF ANY APPLICABLE AUTHORITY HOLDS ANY PORTION OF THIS SECTION TO BE UNENFORCEABLE, THEN LIABILITY WILL BE LIMITED TO THE FULLEST POSSIBLE EXTENT PERMITTED BY APPLICABLE LAW.

You agree that the provisions contained in this section will survive any termination or expiration of this Agreement and/or your account, or of discontinuation of all or any portion of the CCVideo Platform.

CC Video

Some states, provinces or territories do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

8. Indemnification

You agree to defend, indemnify and hold CCVideo harmless from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to attorney's fees) arising from or related to: (i) your use of and access to the CCVideo Platform; (ii) your violation of any term of this Agreement, including without limitation your breach of any of the representations and warranties contained herein; (iii) your violation of any third-party right, including without limitation any right of privacy or intellectual property rights; (iv) your violation of any applicable law, rule or regulation; (v) any claim or damages that arise as a result of any of your User Content or any content that is submitted via your account; or (vi) any other party's access and use of any portion of the CCVideo Platform with your unique username, password or other appropriate security code. You agree that the provisions contained in this section will survive any termination or expiration of this Agreement and/or your account, or of discontinuation of all or any portion of the CCVideo Platform.


9. Arbitration Agreement and Class Action/Arbitration Waiver

Any claim, dispute or controversy between you and CCVideo that arises in whole or in part from all or any portion of your access or use of the CCVideo Platform or otherwise in connection with this Agreement, or the breach, termination, enforcement, interpretation of validity thereof, including the determination of the scope of applicability of this agreement to arbitrate (a "Dispute") shall be decided exclusively in small claims court or by binding arbitration as set forth in this section, and not by courts of general jurisdiction.

If a Dispute meets all requirements to be heard in small claims court, you may litigate the Dispute in small claims court in your county of residence or in Orange County, California.

Arbitration is more informal than a lawsuit in court. Arbitration uses a neutral arbitrator instead of a judge or jury, allows for more limited discovery than in court, and is subject to very limited review by courts. Arbitrators can award the same damages and relief that a court can award. You agree that, by agreeing to this Agreement, the U.S. Federal Arbitration Act governs the interpretation and enforcement of this provision and that you and CCVideo are each waiving the right to a trial by jury. YOU AND CCVideo AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING. YOU AGREE THAT THIS CLASS ARBITRATION WAIVER APPLIES TO YOU AND TO ANY CHILD OR OTHER PERSON ON WHOSE BEHALF YOU REGISTER WITH THE CCVideo PLATFORM.

If you elect to seek arbitration in connection with a Dispute, you must first send to CCVideo, by certified mail, a written notice of the claim ("Notice") to the CCVideo address set forth at the end of this Agreement. If CCVideo elects to seek arbitration in connection with a Dispute, it will send, by certified mail, a written Notice to the address used for your CCVideo account. A Notice, whether sent by you or by

CC Video

CCVideo, must (a) describe the nature and basis of the claim or dispute; and (b) set forth the specific relief sought. If CCVideo and you do not reach an agreement to resolve the claim within thirty (30) days after the Notice is received, you or CCVideo may file a claim in small claims court or commence an arbitration proceeding.

>During the arbitration, the amount of any settlement offer made by CCVideo or you shall not be disclosed to the arbitrator. You may obtain a form to initiate arbitration at www.jamsadr.com. If you are required to pay a filing fee, after CCVideo receives notice that you have commenced arbitration, it will promptly reimburse you for your payment of the filing fee, unless your claim is for greater than US$10,000. The arbitration will be governed by the JAMS Streamlined Arbitration Rules & Procedures ("JAMS Rules") in effect at the time of the Dispute, as modified by this Agreement, and will be administered by JAMS, Inc. ("JAMS"). JAMS' Rules and Forms are available online at www.jamsadr.com, by calling JAMS at 1-800-352-5267 or by writing to CCVideo at the address set forth at the end of this Agreement. The arbitrator is bound by the terms of this Agreement.

