JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pblandler@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
(310) 601-6766 (Office)
(310) 295-2385 (Fax)

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN HOANG TO; JEFFRY HEISE;** and **JOSEPH MULL,** individually and on behalf of all others similarly situated**,**<br><br>Plaintiff,<br><br>v.<br><br>**DIRECTTOU, LLC;** and **ALLIANCE ENTERTAINMENT, LLC,** Delaware Limited Liability Companies,<br><br>Defendants. | Case No. 3:24-CV-06447-WHO<br><br>**DECLARATION OF JULIAN HAMMOND IN SUPPORT OF STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STAY AND COMPEL ARBITRATION AND CONTINUE HEARING DATES** |

I, Julian Hammond, declare as follows:

1. I am a member in good standing of the Bar of the State of California and counsel of record for Plaintiffs and the putative Class. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. The following time modifications have been previously stipulated by the parties or ordered by the Court:

   a. On September 18, 2024, the Court extended Defendant Directtou's responsive pleading deadline until October 21, 2024.

   b. On October 28, 2024, the Court granted extended Defendant Directtou's responsive pleading deadline until November 4, 2024.

   c. On November 13, 2024, the Court reset the hearing on Plaintiff Hoang To's Motion for Preliminary Approval of Class Action Settlement to December 4, 2024.

   d. On November 19, 2024, the Court granted the parties' stipulation to vacate the Initial Case Management Conference and suspend the Rule 26 deadlines.

   e. On February 12, 2025, the Court extended Defendants' responsive pleading deadline until March 10, 2025.

   f. On March 10, 2025, the Court re-set the hearing on Plaintiffs' Motion for Appointment of Interim Co-Lead Class Counsel to April 16, 2025.

3. No other time modifications have been made in this case.

4. The requested time modification will not otherwise impact on the schedule in this case.

I hereby declare under penalty of perjury of the laws of the United States that the foregoing statements are true and correct. Executed on March 12, 2025.

                                                   /s/ Julian Hammond
                                                   Julian Hammond