JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pblandler@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
(310) 601-6766 (Office)
(310) 295-2385 (Fax)

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN HOANG TO; JEFFRY HEISE;** and **JOSEPH MULL,** individually and on behalf of all others similarly situated**,**<br><br>Plaintiff,<br><br>v.<br><br>**DIRECTTOU, LLC;** and **ALLIANCE ENTERTAINMENT, LLC,** Delaware Limited Liability Companies<br>             Defendants.<br>, | Case No 3:24-CV-06447-WHO<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STAY AND COMPEL ARBITRATION AND CONTINUE HEARING DATES; [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 6-12 and 7-12, Plaintiffs Jonathan Hoang To, Jeffry Heise, and Joseph Mull ("Plaintiffs") and Defendants DirectToU, LLC and Alliance Entertainment, LLC (collectively, "Defendants") hereby stipulate and request that the Court extend the briefing schedule on Defendants' pending Motion to Compel Arbitration, and continue the hearing date on that Motion and on Plaintiffs' pending Motion to Appoint Interim Co-Lead Class Counsel, as follows:

1. On March 3, 2025, Plaintiffs filed their Motion for Appointment of Interim Co-Lead Class Counsel. Dkt. 79. On March 10, 2025, the Court re-set the hearing on that Motion to April 16, 2025. Dkt. 83.

2. On March 10, 2025, Defendants filed their Motion to Stay and Compel Arbitration. Dkt. 80. Pursuant to Civil L.R. 7-3, Plaintiffs' opposition is due by March 24, 2025; and Defendants' reply is due by March 31, 2025. The hearing on that Motion is scheduled for April 16, 2025.

3. The parties have conferred and agree that Plaintiffs' deadline to respond to the Motion to Stay and Compel Arbitration be extended by 14 days, until April 7, 2025; and Defendants' deadline to Reply be extended by 14 days, until April 28, 2025.

4. In order to accommodate the extended briefing schedule, the parties also agree that the hearing on Defendants' Motion to Stay and Compel Arbitration be continued from April 16, 2025 until June 4, 2025 at 2:00 p.m.

5. In order to conserve the resources of the parties and the Court, the parties further agree that the hearing on Plaintiffs' Motion for Appointment of Interim Co-Lead Class Counsel be continued to June 4, 2025, to be heard concurrently with the Motion to Stay and Compel Arbitration.

///

6. These requested extensions will not require changes to any other deadlines in this case.

IT IS SO STIPULATED.

Dated: March 12, 2025 **BAKER & HOSTETLER LLP**

By: */s/ Bonnie DelGobbo*
Bonnie Keane DelGobbo
*Attorneys for Defendant*s

**HAMMONDLAW, P.C.**

By: */s/ Julian Hammond*
Julian Hammond
*Attorneys for Plaintiff*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Julian Hammond, hereby certify that I have obtained the concurrence in the filing of the foregoing Stipulation from all other signatories listed above.

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION, THE COURT ORDERS AS FOLLOWS:**

1. Plaintiffs' deadline to file its opposition to Defendants' Motion to Stay and Compel Arbitration, currently March 24, 2025, is hereby continued until April 7, 2025.

2. Defendants' deadline to file its Reply in support of its Motion to Stay and Compel Arbitration, currently March 31, 2025, is hereby continued until April 28, 2025.

3. The hearing on Defendant's Motion to Stay and Compel Arbitration, currently scheduled for April 16, 2025, is hereby continued until June 4, 2025 at 2:00 p.m.

4. The hearing on Plaintiffs' Motion for Appointment of Interim Co-Lead Class Counsel, also currently scheduled for April 16, 2025, is hereby continued until June 4, 2025 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 12, 2025

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE