# EXHIBIT 1

If purchaser's name or billing address is missing or incorrect, print corrections here

SOURCE=CD14002

## Critics' Choice VIDEO

**MAIL YOUR ORDER TO**
P.O. Box 610, Bloomingdale, IL 60108-0610

**CALL TO ORDER 24/7:** Toll-Free: 800-367-7765
**FAX YOUR ORDER 24/7:** 630-775-0234
**ORDER ONLINE 24/7:** www.ccvideo.com

**SHIP TO** (If different from billing address above)

Name ↑
Address ↑
City, State, Zip ↑                    Daytime Telephone ↑

**DON'T MISS OUT!** Enter your email address to receive updates and offers!

Email address ↑

☐ Yes, please notify me when my order ships! Package tracking information is included.
☐ Yes, please send me promotional emails & special offers!

| PAGE | ITEM# | QTY | TITLE | PRICE EACH | TOTAL |
|------|-------|-----|-------|------------|-------|
|      |       |     |       |            |       |
|      | CDCCS000001 |  | ONE-YEAR CATALOG SUBSCRIPTION U.S. ONLY | $3.00 |  |
|      | CDCCS000002 |  | TWO-YEAR CATALOG SUBSCRIPTION U.S. ONLY | $4.00 |  |

**PAYMENT METHOD** (check one)

☐ CHECK OR MONEY ORDER ENCLOSED (DO NOT SEND CASH)
☐ Visa (16 Digits)
☐ AmEx (15 Digits)
☐ MasterCard (16 Digits)
☐ Discover/Novus (16 Digits)

**Credit Card Orders** – Please enter information and sign below ↓

Credit Card Number: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16

Expiration Date: (month/year) M M — Y Y

SIGNATURE
(Credit Card Orders will not process without signature)

**STATE SALES TAX** (if applicable)
AL: 4% AR: 6.5% AZ: 5.6% CA: 6% CO: 2.9% CT: 6.35% DC: 6% FL: 6% GA: 4%
HI: 4% IA: 6% ID: 6% IL: 6.25% IN: 7% KS: 7% KY: 6% LA: 4.45% MA: 6.25% MD: 6%
ME: 5.5% MI: 6% MN: 6.88% MO: 4.225% MS: 7% NC: 4.25% ND: 5% NE: 5.5% NJ: 6.625%
NM: 5.125% NV: 6.85% NY: 4% OH: 5.75% OK: 4.5% PA: 6% RI: 7% SC: 6% SD: 4.5%
TN: 7% TX: 6.25% UT: 4.85% VA: 4.3% VT: 6% WA: 6.5% WI: 5% WV: 6% WY: 4%
*CONTACT CUSTOMER SERVICE IF ASSISTANCE IS NEEDED FOR TAX CALCULATION

**RETAIL DELIVERY FEE**
Effective 7/1/22 orders shipping to the state of COLORADO will be charged $0.27 as required by CO Dept. of Revenue

**Product Total** _____

**Write in Coupon Code** _____
(if applicable)

**Total After Coupon Code** _____
(if applicable)

**Shipping & Processing** (Choose One ↓)

**REGULAR $9.95**
(Delivery in 5 – 10 Business Days)

**FAST $10.95 + $1.00 per unit**
(Delivery in 3 – 6 Business Days)

**FASTER $12.95 + $2.00 per unit**
(2 Business Days from ship date)

**FASTEST $16.95 + $3.00 per unit**
(Next Business Day from ship date)

**State Sales Tax*** (See chart at left) + **Local/County Taxes*** = **Subtotal**

**COLORADO Retail Delivery Fee**

**Grand Total**