UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** June 4, 2025 | **Time:** 14 minutes<br>1:59 p.m. to 2:13 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 24-cv-06447-WHO | **Case Name:** Hoang To v. Directtou, LLC | |

**Attorney for Plaintiffs:**     Julian A. Hammond
**Attorney for Defendants:**     Bonnie L. Keane DelGobbo

**Deputy Clerk:** Jean Davis          **Court Reporter:** Stephen Franklin

PROCEEDINGS

Hearing on motions to compel arbitration and to appoint interim lead counsel conducted via videoconference. Court hears argument of counsel. Motion taken under submission; written order to follow.