**EXHIBIT 4**

**HAMMONDLAW. P.C.**
1201 Pacific Ave, Suite 600, Tacoma, WA, 98402

## Approved Consumer Settlements

- ***Smith-Washington et al v TaxAct,*** Case No. 3:23-cv-00830 (N.D. Cal.) (December 30, 2024) (certifying HammondLaw as class counsel for $23.5 million settlement of privacy claims on behalf of 10.3 million nationwide customers of TaxAct) (appeal pending);
- ***Dominguez, et al. v. All-Pro Bail Bonds, Inc., et al,*** Case No. 21CV381890 (Santa Clara County Superior Court) (September 21, 2023) (certifying HammondLaw as class counsel for $2,300,000 settlement of Civil Code § 1799.91 claims on behalf of 33,792 non-spousal co-signers of All Pro bail bond premium financing agreements);
- ***Rodriguez v River City Bank,*** Case No. 1-13-cv-257676 (Sacramento County Superior Court) (October 26, 2022) (certifying HammondLaw as class counsel for $140,000 settlement of Cal. Bus. Prof. Code §§ 17200, Civil Code § 1798.80 and 1798.100 claims on behalf of 16,417 River City Bank customers);
- ***Siciliano et al. v. Apple,*** Case No. 1-13-cv-257676 (Santa Clara County Superior Court) (November 2, 2018) (certifying HammondLaw as co-class counsel for $16,500,000 settlement of Cal. Bus. Prof. Code §§ 17603, 17200, and 17535 claims on behalf of 3.9 million California subscribers to Apple InApp subscriptions);
- ***Gargir v. SeaWorld Inc.***, Case No. 37-2015-00008175-CU-MC-CTL (San Diego County Superior Court) (October 21, 2016) (certifying HammondLaw as co-class counsel in $500,000 settlement of Cal. Bus. Prof. Code §§ 17603, 17200, and 17535 claims class action on behalf of 88,000 subscribers to SeaWorld's annual park passes);
- ***Davis v. Birchbox, Inc.***, Case No. 3:15-cv-00498-BEN-BGS (S.D. Cal.) (October 14, 2016) (certifying HammondLaw as co-class counsel in $1,572,000 settlement of Cal. Bus. Prof. Code §§ 17603, 17200, and 17535 claims on behalf of 149,000 subscribers to Birchbox's memberships);
- ***Goldman v. LifeLock, Inc***. Case No. 1-15-cv-276235 (Santa Clara County Superior Court) (February 5, 2016) (certifying HammondLaw as co-class counsel in $2,500,000 settlement of Cal. Bus. Prof. Code §§ 17603, 17200, and 17535 claims on behalf of 300,000 California subscribers to Lifelock's identity protection programs).
- ***Kruger v. Kiwi Crate, Inc***. Case No: 1-13-CV-254550 (Santa Clara Cnty. Super. Ct. February 19, 2015) (certifying HammondLaw as class counsel in settlement of Cal. Bus. Prof. Code §§ 17603, 17200, and 17535 claims on behalf of approximately 5,400 subscribers to Kiwi Crate).

## Lead Counsel or Executive Committee

- ***In re RetailMeNot Browser Extension Litigation***, Case No. 1:25-cv-01420-JLR (S.D.N.Y.) (appointed as Interim Co-lead counsel on behalf of a class of content creators whose affiliate commission fees were stolen by browser extension)

1

HAMMONDLAW. P.C.
1201 Pacific Ave, Suite 600, Tacoma, WA, 98402

- ***In Re Betterhelp, Inc. Data Disclosure Cases***, Case No. Case No. 3:23-cv-01033-RS (ND Cal) (July 24, 2024)(former partner appointed as Co-lead counsel on behalf of a class of natural persons in the United States whose Protected Health Information was allegedly intercepted by unauthorized third parties in connection with BetterHelp's online mental health platform)
- ***In re Ashley Madison Customer Data Security Breach Litigation***, Case No. 4:15-cv- 02669 JAR (E.D. Mis.) (November 20, 2017) (appointed to the executive committee in $11.2 million settlement on behalf of 39 million subscribers to ashleymadison.com whose information was compromised in the Ashley Madison data breach)

