# EXHIBIT 1

**Subject:** Re: DirectToU litigation - CONFIDENTIAL SETTLEMENT COMMUNICATION - INADMISSIBLE FOR ANY PURPOSE OTHER THAN SETTLEMENT
**Date:** Thursday, June 12, 2025 at 6:53:49 PM Central Daylight Time
**From:** Frank Hedin
**To:** Joel C. Griswold
**CC:** Julian Hammond, Bonnie Keane DelGobbo

Joel
Plaintiffs accept.


Frank S. Hedin
**Hedin LLP**
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
(305) 357-2107
http://www.hedinllp.com


> On Jun 12, 2025, at 11:51AM, Griswold, Joel C. <jcgriswold@bakerlaw.com> wrote:
>
>
> Hi Frank and Julian,
>
> We have attached a draft counter-offer in the context of a redlined settlement agreement.  If accepted, we will send conforming exhibits later.
>
> Thank you,
>
> Joel
>
>
> **Joel Griswold**
> Partner
> <image001.png>
>
> One North Wacker Drive | Suite 3700
> Chicago, IL 60606-2859
> T +1.312.416.6238
>
> jcgriswold@bakerlaw.com
> bakerlaw.com
> <image002.png>
> <image003.png>

**From:** Frank Hedin <fhedin@hedinllp.com>
**Sent:** Tuesday, June 10, 2025 9:10 PM
**To:** Griswold, Joel C. <jcgriswold@bakerlaw.com>
**Cc:** Julian Hammond <jhammond@hammondlawpc.com>
**Subject:** Re: DirectToU litigation

One other thing I forgot to mention. My clients would be added as class reps and receive the same service award amount as Hoang To, and I would be added as class counsel alongside Julian.

Frank S. Hedin
**Hedin LLP**
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
(305) 357-2107
http://www.hedinllp.com

> On Jun 10, 2025, at 10:03 PM, Frank Hedin <fhedin@hedinllp.com> wrote:
>
> Nothing more than fixing the release to be less broad (in the ways the court identified), and fixing the other form-related issues flagged by the court in its order (such as making sure the correct projected amount per claimant is included in the notices, etc).
>
> Frank S. Hedin
> **Hedin LLP**
> 1395 Brickell Avenue, Suite 610
> Miami, Florida 33131
> (305) 357-2107
> http://www.hedinllp.com

>> On Jun 10, 2025, at 10:01 PM, Griswold, Joel C. <jcgriswold@bakerlaw.com> wrote:
>>
>> Settlement Communication

Thanks, Frank. Because I know it will be asked, what do you expect from my client in terms of joint cooperation to address the objections?

On Jun 10, 2025, at 8:44 PM, Frank Hedin <fhedin@hedinllp.com> wrote:

Plaintiffs demand a $1.75M class settlement on the same terms as the prior settlement, with the issues identified by the court in its order sustaining objections to be addressed in a revised settlement agreement through joint cooperation by the parties.

Frank S. Hedin
<img-304caf2e-6ebd-4a59-a4e8-6863415f3bb4>
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Tel: + 1 (305) 357-2107
Fax: + 1 (305) 200-8801

---

**From:** Griswold, Joel C. <jcgriswold@bakerlaw.com>
**Date:** Tuesday, June 10, 2025 at 9:27 PM
**To:** Frank Hedin <fhedin@hedinllp.com>
**Subject:** Re: DirectToU litigation

They are open to hearing a new settlement demand, without waiving any rights or arguments.

On Jun 10, 2025, at 6:58 PM, Frank Hedin <fhedin@hedinllp.com> wrote:

Ok, and I take it they don't want to settle?
Frank S. Hedin

**Hedin LLP**

1395 Brickell Avenue, Suite 610

Miami, Florida 33131

(305) 357-2107

http://www.hedinllp.com

On Jun 9, 2025, at 1:04 PM, Griswold, Joel C. <jcgriswold@bakerlaw.com> wrote:

Thanks, Frank. They are not interested in staying a decision on the motion to compel.

Thanks,

Joel

**Joel Griswold**
Partner

<image001.png>

One North Wacker Drive | Suite 3700
Chicago, IL 60606-2859
T +1.312.416.6238

jcgriswold@bakerlaw.com
bakerlaw.com
<image002.png>
<image003.png>

---

**From:** Frank Hedin <fhedin@hedinllp.com>
**Sent:** Monday, June 9, 2025 11:31 AM

**To:** Griswold, Joel C.
<jcgriswold@bakerlaw.com>
**Subject:** Re: DirectToU
litigation

Joel, any update?
Does your client want
to do the stay?
Frank S. Hedin
**Hedin LLP**
1395 Brickell
Avenue, Suite 610
Miami, Florida
33131
(305) 357-2107
http://www.hedinllp.com

On Jun 6,
2025, at
11:27 AM,
Griswold,
Joel C.
<jcgriswold@bakerlaw.com>
wrote:

Hi Frank,

Do you
have time
for a quick
follow-up
to our
conversation
from
yesterday?

