JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
(310) 601-6766 (Tel.)
(310) 295-2385 (Fax)

FRANK S. HEDIN (SBN 291289)
fhedin@hedinllp.com
HEDIN LLP
1395 Brickell Ave, Suite 610
Miami, Florida 33131
(305) 357-2107 (Office)
(305) 200-8801 (Fax)

*Counsel for Plaintiffs and the Putative Classes*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN HOANG TO**; **JEFFRY HEISE**; and **JOSEPH MULL**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**DIRECTTOU, LLC**, a Delaware Limited Liability Company; and **ALLIANCE ENTERTAINMENT, LLC**, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 3:24-CV-06447-WHO<br><br>~~**PROPOSED**~~ **ORDER GRANTING UNOPPOSED MOTION TO LIFT STAY**<br><br>Judge:        Hon. William H. Orrick<br>Courtroom:   2<br>Hearing Date: September 17, 2025<br>Hearing Time: 2:00 p.m. |

The Court, having reviewed Plaintiffs' Motion to Lift the Stay entered by the Court on June 13, 2025, Dkt. 93, and good cause appearing, hereby grants the Motion and lifts the stay for the limited purpose of allowing the Parties to pursue preliminary and final approval of the proposed Class Action Settlement Agreement between the Parties, and for no other purpose.

**IT IS SO ORDERED.**

Dated: August 11, 2025

HON. WILLIAM H. ORRICK
Judge of the District Court