**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

| **Date:** September 17, 2025 | **Time:** 4 minutes 1:59 p.m. to 2:03 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 24-cv-06447-WHO | **Case Name:** Hoang To v. Directtou, LLC | |

**Attorney for Plaintiff:** Frank S. Hedin

**Attorney for Defendant:** Joel C. Griswold

**Deputy Clerk:** Jean Davis          **Court Reporter:** Ana Dub

**PROCEEDINGS**

Parties appear for hearing on motion for preliminary approval of class action settlement. The Court congratulates the parties on reaching an agreement after the last hearing. The Court anticipates granting preliminary approval.