Teresa C. Chow (SBN 237694)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars
Suite 2700
Los Angeles, CA 90067-4301
Telephone: 310.820.8800
Facsimile: 310.820.8859
tchow@bakerlaw.com

Bonnie Keane DelGobbo (*pro hac vice*)
Joel C. Griswold (*pro hac vice*)
**BAKER & HOSTETLER LLP**
One North Wacker Drive
Suite 3700
Chicago, IL 60606
Telephone: 312.416.6200
Facsimile: 312.416.6201
bdelgobbo@bakerlaw.com
jcgriswold@bakerlaw.com

*Attorneys for Defendants*
DIRECTTOU, LLC and ALLIANCE ENTERTAINMENT, LLC

Julian Hammond (SBN 268489)
Ari Cherniak (SBN 290071)
Polina Brandler (SBN 269086)
**HAMMONDLAW, P.C.**
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
Telephone: (310) 601-6766
Facsimile: (310) 295-2385
jhammond@hammondlawpc.com
acherniak@hammondlawpc.com
pbrandler@hammondlawpc.com

Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
fhedin@hedinllp.com

*Counsel for Plaintiffs and the Putative Classes*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JONATHAN HOANG TO, JEFFRY HEISE, and JOSEPH MULL, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

DIRECTTOU, LLC and ALLIANCE ENTERTAINMENT, LLC,

Defendants.

**CASE NO.: 3:24-CV-06447-WHO**

**JOINT ADMINISTRATIVE MOTION TO AMEND SETTLEMENT AGREEMENT [L.R. 7-11]**

*[Filed concurrently with Stipulation; Proposed Order]*

Plaintiffs Jonathan Hoang To, Jeffry Heise, and Joseph Mull ("Plaintiffs") filed a Second Motion for Preliminary Approval of Class Action Settlement on September 9, 2025. (ECF 98.). On September 22, 2025, the Court entered an order preliminarily approving the Settlement, and setting the final approval hearing for January 28, 2026. (ECF 100.)

After Defendants DirectToU, LLC and Alliance Entertainment, LLC ("Defendants") provided the Settlement Class List to the Settlement Administrator, the Settlement Administrator has informed the Parties that due to additional unanticipated efforts required to locate email addresses for some class members and additional unanticipated postage costs for mailing notice to class members for whom email addresses cannot be located, the Settlement Administrator is unable to administer the Settlement within the $125,000 maximum cap specified in Paragraph 1.28 of the Settlement Agreement. The Settlement Administrator provided a revised estimate and committed to a $155,000 cap on total administration expenses. Additionally, in the process of working with the Settlement Administrator regarding notice, the Parties realized that the postcard notice referenced as Exhibit F to the settlement agreement was inadvertently omitted from the Settlement Agreement.

Subject to Court approval, the Parties have agreed to an Amendment to the Settlement Agreement, which makes the following changes:

1. The first sentence of Paragraph 1.28 of the Settlement Agreement is amended to read: " 'Settlement Administration Expenses' means up to one hundred fifty-five thousand dollars ($155,000.00) in expenses incurred by the Settlement Administrator in providing Notice, processing claims, responding to inquiries from members of the Settlement Class, mailing checks for Approved Claims, and related services."

2. The Amendment attaches the postcard notice referenced as Exhibit F to the Settlement Agreement.

3. The Settlement Administrator shall use reasonable efforts to obtain valid email addresses for Settlement Class Members for whom Defendants do not have a valid email address.

4. The Direct Notice and Reminder Notice referenced in Paragraph 4.1(b) and (c) of the Settlement Agreement shall be provided by U.S. Mail, substantially in the form



BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

of Exhibit F, to those Settlement Class Members for whom no valid email address can be located.

(*See* Stipulation at Ex. A.)

All other terms of the Settlement Agreement preliminarily approved by the Court remain in full force and effect.

## CONCLUSION

For the foregoing reasons, Plaintiffs Jonathan Hoang To, Jeffry Heise, and Joseph Mull and Defendants DirectToU, LLC and Alliance Entertainment, LLC respectfully request that the Court approve the Amendment to the Settlement Agreement.

Dated: October 31, 2025

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Bonnie Keane DelGobbo*
Bonnie Keane DelGobbo

*Attorneys for Defendants*
DIRECTTOU, LLC and ALLIANEC ENTERTAINMENT, LLC

Dated: October 31, 2025

Respectfully submitted,

**HAMMONDLAW, P.C.**

By: */s/ Polina Brandler*
Polina Brandler

*Attorneys for Plaintiffs*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Bonnie Keane DelGobbo, hereby certify that I have obtained the concurrence in the filing of this document from all signatories listed above. I further attest that I have on file records to support this concurrence for subsequent production to the Court if so ordered of for inspection upon request.

Dated: October 31, 2025 *<u>/s/ Bonnie Keane DelGobbo</u>*