All issues are for the arbitrator to decide, including issues relating to the scope and enforceability of this arbitration provision. Unless CCVideo and you agree otherwise, any arbitration hearings will take place in the county (or parish) of your billing address. (If you reside outside of the United States, any arbitration hearings will take place in your country of residence at a location reasonably convenient to you, but will remain subject to the JAMS Rules including the JAMS Rules regarding the selection of an arbitrator). The arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the award is based. If the arbitrator issues you an award that is greater than the value of CCVideo's last written settlement offer made before an arbitrator was selected (or if CCVideo did not make a settlement offer before an arbitrator was selected), then CCVideo will pay you the amount of the award or US$1,000, whichever is greater. Judgment upon the award rendered by the arbitrator may be entered in any court of competent jurisdiction. Except as expressly set forth herein, the payment of all filing, administration and arbitrator fees will be governed by the JAMS Rules.

All issues are for the arbitrator to decide, including issues relating to the scope and enforceability of this arbitration provision. Unless CCVideo and you agree otherwise, any arbitration hearings will take place in the county (or parish) of your billing address. (If you reside outside of the United States, any arbitration hearings will take place in your country of residence at a location reasonably convenient to you, but will remain subject to the JAMS Rules including the JAMS Rules regarding the selection of an arbitrator). The arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the award is based. If the arbitrator issues you an award that is greater than the value of CCVideo's last written settlement offer made before an arbitrator was selected (or if CCVideo did not make a settlement offer before an arbitrator was selected), then CCVideo will pay you the amount of the award or US$1,000, whichever is greater. Judgment upon the award rendered by the arbitrator may be entered in any court of competent jurisdiction. Except as expressly set forth herein, the payment of all filing, administration and arbitrator fees will be governed by the JAMS Rules.

# EXHIBIT 3

Movies Unlimited

Terms of Use

PLEASE READ THESE TERMS OF USE CAREFULLY BEFORE USING THIS SITE TO BE SURE YOU UNDERSTAND THEM COMPLETELY. USE OF THIS SITE CONSTITUTES YOUR AGREEMENT TO BE BOUND BY AND ADHERE

TO THESE TERMS OF USE.

These Terms Of Use ("TOU" or "Terms of Use") govern your access to and use of this web site ("web site" or "site") operated by MoviesUnlimited, its parent companies, subsidiaries, or affiliates (collectively "MoviesUnlimited" or "MoviesUnlimited Platform"). These Terms of Use are a legally binding agreement between you and MoviesUnlimited, and contain important information about our site and your use of our site. If you do not agree to these Terms of Use, please do not use the site.

1. Ownership of Content

MoviesUnlimited web sites may offer featured articles, pictures, information, digital images, games, surveys, contests and sweepstakes, advertising, logos, trademarks and other content (collectively referred to hereinafter as "Content," but excluding specifically User Content as defined below) we hope will be of interest to our visitors. Content may be in the form of text, data, music, sound, graphics, images, pictures, photographs, videos, software or other forms now known or later invented. MoviesUnlimited makes no representations or warranties that the Content is available, appropriate or legal to access. Except for User Content (as hereinafter defined), all Content posted on or otherwise available via this site is owned by MoviesUnlimited or used with authorization. Please feel free to browse the site, but you must respect the rules and restrictions set forth in these TOU and our intellectual property rights as set forth in these TOU. Please note that downloading software, information, data or images from this site does not give you title or other rights to such Content.

2. Restrictions on the Use of the Site

As a condition of using this site, you agree that you will not:

(a) Without the prior written consent of MoviesUnlimited, modify, distribute, transmit, display, perform, reproduce, publish, license, create derivative works of, transfer, or sell any Content;

Movies Unlimited

(b) Submit, display, or transmit any User Content (as hereinafter defined) that infringes any patent, trademark, trade secret, copyright or other proprietary rights of any party, or User Content that you do not have a right to make available under any law or under contractual or fiduciary relationships;

(c) Submit, display, or transmit any User Content that exceeds MoviesUnlimited's capacity limits or for which you do not own or have the necessary and appropriate rights:

(d) Submit, display, or transmit any spam, duplicative messages, unauthorized promotions or advertisements, surveys, contests, chain letters, or pyramid schemes;

(e) Forge headers, create a false identity, or otherwise manipulate identifiers in order to deceive others or disguise the origin of any User Content transmitted to or via the site;

(f) Use the site to threaten, defame, abuse, assault, stalk, harass or otherwise violate the rights of any other person or entity, including without limitation rights of privacy or publicity;

(g) Publish, post, display, offer, or disseminate any profane, obscene, indecent, unlawful, terroristic, violent, or hateful User Content;

(h) Collect, store, publish, post, sell, transmit, or disclose personal data about other users of the site; or

(i) Monitor or copy Content.