### Contested Class Counsel

- ***O'Connor et al v HRL Laboratories, LLC***, Case 37-2022-00048942-CU-OE-CTL San Diego County Superior Court, (November 22, 2024) (certifying HammondLaw as co-class counsel in a wage and hour class action for a class of approximately 700 California employees who worked remotely for HRL Laboratories between March 13, 2020 and February 28, 2022);
- ***Uzair v. Google,*** Case No. 18CV328915, Santa Clara County Superior Court (July 2, 2024) (certifying HammondLaw as co-class counsel in a consumer class action on behalf of all persons in California who paid for at least one renewal term of a Google subscription billed through the Google Play Store from May 30, 2014 to the present);
- ***Martinez v Knight Transportation,*** Case No. 1:16-cv-01730-SKO (E.D. Cal.) (December 3, 2018) (certifying HammondLaw as co-class counsel in wage and hour class action on behalf of approximately 5,600 truck drivers);
- ***Moss et al. v. USF Reddaway, Inc.,*** Case No. 5:15-cv-01541 (C.D. Cal.) (June 30, 2017) (certifying HammondLaw as co-class counsel in wage and hour class action on behalf of approximately 500 truck drivers);
- ***Siciliano et al. v. Apple,*** Case No. 1-13-cv-257676 (Santa Clara County Superior Court) (April 21, 2017) (certifying HammondLaw as co-class counsel on behalf of a class of nearly 4 million Apple customers in California who purchased third-party developer's automatically renewing In App subscriptions through Apple iTune's store);

### Approved California Wage and Hour Cases

- ***Behm-Steinberg v California College of the Arts,*** Case No. RG200081590 (Alameda County Superior Court) (June 24, 2025) (certifying HammondLaw as class counsel for $1,250,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, 201-203, 2802, and 2699 claims on behalf of 769 instructors; and Labor Code § 2802 claims on behalf of 572 remote workers);
- ***Vissing v Antioch University,*** Case No. 23STCV07770 (Los Angeles County Superior Court) (March 27, 2025) (Labor Code § 2699 et seq. representative action settlement for $250,000 for violation of Labor Code §§ 201-

204, 226(a), 226.2, 226.3, 226.7, 515(a), 1194, 2699, and 2802 on behalf of 306 instructor and violation of Labor Code § 2802 on behalf of 184 remote workers);

- *Beck et al v University of San Francisco,* Case No. 21STCV38365 (Los Angeles County Superior Court) (February 14, 2025) (certifying HammondLaw as class counsel for $3,888,888 settlement of Labor Code §§ 1194, 226(a), 226.7, 510, 512, 2802, and 2699 claims on behalf of 3,689 instructors and other employees);
- *Fox et al v. Verkada,* Case No. 23-CIV-00193 (San Mateo County Superior Court) (November 8, 2024) (certifying HammondLaw as class counsel for $5,907,342.70 settlement of FLSA claims, and Labor Code §§ 512, 226.7, 510, 1194, 226(a), 201-203, 2802 claims on behalf of 1,355 employees);
- *Broersma v Platt College Los Angeles LLC,* Case No. 20STCV47502 (Los Angeles County Superior Court) (August 30, 2024) (certifying HammondLaw as co-class counsel for $885,500 settlement of Labor Code §§ 1194, 226(a), 226.7, 510, 512, 201-203, 204, 1174, 1174.5, 2802, and 2699 claims on behalf of 731 no-exempt hourly employees);
- *Fligsten et al. v Musicians Institute,* Case No. 21STCV38365 (Los Angeles County Superior Court) (August 7, 2024) (certifying HammondLaw as class counsel for $900,000 settlement of Labor Code §§ 1194, 226(a), 226.7, 510, 512, 201-203, 2802, and 2699 claims on behalf of 452 instructors; and Labor Code § 2802 claims on behalf of 130 remote workers);
- *Pahl et al. v Colorado Technical Institute, et al.*, Case No. 34-2022-00322588 (Sacramento County Superior Court) (June 28, 2024) (certifying HammondLaw as class counsel for $900,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, 201-203, 2802, and WARN Act claims on behalf of 246 adjunct instructors; and Labor Code § 2802 claims on behalf of 180 remote workers);
- *Peters v Life Pacific University*, Case No. 22STCV06988 (Los Angeles County Superior Court) (April 26, 2024) (certifying HammondLaw as class counsel for $138,000 settlement of Labor Code §§ 1194, 226.2, 226.7, 201-203, and 2802 claims on behalf of 61 adjunct instructors and Labor Code § 2802 claims on behalf of 137 remote workers);
- *Teraoka v California Baptist University*, Case No. CVRI2201866 (Riverside County Superior Court) (March 21, 2024) (certifying HammondLaw as class counsel for $99,000 settlement of Title IX claims on behalf of 361 male student athletes);
- *Cathers v Mount Saint Mary's University*, Case No. 22STCV02491 (Los Angeles County Superior Court) (March 8, 2024) (certifying HammondLaw as class counsel for $1,110,000 settlement of Labor Code § 1194, 226.2, 226.7, 226(a), 201-203, and 2802 claims on behalf of 690 adjunct instructors);
- *Foster et al v Embry Riddle Aeronautical University*, Case No. CVRI2202995 (Riverside County Superior Court) (February 2, 2024) (certifying HammondLaw as co-class counsel for $559,482 settlement of Labor Code § 1194, 226.2, 226.7, 226(a), 201-203, 1400, and 2802 claims on behalf of 123 part-time instructors);
- *Serna v Gurnick Academy of Medical Arts,* Case No. 22-CIV01185 (San Mateo County Superior Court) (January 18, 2024) (Labor Code § 2699 et seq.