Thanks,

Joel

**Joel Griswold**
Partner

<image001.png>

One North Wacker Drive | Suite 3700
Chicago, IL 60606-2859
T +1.312.416.6238

jcgriswold@bakerlaw.com
bakerlaw.com
<image002.png>
<image003.png>

—————

**From:** Griswold, Joel C.
**Sent:** Monday, June 2, 2025 9:59 AM
**To:** Frank Hedin <fhedin@hedinllp.com>
**Cc:** Julian Hammond <jhammond@hammondlawpc.com>
**Subject:** RE: DirectToU litigation

Thanks, Frank.  In order to assess whether a second

day of
mediation
would be
fruitful,
can you
please let
us know
what your
demand
would be?

Thanks,

Joel

**Joel Griswold**
Partner

<image001.png>

One North Wacker Drive | Suite 3700
Chicago, IL 60606-2859
T +1.312.416.6238

jcgriswold@bakerlaw.com
bakerlaw.com
<image002.png>
<image003.png>

---

**From:** Frank
Hedin
<fhedin@h
edinllp.com
>
**Sent:** Friday,
May 30,
2025 7:00
PM
**To:** Griswold,
Joel C.
<jcgriswold

@bakerlaw.
com>
**Cc:** Julian
Hammond
<jhammon
d@hammo
ndlawpc.co
m>
**Subject:** Re:
DirectToU
litigation

Joel:
Plaintiff
would
agree that
the
defendant's
participation
in this
proposed
future
mediation
would not
be used
by
Plaintiffs
as a basis
for
arguing
that
defendant
waived
the right
to compel
arbitration.
The
parties
would
need to
split the
costs of
the
mediation

evenly, as
we did
previously,
but I think
we would
be willing
to agree
to a stay
of the
litigation
pending
the
mediation
(I will
need to
confirm
on that
issue,
though,
and get
back to
you).

Have a
nice
weekend
Joel.

Frank

Frank S.
Hedin
**Hedin LLP**
1395
Brickell
Avenue,
Suite 610
Miami,
Florida
33131
(305)
357-2107
http://w

ww.hedin
llp.com

On
May
30,
2025,
at
7:50 PM,
Griswold,
Joel
C.
<
jcgriswold@bakerlaw.com
>
wrote:

Hi
Frank,

Would
Plaintiffs
agree
that
Defendants
are
not
waiving
their
right
to
compel
arbitration
if
they
agreed
to
mediation?
And
would
Plaintiffs
agree
to
bear
the
cost
for
the
mediation?

Thanks,

Joel


**Joel Griswold**
Partner

<image001.png>


One North Wacker Drive | Suite 3700
Chicago, IL 60606-2859
T +1.312.416.6238

jcgriswold@bakerlaw.com
bakerlaw.com
<image002.png>
<image003.png>

**From:** Frank Hedin <fhedin@hedinllp.com>
**Sent:** Thursday, May 22, 2025 12:01 PM
**To:** Griswold, Joel C. <jcgriswo

l
d
@
b
a
k
e
r
l
a
w
.
c
o
m
>

**Cc:** Julian
Hammond
<
j
h
a
m
m
o
n
d
@
h
a
m
m
o
n
d
l
a
w
p
c
.
c
o
m
>

**Subject:** DirectToU
litigation

[External Email: Use caution when clicking on links or opening attachments.]

Hi Joel:

Does your client have any interest in mediating this one?

Frank S. Hedin
**Hedin LLP**
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
(305) 357-2107
h
t

t
p
:
/
/
w
w
w
.
h
e
d
i
n
l
l
p
.
c
o
m
.

This
email
is
intended
only
for
the
use
of
the
party
to
which
it
is
addressed
and
may
contain
information
that
is
privileged,
confidential,
or
protected
by
law.
If
you
are
not
the
intended
recipient

you
are
hereby
notified
that
any
dissemination,
copying
or
distribution
of
this
email
or
its
contents
is
strictly
prohibited.
If
you
have
received
this
message
in
error,
please
notify
us
immediately
by
replying
to
the
message
and
deleting
it
from
your
computer.

Any
tax
advice
in
this
email
is
for
information
purposes
only.
The
content
of
this
email
is
limited
to
the
matters
specifically
addressed
herein
and
may
not
contain
a
full
description
of
all
relevant
facts
or

a
complete
analysis
of
all
relevant
issues
or
authorities.

Internet
communications
are
not
assured
to
be
secure
or
clear
of
inaccuracies
as
information
could
be
intercepted,
corrupted,
lost,
destroyed,
arrive
late
or
incomplete,
or
contain
viruses.
Therefore,
we
do
not
accept
responsibility
for
any
errors
or
omissions
that
are
present
in
this
email,
or
any
attachment,
that
have
arisen
as
a
result
of
e-
mail
transmission.

<img-304caf2e-6ebd-4a59-a4e8-6863415f3bb4>

<Hoang To v DirectToU - June 2025 Draft Settlement Agreement.docx>