Site Security Use Restrictions

MoviesUnlimited takes the security of this web site and its other web sites seriously. Therefore, in addition to the restrictions set forth above, you may not:

(a) interfere or attempt to interfere with the proper working of this web site or any activity or service on this web site by using any robot, "bot," spider, crawler, engine, device, software, tool, routine or any other automatic device or manual process of any like or kind without our written permission, or engage in any activity which interferes with the proper working of or access to this site or to any host or network;

(b) attempt to access data or information not intended for you or log onto a server or account that you are not authorized to access;

(c) access or attempt to access any system or servers on which the site is hosted or modify or alter the site in any way;

Movies Unlimited

(d) upload or otherwise transmit files that contain viruses, worms, Trojan horses, malicious code, spyware, adware, sniffers, corrupted files, or similar software or programs;

(e) restrict or prevent any other user from using the site and/or any products, services, or Content posted on or offered through the site;

(f) post or upload User Content (as hereinafter defined) that disrupts the normal flow of dialogue with an excessive amount of User Content (flooding attack) to the site, or that otherwise negatively affects other users' ability to access or use the MoviesUnlimited Platform or any MoviesUnlimited web site; or

(g) link to, frame, or otherwise reproduce this site or any other MoviesUnlimited web site without the prior written consent of MoviesUnlimited.

MoviesUnlimited reserves the right to investigate any violations of its system, network or web site security, to involve and cooperate with law enforcement authorities in investigating such violations, and to prosecute violators to the fullest extent of the law.

3. Copyright

Copyright to all Content on the site is either owned by MoviesUnlimited or is licensed to MoviesUnlimited. No Content or other material from this site may be copied, reproduced, published, republished, uploaded, posted, displayed, transmitted, modified, used to prepare derivative works, distributed or redistributed in any way in any medium whatsoever now known or later invented, except that you may download one copy of the material on any single computer for your personal, non-commercial home use only, provided you retain all copyright and other proprietary notices. Any attempt to modify these materials or to use these materials for any other purpose constitutes a violation of our copyright and other proprietary rights, and may subject you to injunctive relief, statutory damages and other penalties. The use of any such material on any other web site or networked computer environment is prohibited without the express written permission of MoviesUnlimited Procedures for Making Copyright Infringement Claims.

Except as expressly provided above, nothing contained herein shall be construed as conferring any license or right under any copyright or any other intellectual property right. It is our policy to respond appropriately to notices of alleged infringement that comply with the Digital

Millennium Copyright Act ("DMCA"), including by removing or disabling access to material claimed to be the subject of infringing activity. If you are an owner of intellectual property who believes that your intellectual property has been improperly posted or distributed via

Movies Unlimited

this web site, please notify our designated DMCA agent immediately. All DMCA legal notices should be directed to the legal mailbox at Legal_Mailbox@aent.com DMCA Notices must be in writing and must include the following information:

a) an electronic or physical signature of the person authorized to act on behalf of the copyright owner;

b) a description of the copyrighted work that you claim has been infringed;

c) the URL of the site and a description of where the material that you claim is infringing is located on that site;

d) your address, telephone number, and email address;

e) a statement by you that you have a good faith belief that the alleged infringing material is not authorized by the copyright owner, its agent, or the law;

f) a statement by you, made under penalty of perjury, that all the information in your Notice is accurate, and that you are either the copyright owner or authorized to act on the behalf of the owner of an exclusive right that is allegedly infringed.