**HAMMONDLAW. P.C.**
1201 Pacific Ave, Suite 600, Tacoma, WA, 98402

representative action settlement for $545,0000 for violation of Labor Code §§ §§ 201-203,226(a), 226.7, 246, 510, 512, 558, 1194, and 2802 on behalf of 884 employees);

- ***Lundgren v Otis College of Art and Design***, Case No. 22STCV14633 (Los Angeles County Superior Court) (January 2, 2024) (certifying HammondLaw as class counsel for $990,000 settlement of Labor Code §§ 1194, 226.2, 226.7, 226(a), 201-203, and 2802 claims on behalf of 606 adjunct instructors and Labor Code § 2802 claims on behalf of 335 remote workers);

- ***Knapp et al. v. Pepperdine University***, Case No. 22STCV16736 (Los Angeles County Superior Court) (December 6, 2023) (certifying HammondLaw as class counsel for $407,000 settlement of Labor Code § 2802 claims on behalf of 1,497 adjunct instructors);

- ***Meyer et al v Visa Inc. et al.,*** Case No. CGC-21-593058 (San Francisco County Superior Court) (November 17, 2023) (certifying HammondLaw as class counsel for $2,700,000 settlement of Labor Code § 2802 and 432.5 claims on behalf of 4,973 employees);

- ***Davila v Concentrix Solutions Corporation et al,*** Case No. RG20079700 (Alameda County Superior Court) (November 17, 2023) (certifying HammondLaw as class counsel for $385,000 settlement of Labor Code § 2802 claims on behalf of 262 employees);

- ***Pasno et al v Hibu, Inc.,*** Case No. 22STCV01361 (Los Angeles County Superior Court) (September 27, 2023) (certifying HammondLaw as class counsel for $140,000 settlement of Labor Code §§ 1194, 510, 226(a), 201-203, and 2802 claims on behalf of 141 sales representatives);

- ***Jackson v University of Redlands,*** Case No. CIVSB2133143 (San Bernardino County Superior Court) (September 18, 2023) (certifying HammondLaw as class counsel for $700,000 settlement of Labor Code §§ 1194 and 226(a) claims on behalf of 310 adjunct instructors and Labor Code § 2802 claims on behalf of 1,100 employees);

- ***Martinez v Knight Transportation,*** Case No. 1:16-cv-01730-SKO (E.D. Cal.) (September 11, 2023) (certifying HammondLaw as co-class counsel $400,000 settlement of Labor Code §§ 1194, 226.2, 226.7, 203, and 2802 claims on behalf of 5,648 truck drivers);

- ***Brandmeier v Columbia Southern University,*** Case No. 22CV013638 (Alameda County Superior Court) (August 28, 2023) (certifying HammondLaw as class counsel for $320,000 settlement of Labor Code §§ 201-203, 226(a)-(e), 226.2, 226.7, 1194, 510, 2802, and 2699 claims on behalf of 51 instructors);

- ***Angelina Harrold v California Family Health LLC dba California Family Fitness,*** Case No. 34-2022-00323409 (Sacramento County Superior Court) (August 17, 2023) (Labor Code § 2699 et seq. representative action settlement for $223,000 for violation of Labor Code §§ 1194, 510, 226.7, 512, 226(a), 201-203, and 2802 on behalf of 374 fitness instructors);

- ***Carr et al v Konica Minolta Business Solutions U.S.A., Inc.,*** Case No. 21CV001245 (Alameda County Superior Court) (June 27, 2023) (certifying HammondLaw as class counsel for $1,247,907.53 settlement of Labor Code §§

4

HAMMONDLAW. P.C.
1201 Pacific Ave, Suite 600, Tacoma, WA, 98402

1194, 226(a), 226.7, 510, and 201-203 claims on behalf of 269 sales representatives and Labor Code § 2802 claims on behalf of 890 other employees);

- ***Costa v. University of Antelope Valley,*** Case No. 21STCV18531 (Los Angeles County Superior Court) (May 17, 2023) (Labor Code § 2699 et seq. representative action settlement for $156,232.78 for violation of Labor Code §§ 1194, 226(a), 226.2, 226.7, 510, 512, 203, and 2802 on behalf of 55 instructors and Labor Code § 2802 claims on behalf of 54 other employees);

- ***Harris v Southern New Hampshire University,*** Case No. RG21109745 (Alameda County Superior Court) (May 12, 2023) (certifying HammondLaw as co-class counsel for $1,475,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, 510 512, 201-203, and 2802 claims on behalf of 480 adjunct instructors);

- ***Castillo v Holy Names University,*** Case No. HG21097245 (Alameda County Superior Court) (May 2, 2023) (certifying HammondLaw as class counsel for $970,701.38 settlement of Labor Code §§ 226(a), 226.2, 226.7, 512, 1194, 201-203, and 2802 claims on behalf of 454 part-time instructors; Labor Code § 2802 claims on behalf of 563 other employees who worked remotely; and Labor Code § 226(a) claims on behalf of 682 employees who received inaccurate wage statements);