## 4. Trademarks and Proprietary Rights Notices

All trademarks, logos, trade names or service marks (collectively the "Marks") mentioned, used, or displayed on this site are either owned by MoviesUnlimited or otherwise are authorized for our use. You may not display or reproduce the Marks other than with the prior written consent of MoviesUnlimited. You may not remove, obscure, or otherwise modify any copyright, trademark, confidentiality or other proprietary rights notices displayed on, embedded in, or otherwise appearing in any Content offered by, viewed on, or received through this site or any other MoviesUnlimited web site.


## 5. User Content

Some of our sites allow users to post, submit, or display information, messages, suggestions, questions, comments, postings, advertisements, ratings, ideas, techniques, notes, know-how, drawings, concepts, designs, audio visual material, photographs and pictures (including pictures of the user and other representations of the user's name and likeness), digital images, or other content in any form (collectively "User Content"). By posting User Content on this site or any MoviesUnlimited web site, you hereby grant MoviesUnlimited an unrestricted, transferable and sub-licensable, irrevocable, royalty-

Movies Unlimited

free, world-wide, and perpetual license to reproduce, distribute, publicly display, make derivative works of, and otherwise use the User Content in any media whatsoever now known or later invented throughout the world for any purpose whatsoever, commercial or not. You hereby disclaim any right to any compensation from MoviesUnlimited in connection with MoviesUnlimited's exercise of its license rights in and to the User Content you have posted on this site or any other MoviesUnlimited web site. You acknowledge and agree that MoviesUnlimited is under no obligation of confidence to you, and shall not be liable for any use or disclosure of any User Content. By posting the User Content on any site, you represent and warrant that you own the copyright in such User Content or that you have a legitimate license to post the User Content, including photographs or other audiovisual material, without any restrictions whatsoever.

MoviesUnlimited has no obligation to monitor this site or any portion thereof. However, MoviesUnlimited reserves the right to review any User Content and remove, delete, redact, or otherwise modify such User Content, in its sole discretion, at any time and from time to time, without notice or further obligation to you. MoviesUnlimited has no obligation to display or post any User Content. MoviesUnlimited reserves the right to disclose, at any time and from time to time, any information or User Content that MoviesUnlimited deems necessary or appropriate

6. No Warranty; Disclaimers

THE CONTENT OF THE MOVIESUNLIMITED PLATFORM, AND THE PRODUCTS WE DELIVER (INCLUDING, BUT NOT LIMITED TO, GAMES AND OTHER THIRD PARTY CONTENT) ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. ALL INFORMATION PROVIDED ON THE SITE IS SUBJECT TO CHANGE WITHOUT NOTICE. MOVIESUNLIMITED, ITS SUPPLIERS AND LICENSORS MAKE NO REPRESENTATIONS OR WARRANTIES, WHETHER EXPRESS OR IMPLIED, OF ANY KIND ABOUT THE MOVIESUNLIMITED PLATFORM AND ANY CONTENT PROVIDED IN CONNECTION THEREWITH. MOVIESUNLIMITED, ITS SUPPLIERS AND LICENSORS ASSUME NO LIABILITY OR RESPONSIBILITY FOR ANY ERRORS OR OMISSIONS IN THE CONTENT OF THE MOVIESUNLIMITED PLATFORM, FOR ANY FAILURES, DELAYS, OR INTERRUPTIONS IN THE DELIVERY OF ANY CONTENT CONTAINED ON THE MOVIESUNLIMITED PLATFORM, FOR ANY LOSSES OR DAMAGES ARISING FROM THE ACCESS OR USE OF THE MOVIESUNLIMITED PLATFORM, OR FOR ANY CONDUCT BY USERS OF THE MOVIESUNLIMITED PLATFORM. TO THE FULL EXTENT PERMISSIBLE BY LAW, MOVIESUNLIMITED, ITS SUPPLIERS AND LICENSORS DISCLAIM ALL REPRESENTATIONS AND WARRANTIES ABOUT THE MOVIESUNLIMITED PLATFORM AND THE GAMES WE DELIVER, INCLUDING WARRANTIES OF ACCURACY, MERCHANTABILITY,