- ***Marantz v Laguna College of Art and Design,*** Case No. 30-2021-01194814-CU-OE-CXC (Orange County Superior Court) (April 21, 2023) (certifying HammondLaw as class counsel for $825,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, 512, 201-203, and 2802 claims on behalf of 295 adjunct instructors; and Labor Code § 2802 claims on behalf of 191 other employees);

- ***Glor v iHeart Media + Entertainment,*** Case No. 22CV005286 (Alameda County Superior Court) (February 14, 2023) (certifying HammondLaw as class counsel for $1,220,000 settlement of Labor Code §§ 226(a), 510, 1194, and 201-203 claims on behalf of 206 account executives and Labor Code § 2802 claims on behalf of 1,154 other employees);

- ***Cassidy v Keyence Corporation of America,*** Case No. 21CV382350 (Santa Clara County Superior Court) (February 8, 2023) (Labor Code § 2699 et seq. representative action settlement for $300,000 for violation of Labor Code §§ 226(a), 512, 203, and 2802 on behalf of 151 sales representatives and Labor Code § 2802 claims on behalf of 18 other employees);

- ***Burleigh v. Brandman University,*** Case No. 30-2020-01172801-CU-OE-CXC (Orange County Superior Court) (January 27, 2023) (certifying HammondLaw as class counsel for $1,550,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, 512, 201-203, claims on behalf of 1,757 adjunct instructors and Labor Code § 2802 claims on behalf of 555 other employees);

- ***Burleigh v. Walden University LLC and Laureate Education, Inc.,*** Case No. RG21106062 (Alameda County Superior Court) (December 9, 2022) (certifying HammondLaw as co-class counsel for $815,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, 203, 2802, and 2699, claims on behalf of 244 adjunct instructors);

- ***Burleigh v. National University***, Case No. MSC21-00939 (Contra Costa County Superior Court) (August 26, 2022) (certifying HammondLaw as co-class

HAMMONDLAW. P.C.
1201 Pacific Ave, Suite 600, Tacoma, WA, 98402

counsel for $925,000 settlement of Labor Code § 2802 claim on behalf of 1,802 instructors);

- *Parson v. La Sierra University,* Case No. CVRI2000104 (Riverside County Superior Court) (May 19, 2022) (certifying HammondLaw as class counsel for $578,220 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, 203, claims on behalf of 381 adjunct instructors and Labor Code § 2802 claims on behalf of 739 other employees);
- *Chindamo v. Chapman University,* Case No. 30-2020-01147814-CU-OE-CXC (Orange County Superior Court) (April 15, 2022) (certifying HammondLaw as co-class counsel for $1,150,00 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, 203, claims on behalf of 1,374 adjunct instructors and Labor Code § 2802 claims on behalf of 4,120 other employees);
- *Sweetland-Gil v. University of the Pacific,* Case No. STK-CV-UOE-2019-0014682 (San Joaquin County Superior Court) (March 4, 2022) (certifying HammondLaw as class counsel for $1,800,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, and 203 claims on behalf of 1,100 adjunct instructors);
- *Senese v. University of San Diego,* Case No. 37-2019-00047124-CU-OE-CTL (San Diego County Superior Court) (February 8, 2022) (certifying HammondLaw as co-class counsel for $3,892,750 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, and 203 claims on behalf of 2,071 adjunct instructors);
- *Solis et al. v Concordia University Irvine,* Case No. 30-2019-01114998-CU-OE-CXC (Orange County Superior Court) (February 3, 2022) (certifying HammondLaw as class counsel for $890,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, 203, and 2802 claims on behalf of 778 adjunct instructors);
- *McCoy et v Legacy Education LLC,* Case No. 19STCV2792 (Los Angeles County Superior Court) (November 15, 2021) (Labor Code § 2698 et seq. representative action settlement for $76,000 for violation of Labor Code §§ 1194, 226(a), 226.7, 512, 203, and 2802 on behalf of 31 instructors);
- *Merlan v Alliant International University,* Case No. 37-2019-00064053-CU- OE-CTL (San Diego County Superior Court) (November 2, 2021) (certifying HammondLaw as co-class counsel for $711,500 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, and 203 claims on behalf of 803 adjunct instructors);
- *Stupar et al. v University of La Verne*, Case No. 19STCV33363 (Los Angeles County Superior Court) (October 14, 2021) (certifying HammondLaw as class counsel for $2,450,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, 512, and 203 claims on behalf of 1,364 adjunct instructors);
- *Normand et al. v Loyola Marymount University*, Case No. 19STCV17953 (Los Angeles County Superior Court) (September 9, 2021) (certifying HammondLaw as class counsel for $3,400,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, and 203 claims on behalf of 1,655 adjunct instructors);
- *Veal v Point Loma Nazarene University*, Case No. 37-2019-00064165-CU-OE-CTL (San Diego County Superior Court) (August 27, 2021) (certifying HammondLaw as class counsel for $711,500 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, and 203 claims on behalf of 670 adjunct instructors);
- *Pillow et al. v. Pepperdine University*, Case No. 19STCV33162 (Los Angeles County Superior Court) (July 28, 2021) (certifying HammondLaw as class