Movies Unlimited

FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. IN ADDITION, WE DO NOT REPRESENT OR WARRANT THAT THE INFORMATION ACCESSIBLE VIA THE MOVIESUNLIMITED PLATFORM IS ACCURATE, COMPLETE, OR CURRENT. ANY CONTENT DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE MOVIESUNLIMITED PLATFORM IS DOWNLOADED AT YOUR OWN RISK AND YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR MOBILE DEVICE OR LOSS OF DATA THAT RESULTS FROM SUCH DOWNLOAD OR YOUR USE OF THE MOVIESUNLIMITED PLATFORM. YOU ASSUME TOTAL RESPONSIBILITY FOR YOUR USE OF THE MOVIESUNLIMITED PLATFORM AND ANY LINKED SITES. YOUR SOLE REMEDY AGAINST MOVIESUNLIMITED, ITS SUPPLIERS AND LICENSORS, FOR DISSATISFACTION WITH THE MOVIESUNLIMITED SITE OR SERVICES IS TO STOP USING THE MOVIESUNLIMITED PLATFORM.

MoviesUnlimited reserves the right to do any of the following, at any time, without notice: (1) to modify, suspend or terminate operation of or access to the MoviesUnlimited Platform, or any portion thereof, for any reason; (2) to modify or change the MoviesUnlimited Platform, or any portion thereof, and any applicable policies or terms; and (3) to interruptthe operation of the MoviesUnlimited Platform, or any portion thereof, as necessary to perform routine or non-routine maintenance, error correction, or other changes.

### 7. Limitation of Liability</h3>

YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, MOVIESUNLIMITED, ITS MEMBERS, SUBSIDIARIES, AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES OR AGENTS (COLLECTIVELY, "MOVIESUNLIMITED", MOVIESUNLIMITED PARTY" or MOVIESUNLIMITED PARTIES") SHALL NOT BE LIABLE TO YOU UNDER ANY THEORY OF LIABILITY (WHETHER CONTRACT, TORT (INCLUDING NEGLIGENCE), BREACH OR FAILURE OF ANY WARRANTY OR OTHERWISE) FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES THAT MAY BE INCURRED BY YOU IN CONNECTION WITH PURCHASE OF GOODS FROM US OR THE TERMS OF THIS AGREEMENT, INCLUDING WHETHER OR NOT A MOVIESUNLIMITED PARTY OR ITS REPRESENTATIVES HAVE BEEN ADVISED OF OR SHOULD HAVE BEEN AWARE OF THE POSSIBILITY OF ANY SUCH LOSSES ARISING. YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, MOVIESUNLIMITED PARTIES' TOTAL LIABILITY IN CONNECTION WITH THE PURCHASE OF

Movies Unlimited

GOODS THROUGH THE PLATFORM OR THIS LIMITED WARRANTY WILL NOT EXCEED THE PURCHASE PRICE FOR SUCH GOODS. IF ANY APPLICABLE AUTHORITY HOLDS ANY PORTION OF THIS SECTION TO BE UNENFORCEABLE, THEN LIABILITY WILL BE LIMITED TO THE FULLEST POSSIBLE EXTENT PERMITTED BY APPLICABLE LAW.

You agree that the provisions contained in this section will survive any termination or expiration of this Agreement and/or your account, or of discontinuation of all or any portion of the MoviesUnlimited Platform. Some states, provinces or territories do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

## 8. Indemnification

You agree to defend, indemnify and hold MoviesUnlimited harmless from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to attorney's fees) arising from or related to: (i) your use of and access to the MoviesUnlimited Platform; (ii) your violation of any term of this Agreement, including without limitation your breach of any of the representations and warranties contained herein; (iii) your violation of any third-party right, including without limitation any right of privacy or intellectual property rights; (iv) your violation of any applicable law, rule or regulation; (v) any claim or damages that arise as a result of any of your User Content or any content that is submitted via your account; or (vi) any other party's access and use of any portion of the MoviesUnlimited Platform  with your unique username, password or other appropriate security code. You agree that the provisions contained in this section will survive any termination or expiration of this Agreement and/or your account, or of discontinuation of all or any portion of the MoviesUnlimited Platform.