**HAMMONDLAW. P.C.**
1201 Pacific Ave, Suite 600, Tacoma, WA, 98402

counsel for $940,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, and 203 claims on behalf of 1,547 adjunct instructors);

- *Moore et al v Notre Dame De Namur University,* Case No. 19-CIV-04765 (San Mateo County Superior Court) (July 1, 2021) (certifying HammondLaw as class counsel for $882,880 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, and 203 claims on behalf of 397 adjunct instructors);

- *Mooiman et al. v Saint Mary's College of California,* Case No. C19-02092 (Contra Costa County Superior Court) (June 10, 2021) (certifying HammondLaw as class counsel for $1,700,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, and 203 claims on behalf of 760 adjunct instructors and Labor Code § 226(a) claim on behalf of 2,212 other employees);

- *Peng v The President and Board of Trustees of Santa Clara College,* Case No. 19CV348190 (Santa Clara County Superior Court) (April 21, 2021) (certifying HammondLaw as class counsel for $1,900,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, and 203 claims on behalf of 1,017 adjunct instructors and Labor Code Code § 226(a) claim on behalf of 5,102 other employees);

- *Morse v Fresno Pacific University,* Case No. 19-CV-04350 (Merced County Superior Court) (April 6, 2021) (certifying HammondLaw as class counsel for $1,534,725 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, 512 and 203 claims on behalf of 861 adjunct instructors);

- *Miner, et al. v. ITT Educational Services, Inc.,* Case No. 3:16-cv-04827-VC (N.D. Cal.) (March 19, 2021) (certifying HammondLaw as class counsel for $5,200,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, 512 and 2802 claims on behalf of 1,154 adjunct instructors);

- *Harris-Foster v. University of Phoenix*, Case No. RG19019028 (Alameda County Superior Court) (March 17, 2021) (certifying HammondLaw as class counsel for $2,863,106 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7 and 2802 putative class action on behalf of 3,447 adjunct instructors);

- *Granberry v. Azusa Pacific University*, Case No. 19STCV28949 (Los Angeles County Superior Court) (March 5, 2021) (certifying HammondLaw as class counsel for $1,112,100 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7 and 2802 claims on behalf of 1,962 adjunct instructors);

- *Ott v. California Baptist University*, Case No. RIC1904830 (Riverside County Superior Court) (January 26, 2021) (certifying HammondLaw as co-class counsel for $700,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7 and 512 claims on behalf of 958 adjunct instructors);

- *Pereltsvaig v. Cartus Corporation*, Case No. 19CV348335 (Santa Clara County Superior Court) (January 13, 2021) (certifying HammondLaw as class counsel in $300,000 settlement of Labor Code §§ 226.8(a), 1194, 226(a), 226.7, 510, 512, and 2802 claims on behalf of 126 instructors);

- *Morrison v. American National Red Cross*, Case No. 19-cv-02855-HSG (N.D. Cal.) (January 8, 2021) (certifying HammondLaw as class counsel in a $377,000 Settlement of Labor Code §§ 1194, 226(a), 226.7, 510, 512 and 2802 claims on behalf of 377 instructors);

- *Brown v. Cernx,* Case No. JCCP004971 (Alameda County Superior Court) (July 14, 2020) (certifying HammondLaw as co-class counsel in $350,000

7

**HAMMONDLAW. P.C.**
1201 Pacific Ave, Suite 600, Tacoma, WA, 98402

settlement of Labor Code §§ 1194, 226, 226.7, 510, 512, and 2802 claims on behalf of 309 couriers);

- ***Stempien v. DeVry University***, Case No. RG19002623 (Alameda County Superior Court) (June 30, 2020) (certifying HammondLaw as class counsel for $1,364,880 settlement Labor Code §§ 1194, 226, 226.2, 226.7, and 2802 claims on behalf of 498 adjunct instructors);

- ***McCoy v. Concorde.***, Case No. 30-2017-00936359-CU-OE-CXC (Orange County Superior Court.) (July 2, 2019) (certifying HammondLaw as class counsel for $2,500,000 settlement of Labor Code §§ 1194, 226, 226.7, and 512 putative claims on behalf of 636 adjunct instructors);

- ***Hogue v. YRC,*** Case No. 5:16-cv-01338 (C.D. Cal.) (June 24, 2019) (certifying HammondLaw as co-class counsel for $700,000 settlement of Labor Code §§ 1194, 226.2, 226.7, and 2802 claims on behalf of 225 truck drivers);