## 9. Arbitration Agreement and Class Action/Arbitration Waiver

Any claim, dispute or controversy between you and MoviesUnlimited that arises in whole or in part from all or any portion of your access or use of the MoviesUnlimited Platform or otherwise in connection with this Agreement, or the breach, termination, enforcement, interpretation of validity thereof, including the determination of the scope of  applicability of this agreement to arbitrate (a "Dispute") shall be decided exclusively in small claims court or by binding arbitration as set forth in this section, and not by courts of general jurisdiction.

Movies Unlimited

If a Dispute meets all requirements to be heard in small claims court, you may litigate the Dispute in small claims court in your county of residence or in Orange County, California.

Arbitration is more informal than a lawsuit in court. Arbitration uses a neutral arbitrator instead of a judge or jury, allows for more limited discovery than in court, and is subject to very limited review by courts. Arbitrators can award the same damages and relief that a court can award. You agree that, by agreeing to this Agreement, the U.S. Federal Arbitration Act governs the interpretation and enforcement of this provision and that you and MoviesUnlimited are each waiving the right to a trial by jury.

YOU AND MoviesUnlimited AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING. YOU AGREE THAT THIS CLASS ARBITRATION WAIVER APPLIES TO YOU AND TO ANY CHILD OR OTHER PERSON ON WHOSE BEHALF YOU REGISTER WITH THE MoviesUnlimited PLATFORM.

If you elect to seek arbitration in connection with a Dispute, you must first send to MoviesUnlimited, by certified mail, a written notice of the claim ("Notice") to the MoviesUnlimited address set forth at the end of this Agreement. If MoviesUnlimited elects to seek arbitration in connection with a Dispute, it will send, by certified mail, a written Notice to the address used for your MoviesUnlimited account. A Notice, whether sent by you or by MoviesUnlimited, must (a) describe the nature and basis of the claim or dispute; and (b) set forth the specific relief sought. If MoviesUnlimited and you do not reach an agreement to resolve the claim within thirty (30) days after the Notice is received, you or MoviesUnlimited may file a claim in small claims court or commence an arbitration proceeding.

During the arbitration, the amount of any settlement offer made by MoviesUnlimited or you shall not be disclosed to the arbitrator. You may obtain a form to initiate arbitration at www.jamsadr.com. If you are required to pay a filing fee, after MoviesUnlimited receives notice that you have commenced arbitration, it will promptly reimburse you for your payment of the filing fee, unless your claim is for greater than US$10,000. The arbitration will be governed by the <a href=https://www.jamsadr.com/rules-streamlined-arbitration/ target="_blank">JAMS Streamlined Arbitration Rules & Procedures</a> ("JAMS Rules") in effect at the time of the Dispute, as modified by this Agreement, and will be administered by JAMS, Inc. ("JAMS"). JAMS' Rules and Forms are available online at www.jamsadr.com,

Movies Unlimited

by calling JAMS at 1-800-352-5267 or by writing to MoviesUnlimited at the address set forth at the end of this Agreement. The arbitrator is bound by the terms of this Agreement.

All issues are for the arbitrator to decide, including issues relating to the scope and enforceability of this arbitration provision. Unless MoviesUnlimited and you agree otherwise, any arbitration hearings will take place in the county (or parish) of your billing address. (If you reside outside of the United States, any arbitration hearings will take place in your country of residence at a location reasonably convenient to you, but will remain subject to the JAMS Rules including the JAMS Rules regarding the selection of an arbitrator). The arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the award is based. If the arbitrator issues you an award that is greater than the value of MoviesUnlimited's last written settlement offer made before an arbitrator was selected (or if MoviesUnlimited did not make a settlement offer before an arbitrator was selected), then MoviesUnlimited will pay you the amount of the award or US$1,000, whichever is greater. Judgment upon the award rendered by the arbitrator may be entered in any court of competent jurisdiction. Except as expressly set forth herein, the payment of all filing, administration and arbitrator fees will be governed by the JAMS Rules.