- ***Sands v. Gold's Gym***, Case No. BC660124 (Los Angeles Alameda County Superior Court)(March 20, 2019) (Labor Code § 2698 *et seq.* representative action settlement for $125,000 for violation of Labor Code § 1194, 2802 and 246 *et seq.* claims on behalf of 106 fitness instructors);

- ***Garcia v. CSU Fullerton.***, Case No. 30-2017-00912195-CU-OE-CXC (Orange County Superior Court) (February 15, 2019) (certifying HammondLaw as class counsel for $330,000 settlement of Labor Code §§ 1194, 226, 226.7, and 512 claims on behalf of 127 adjunct instructors);

- ***Pereltsvaig v. Stanford***, Case No. 17-CV-311521 (Santa Clara County Superior Court) (January 4, 2019) (certifying HammondLaw as class counsel for $886,890 settlement of Labor Code §§ 1194, 226, 226.7, 512, 2802 and 2699 claims on behalf of 398 adjunct instructors);

- ***Moss et al. v. USF Reddaway, Inc.,*** Case No. 5:15-cv-01541 (C.D. Cal.) (July 25, 2018) (certifying HammondLaw as co-class counsel for $2,950,000 settlement of Labor Code §§ 1194, 226, 226.7, and 201-203 claims on behalf of 538 truck drivers);

- ***Beckman v. YMCA of Greater Long Beach,*** Case No. BC655840 (Los Angeles County Superior Court) (June 26, 2018) (Labor Code § 2698 *et seq.* representative action settlement for $92,500 for violation of Labor Code § 1194 and 226(a) claims on behalf of 101 fitness instructors);

- ***Maldonado v. Heavy Weight Transport, Inc.,*** Case No. 2:16-cv-08838 (C.D. Cal.) (December 11, 2017) (certifying HammondLaw as co-class counsel for $340,000 settlement of Labor Code §§ 1194, 226, 226.2, 226.7, 226, 201-203, and 2699 claims on behalf of 160 truck drivers);

- ***Hillman v. Kaplan***, Case No. 34-2017-00208078 (Sacramento County Superior Court) (December 7, 2017) (certifying HammondLaw as class counsel for $1,500,000 settlement of Labor Code §§ 1194, 226, 226.7, 201-203 and 2802 claims on behalf of 506 instructors);

- ***Bender et al. v. Mr. Copy, Inc.***, Case No. 30-2015-00824068-CU-OE-CXC (Orange County Superior Court) (October 13, 2017) (certifying HammondLaw as co-class counsel for $695,000 settlement of Labor Code §2802 claims on behalf of approximately 250 outside sales representatives);

HAMMONDLAW. P.C.
1201 Pacific Ave, Suite 600, Tacoma, WA, 98402

- ***Rios v. SoCal Office Technologies***, Case No. CIVDS1703071 (San Bernardino County Superior Court) (September 6, 2017) (certifying HammondLaw as co-class counsel for $495,000 settlement of Labor Code §2802 claims on behalf of approximately 180 outside sales representatives);

- ***Russell v. Young's Commercial Transfer, Inc.***, Case No. PCU265656 (Tulare County Superior Court) (June 19, 2017) (certifying HammondLaw as co-class counsel for $561,304 settlement of Labor Code §§ 1194, 226, 226.2, and 201-203 claims on behalf of 962 truck drivers);

- ***Keyes v. Valley Farm Transport, Inc.***, Case No. FCS046361 (Solano County Superior Court) (May 23, 2017) (certifying HammondLaw as co-class counsel for $497,000 settlement of Labor Code § 226, 1194, 512 and 2698 *et seq*. claims on behalf of 316 truck drivers);

- ***Numi v. Interstate Distributor Co.***, Case No. RG15778541 (Alameda County Superior Court ) (March 6, 2017) (certifying HammondLaw as co-class counsel for $1,300,000 settlement of Labor Code §§ 1194, 226.2 and 2802 claims on behalf of approximately 1,000 truck drivers);

- ***Keyes v. Vitek, Inc.,*** Case No. 2016-00189609 (Sacramento County Superior Court) (February 17, 2017) ($102,000 settlement of PAGA representative action for violation of Labor Code § 226.8 on behalf of 90 truck drivers);

- ***Martinez v. Estes West dba G.I. Trucking, Inc.,*** Case. BC587052 (Los Angeles County Superior Court) (April 4, 2017) (certifying HammondLaw as co-class counsel for $425,000 settlement of Labor Code §§ 1194, 226, and 201-203 claims on behalf of approximately 156 truck drivers);

- ***Sansinena v. Gazelle Transport Inc.***, Case No. S1500-CV- No 283400 (Kern County Superior Court) (December 8, 2016) (certifying HammondLaw as co-class counsel for $264,966 settlement of Labor Code §§ 1194, 226, and 201-203 claims on behalf of approximately 314 truck drivers);

- ***Cruz v. Blackbelt Enterprises, Inc.,*** Case No. 39-2015-00327914-CU-OE-STK (San Joaquin County Superior Court) (September 22, 2016) (certifying HammondLaw as co-class counsel for $250,000 settlement of Labor Code §§ 1194, 226, and 201-203 claims on behalf of approximately 79 truck drivers);