# EXHIBIT 4



# EXHIBIT 5

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | OrdNmbr | CustNmbr | CustName | BillName | BillAddr1 | BillAddr2 | BillCity | BillState |
| 2 | | | MU INTERNET | Joseph Mull | | | Arenzville | IL |
| 3 | | | MU INTERNET | Joseph Mull | | | Arenzville | IL |
| 4 | | | MU INTERNET | Joseph Mull | | | Arenzville | IL |
| 5 | | | MU INTERNET | Joseph Mull | | | Arenzville | IL |
| 6 | | | CCV INTERNET | Jeffry D Heise | | | Coldwater | MI |
| 7 | | | CCV INTERNET | Jeffry D Heise | | | Coldwater | MI |
| 8 | | | CCV INTERNET | Jeffry D Heise | | | Coldwater | MI |
| 9 | | | CCV INTERNET | Jeffry D Heise | | | Coldwater | MI |
| 10 | | | CCV INTERNET | Jeffry D Heise | | | Coldwater | MI |
| 11 | | | CCV INTERNET | Jeffry D Heise | | | Coldwater | MI |
| 12 | | | CCV INTERNET | Jeffry D Heise | | | Coldwater | MI |
| 13 | | | CCV INTERNET | Jeffry D Heise | | | Coldwater | MI |
| 14 | | | DEEPDISCOUNT | JEFFRY HEISE | | | Coldwater | MI |
| 15 | | | DEEPDISCOUNT | Jonathan To | | | Los Angeles | CA |
| 16 | | | DEEPDISCOUNT | Jonathan To | | | Los Angeles | CA |
| 17 | | | DEEPDISCOUNT | Jonathan To | | | Los Angeles | CA |
| 18 | | | DEEPDISCOUNT | Jonathan To | | | Los Angeles | CA |

| | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|
| 1 | BillZip | BillCountry | ShipName | ShipAddr1 | ShipAddr2 | ShipCity | ShipState | ShipZip |
| 2 | | | Joe Mull | | | ARENZVILLE | IL | |
| 3 | | | Joe Mull | | | ARENZVILLE | IL | |
| 4 | | | Joseph Mull | | | ARENZVILLE | IL | |
| 5 | | | Joe Mull | | | ARENZVILLE | IL | |
| 6 | | | JEFFRY HEISE | | | COLDWATER | MI | |
| 7 | | | Jeffry Heise | | | Coldwater | MI | |
| 8 | | | Jeffry Heise | | | COLDWATER | MI | |
| 9 | | | Jeffry Heise | | | Coldwater | MI | |
| 10 | | | Jeffry Heise | | | Coldwater | MI | |
| 11 | | | Jeffry Heise | | | Coldwater | MI | |
| 12 | | | Jeffry Heise | | | Coldwater | MI | |
| 13 | | | Jeffry Heise | | | Coldwater | MI | |
| 14 | | | JEFFRY HEISE | | | Coldwater | MI | |
| 15 | | | Jonathan To | | | Los Angeles | CA | |
| 16 | | | Jonathan To | | | Los Angeles | CA | |
| 17 | | | Jonatahn To | | | Los Angeles | CA | |
| 18 | | | Jonathan To | | | Los Angeles | CA | |

| | Q | R | S | T | U |
|---|---|---|---|---|---|
| 1 | **ShipCountry** | **EmailAddr** | **OrderDate** | **SalesOrderID** | **CntlNumb** |
| 2 | | | 2023-08-14 00:00:00.000 | | |
| 3 | | | 2023-09-05 00:00:00.000 | | |
| 4 | | | 2024-05-15 00:00:00.000 | | |
| 5 | | | 2024-09-03 00:00:00.000 | | |
| 6 | | | 2021-10-25 00:00:00.000 | | |
| 7 | | | 2021-11-02 00:00:00.000 | | |
| 8 | | | 2021-12-05 00:00:00.000 | | |
| 9 | | | 2021-11-08 00:00:00.000 | | |
| 10 | | | 2022-02-21 00:00:00.000 | | |
| 11 | | | 2022-03-06 00:00:00.000 | | |
| 12 | | | 2022-04-25 00:00:00.000 | | |
| 13 | | | 2023-04-04 00:00:00.000 | | |
| 14 | | | 2023-07-23 00:00:00.000 | | |
| 15 | | | 2021-12-15 00:00:00.000 | | |
| 16 | | | 2021-12-28 00:00:00.000 | | |
| 17 | | | 2022-02-21 00:00:00.000 | | |
| 18 | | | 2022-11-01 00:00:00.000 | | |