- ***Araiza et al. v. The Scotts Company, L.L.C.,*** Case No. BC570350 (Los Angeles County Superior Court) (September 19, 2016) (certifying HammondLaw as co-class counsel for $925,000 settlement of Labor Code §226, 510, 512 and 2802 claims on behalf of approximately 570 merchandisers; and Labor Code 226(a) claims on behalf of approximately 120 other employees);

- ***Dixon v. Hearst Television, Inc.***, Case No. 15CV000127 (Monterey County Superior Court) (September 15, 2016) (certifying HammondLaw as class counsel for a $432,870 settlement of Labor Code § 2802 claims on behalf of approximately 55 outside sales representatives);

- ***Garcia et al. v. Zoom Imaging Solutions, Inc.*** SCV0035770 (Placer County Superior Court) (September 8, 2016) (certifying HammondLaw as co-class counsel for $750,000 settlement of Labor Code § 510, 512, 1194 and 2802 claims on behalf of approximately 160 sales representatives and service technicians);

- ***O'Beirne et al. v. Copier Source, Inc. dba Image Source***, Case No. 30-2015-00801066-CU-OE-CXC (Orange County Superior Court) (September 8, 2016) (certifying HammondLaw as co-class counsel for $393,300 settlement of Labor Code § 2802 claims on behalf of approximately 132 outside sales representatives);
- ***Mead v. Pan-Pacific Petroleum Company, Inc.,*** Case No. BC555887 (Los Angeles County Superior Court) (August 30, 2016) (certifying HammondLaw as co-class counsel for $450,000 settlement of Labor Code §§ 1194, 226, and 201-203 claims on behalf of approximately 172 truck drivers);
- ***Lange v. Ricoh Americas Corporation***, Case No. RG136812710 (Alameda County Superior Court) (August 5, 2016) (certifying HammondLaw as co-class counsel for $1,887,060 settlement of Labor Code § 2802 claims on behalf of approximately 550 sales representatives);
- ***Alcazar v. US Foods, Inc. dba US Foodservice***, Case No. BC567664 (Los Angeles County Superior Court) (March 18, 2016) (certifying HammondLaw as co-class counsel for a $475,000 settlement of Labor Code §§ 1194, 226, and 201-203 claims on behalf of approximately 634 truck drivers);
- ***Harris v. Toyota Logistics***, Case No. C 15-00217 (Contra Costa County Superior Court) (February 9, 2016) (certifying HammondLaw as co-class counsel for $550,000 settlement of Labor Code §§ 1194, 226, and 201-203 claims reached on behalf of approximately truck 125 drivers);
- ***Albanez v. Premium Retail Services Inc***., Case No. RG1577982 (Alameda County Superior Court) (January 29, 2016) (Private Attorney General Act Settlement for $275,000 on behalf of approximately 38 employees);
- ***Garcia et al v. Sysco Los Angeles, et al.,*** Case No. BC560274 (Los Angeles County Superior Court) (November 12, 2015) (certifying HammondLaw as co-class counsel for a $325,000 settlement on behalf of approximately 500 truck drivers);
- ***Cooper et al. v. Savage Services Corporation, Inc.***, Case No. BC578990 (Los Angeles County Superior Court) (October 19, 2015)(certifying HammondLaw as co-class counsel for $295,000 settlement on behalf of approximately 115 truck drivers);
- ***Gallardo et al. v. Canon Solutions America, Inc.,*** Case No. CIVDSS1500375 (San Bernardino County Superior Court) (August 5, 2015) (certifying HammondLaw as co-class counsel for $750,000 settlement of Labor Code § 2802 claims on behalf for approximately 320 outside sales representatives);
- ***Glover v. 20/20 Companies, Inc.,*** Case No. RG14748879 (Alameda County Superior Court) (August 3, 2015) (Private Attorney General Act Settlement for $475,000 on behalf of approximately 273 independent contractors);
- ***Mayton et al v. Konica Minolta Business Solutions USA, Inc***., Case No. RG12657116 (Alameda County Superior Court) (June 22, 2015) (certifying HammondLaw as co-class counsel for $1,225,000 settlement of Labor Code § 2802 claims on behalf for approximately 620 outside sales representatives);
- ***Garza, et al. v. Regal Wine Company, Inc. & Regal III, LLC***, Case No. RG12657199 (Alameda County Superior Court) (February 21, 2014) (certifying

**HAMMONDLAW. P.C.**
1201 Pacific Ave, Suite 600, Tacoma, WA, 98402

HammondLaw as class counsel for $1.7 million settlement on behalf of approximately 317 employees);

- ***Moy, et al. v. Young's Market Co., Inc.***, Case No. 30-2011-00467109-CU-OE-CXC (Orange County Superior Court) (November 8, 2013) (certifying HammondLaw as co-class counsel for $2.3 million settlement of Labor Code § 2802 claims on behalf of approximately 575 sales representatives);

- ***Gagner v. Southern Wine & Spirits of America*, *Inc***., Case No. 3:10-cv-10-04405 JSW (N.D. Cal.) (December 11, 2012) (certifying HammondLaw as co-class counsel for $3.5 million settlement of Labor Code § 2802 claims reached on behalf of approximately 870 sales representatives);

- ***Downs, et al. v. US Foods, Inc. dba US Foodservice***, Case No. 3:10-cv-02163 EMC (N.D. Cal.) (September 12, 2012) (certifying HammondLaw as co-class counsel for $3 million settlement of Labor Code § 2802 claims reached on behalf of approximately 950 truck drivers).

## Approved Washington State Wage and Hour Cases

- ***Ortiz v Expedia,*** Case No. 23-2-11268-7 (King County Superior Court) (January 8, 2025) (certifying HammondLaw as class counsel for $135,000 settlement of Seattle Municipal Code § 14.20, *et seq* claims on behalf of approximately 2,210 employees);

- ***Duffy v Seattle University***, Case No. 23-2-08067-0 (King County Superior Court) (December 20, 2024) (certifying HammondLaw as class counsel for $92,000 settlement of Seattle Municipal Code § 14.20, *et seq* claims on behalf of approximately 999 employees);

- ***Ebersole v Seattle Pacific University***, Case No. 23-2-13734-5 (King County Superior Court) (December 13, 2024)(certifying HammondLaw as class counsel for $65,660 settlement of Seattle Municipal Code § 14.20, *et seq* claims on behalf of approximately 500 employees);

- ***Clever v Weyerhaeuser***, Case No. 23-2-13734-5 (King County Superior Court) (September 27, 2024)(certifying HammondLaw as class counsel for $114,712,50 settlement of Seattle Municipal Code § 14.20, *et seq* claims on behalf of approximately 127 employees);

- ***Rector v Egencia***, Case No. 23-2-11362-4 (King County Superior Court) (September 20, 2024)(certifying HammondLaw as class counsel for $69,500 settlement of Seattle Municipal Code § 14.20, *et seq* claims on behalf of approximately 84 employees);

- ***Stone v Interstate Distributor Co***., Case No. 15-2-14612-3 (Pierce County Superior Court) (July 24, 2020)(certifying HammondLaw as co-class counsel for $885,000 settlement of Washington Minimum Wage Act claims behalf of approximately 867 truck drivers);

- ***Smith et al. v T-W Transport, Inc***, Case No. 17-2-02864-3 (Spokane County Superior Court) (December 13, 2019) (certifying HammondLaw as co-class counsel for $1,375,000 settlement of Washington Minimum Wage Act claims behalf of approximately 1,221 truck drivers);

**HAMMONDLAW. P.C.**
1201 Pacific Ave, Suite 600, Tacoma, WA, 98402

- *Newton v Oak Harbor Freight Lines*, Case No. 16-12-11137-8 (November 8, 2019)(certifying HammondLaw as co-class counsel for $65,000 settlement of Washington Minimum Wage Act claims behalf of approximately 41 truck drivers);
- *Hedglin v. Swift Transportation Company of Arizona, L.L.C.,* Case No. 3:16−cv−05127−RJB (W.D. WA – Tacoma) (July 8, 2019) (certifying HammondLaw as co-class counsel for $2,490,000 settlement of Washington Minimum Wage Act claims behalf of approximately 2,784 truck drivers)
- *Lepine v. Petsmart, Inc.,* Case No. 3:17-cv-05488-BHS (W.D. WA – Tacoma) (February 25, 2019) (certifying HammondLaw as co-class counsel for $700,000 settlement of Washington Minimum Wage Act claims on behalf of approximately 424 pet groomers);
- *Lepine v. Petco Animal Supplies Stores, Inc.,* Case No. 3:17-cv-05483-RBL (W.D. WA- Tacoma) (November 9, 2018) (certifying HammondLaw as co-class counsel for $700,000 settlement of Washington Minimum Wage Act claims on behalf of approximately 911 pet groomers);
- *Kidwell v. Haney Truck Line*, Case No. 16-2-0488 (Thurston County Superior Court) (May 4, 2018) (certifying HammondLaw as co-class counsel for $277,500 settlement of Washington Minimum Wage Act claims behalf of approximately 466 truck drivers)
- *McMakin v. Dominos*, Case No. 16-2-20655-7 (King County Superior Court) (June 2, 2017) (certifying HammondLaw as co-class counsel for $177,000 settlement of Washington Minimum Wage Act claims behalf of approximately 77 truck drivers);
- *Eilerman v. McLane Company Inc.,* Case No. 3:16-cv-05303-BHS (W.D. WA – Tacoma) (May 17, 2017) (certifying HammondLaw as co-class counsel for $775,000 settlement of Washington Minimum Wage Act claims behalf of approximately 251 truck drivers)