Teresa C. Chow (SBN 237694)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars
Suite 2700
Los Angeles, CA  90067-4301
Telephone:    310.820.8800
Facsimile:    310.820.8859
*tchow@bakerlaw.com*

Bonnie Keane DelGobbo (*pro hac vice*)
Joel C. Griswold (*pro hac vice*)
**BAKER & HOSTETLER LLP**
One North Wacker Drive
Suite 3700
Chicago, IL  60606
Telephone:    312.416.6200
Facsimile:    312.416.6201
*bdelgobbo@bakerlaw.com*
*jcgriswold@bakerlaw.com*

*Attorneys for Defendants*
DIRECTTOU, LLC and ALLIANCE
ENTERTAINMENT, LLC

Julian Hammond (SBN 268489)
Ari Cherniak (SBN 290071)
Polina Brandler (SBN 269086)
**HAMMONDLAW, P.C.**
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
Telephone:    (310) 601-6766
Facsimile:    (310) 295-2385
*jhammond@hammondlawpc.com*
*acherniak@hammondlawpc.com*
*pbrandler@hammondlawpc.com*

Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone:    (305) 357-2107
Facsimile:    (305) 200-8801
*fhedin@hedinllp.com*

*Counsel for Plaintiffs and the Putative Classes*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HOANG TO, JEFFRY HEISE, and JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECTTOU, LLC and ALLIANCE ENTERTAINMENT, LLC,<br><br>Defendants. | CASE NO.: 3:24-CV-06447-WHO<br><br>**STIPULATION IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO AMEND SETTLEMENT AGREEMENT [L.R. 7-11]**<br><br>*[Filed concurrently with Joint Administrative Motion; Proposed Order]* |

Pursuant to L.R. 7-12, Defendants DirectToU, LLC ("DirectToU") and Alliance Entertainment, LLC ("Alliance Entertainment") (collectively, "Defendants") and Plaintiffs Jonathan Hoang To, Jeffry Heise, and Joseph Mull ("Plaintiffs" and, together with Defendants, the "Parties"), hereby file this Stipulation, subject to Court approval, respectfully seeking an order from the Court preliminarily approving the Amendment to the Settlement Agreement

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

("Stipulation"). The Parties file this Stipulation based on the following facts:

1. On September 22, 2025, the Court entered an order preliminarily approving the Settlement. (ECF 100.)

2. After Defendants DirectToU, LLC and Alliance Entertainment, LLC ("Defendants") provided the Settlement Class List to the Settlement Administrator, the Settlement Administrator has informed the Parties that due to additional unanticipated efforts required to locate email addresses for some class members and additional unanticipated postage costs for mailing notice to class members for whom email addresses cannot be located, the Settlement Administrator is unable to administer the Settlement within the $125,000 maximum cap specified in Paragraph 1.28 of the Settlement Agreement.

3. The Settlement Administrator provided a revised estimate and committed to a $155,000 cap on total administration expenses.

4. Additionally, in the process of working with the Settlement Administrator regarding notice, the Parties realized that the postcard notice referenced as Exhibit F to the settlement agreement was inadvertently omitted from the Settlement Agreement.

5. Subject to Court approval, the Parties have agreed to an Amendment to the Settlement Agreement. A true and accurate copy of the Amendment is attached hereto as Exhibit A.

**IT IS SO STIPULATED.**

Dated: October 31, 2025

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:   */s/ Bonnie Keane DelGobbo*
      Bonnie Keane DelGobbo

*Attorneys for Defendants*
DIRECTTOU, LLC and ALLIANCE

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

ENTERTAINMENT, LLC

Dated: October 31, 2025                    Respectfully submitted,

**HAMMONDLAW, P.C.**


By:      */s/ Polina Brandler*
         Polina Brandler

*Attorneys for Plaintiffs*


## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Bonnie Keane DelGobbo, hereby certify that I have obtained the concurrence in the filing of this document from all signatories listed above. I further attest that I have on file records to support this concurrence for subsequent production to the Court if so ordered of for inspection upon request.


Dated: October 31, 2025                         */s/ Bonnie Keane DelGobbo*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

# EXHIBIT A

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| JONATHAN HOANG TO, JEFFRY HEISE, and JOSEPH MULL, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DIRECTTOU, LLC and ALLIANCE ENTERTAINMENT, LLC,<br><br>    Defendants. | Case No. 3:24-cv-06447-WHO |

## <u>AMENDMENT TO CLASS ACTION SETTLEMENT AGREEMENT</u>

WHEREFORE, Plaintiffs Jonathan Hoang To, Jeffry Heise, and Joseph Mull ("Plaintiffs") and Defendants DirectToU, LLC ("DirectToU") and Alliance Entertainment, LLC ("Alliance") (collectively, "Defendants") (Plaintiffs and Defendants together, the "Parties") entered into a Class Action Settlement Agreement[1] on or about June 17, 2025;

WHEREFORE, the Court entered an Order Preliminarily Approving Settlement on September 22, 2025;

WHEREFORE, after receiving and reviewing the Settlement Class List from Defendants, the Settlement Administrator has informed the Parties that due to additional unanticipated efforts required to locate email addresses for some class members and additional unanticipated postage costs for mailing notice to class members for whom email addresses cannot be located, the Settlement Administrator is unable to administer the Settlement within the $125,000 maximum cap specified in Paragraph 1.28 of the Settlement Agreement;

---

[1] Capitalized terms in this Amendment are defined in the Settlement Agreement.

132647.000001\4911-9901-2213.1

WHEREFORE, the Settlement Administrator has informed the Parties that it can commit to a $155,000 cap on total administration expenses;

WHEREFORE, in the process of working with the Settlement Administrator regarding Notice, the Parties realized that the postcard notice referenced as Exhibit F to the Settlement Agreement was inadvertently omitted from the Settlement Agreement;

WHEREFORE, to address these issues, the Parties have agreed to this Amendment to the Settlement Agreement, subject to Court approval:

1. The Parties agree that, subject to Court approval, the first sentence of Paragraph 1.28 of the Settlement Agreement is amended to read: " 'Settlement Administration Expenses' means up to one hundred fifty-five thousand dollars ($155,000.00) in expenses incurred by the Settlement Administrator in providing Notice, processing claims, responding to inquiries from members of the Settlement Class, mailing checks for Approved Claims, and related services."

2. The Parties agree that, subject to Court approval, the postcard notice referenced as Exhibit F to the Settlement Agreement is attached hereto.

3. The Parties agree that, subject to Court approval, the Settlement Administrator shall use reasonable efforts to obtain valid email addresses for Settlement Class Members for whom Defendants do not have a valid email address.

4. The Parties agree that, subject to Court approval, the Direct Notice and Reminder Notice referenced in Paragraph 4.1(b) and (c) of the Settlement Agreement shall be provided by U.S. Mail, substantially in the form of Exhibit F, to those Settlement Class Members for whom no valid email address can be located.

5. All other terms of the Settlement Agreement preliminarily approved by the Court remain in full force and effect.

2

**IT IS SO AGREED TO BY THE PARTIES:**

Dated:  10/28/2025          Jonathan Hoang To

                            By: _____
                            Jonathan Hoang To, individually and as
                            Representative of the Class

Dated:                      Jeffry Heise

                            By: _____
                            Jeffry Heise, individually and as
                            Representative of the Class

Dated:                      Joseph Mull

                            By: _____
                            Joseph Mull, individually and as
                            Representative of the Class

Dated:                      DirectToU, LLC

                            By: _____
                            Name: Bruce Ogilvie
                            Title:  Chairman

Dated:                      Alliance Entertainment, LLC

                            By: _____
                            Name: Bruce Ogilvie
                            Title:  Chairman

**IT IS SO STIPULATED BY COUNSEL**

Dated:   October 27, 2025   HammondLaw, P.C.

                            By: _____
                            Julian Hammond, Class Counsel

Dated:                      Hedin LLP

                            By: _____
                            Frank Hedin, Class Counsel

3

**IT IS SO AGREED TO BY THE PARTIES:**

Dated:                              Jonathan Hoang To

                                    By:_____
                                    Jonathan Hoang To, individually and as
                                    Representative of the Class

Dated:                              Jeffry Heise

                                    By:_____
                                    *Jeffry Heise*
                                    Jeffry Heise, individually and as
                                    Representative of the Class

Dated:                              Joseph Mull

                                    By:_____
                                    *Joseph Mull*
                                    Joseph Mull, individually and as
                                    Representative of the Class

Dated:                              DirectToU, LLC

                                    By:_____
                                    *Bruce Ogilvie*
                                    Name:Bruce Ogilvie
                                    Title:_Chairman_____

Dated:                              Alliance Entertainment, LLC

                                    By:_____
                                    *Bruce Ogilvie*
                                    Name:Bruce Ogilvie
                                    Title:_Chairman_____

**IT IS SO STIPULATED BY COUNSEL**

Dated:                              HammondLaw, P.C.

                                    By:_____
                                    Julian Hammond, Class Counsel

Dated: October 30, 2025             Hedin LLP

                                    By:_____
                                    Frank Hedin, Class Counsel

3

# Exhibit F

132647.000001\4911-9901-2213.1

**Notice of Proposed Class Action Settlement**

**Our Records Indicate You Have Purchased a Video or Videogame or Signed Up to Receive Notices About Videos or Videogames from DirectToU LLC and May Be Entitled to a Payment From a Class Action Settlement.**

*The United States District Court for the Northern District of California has authorized this Notice.*

*This is not a solicitation from a lawyer. You are not being sued.*

**This Notice is only a Summary. For additional information, please visit www.VPPASettlement.com or call toll-free 1-888-837-4085.**

DirectToU Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

«ScanString»

Postal Service: Please do not mark barcode

Notice ID: «Notice ID»

Confirmation Code: «Confirmation Code»

«FirstName» «LastName»

«Address1»

«Address2»

«City», «StateCd» «Zip»

«CountryCd»

132647.000001\4919-7784-2037.1

A settlement has been reached in a class action lawsuit against DirectToU LLC ("DirectToU") and Alliance Entertainment, LLC ("Alliance") (collectively, "Defendants"). The class action lawsuit accuses Defendants of disclosing customers' personally identifiable information ("PII") to third parties, allegedly without consent in violation of the Video Privacy Protection Act (the "VPPA") and California law. The case is known as *Hoang To, et al. v. DirectToU, LLC, et al., Case 3:24-cv-06447* (N.D. Cal).

**Who is Included?** The **Settlement Class** includes: All persons who reside in the United States, purchased a video or videogame from DirectToU or signed up to receive notices about videos or videogames from DirectToU, and about whom information which identified such persons as having requested or obtained specific video materials or services from Defendants may have been disclosed to a third party between August 8, 2022 and September 22, 2025. Also included in the "Settlement Class" are all persons who reside in California, purchased a video or videogame from DirectToU or signed up to receive notices about videos or videogames from DirectToU, and about whom information which identified such persons as having requested or obtained specific video materials or services from Defendants may have been disclosed to a third party between August 8, 2020 and September 22, 2025.

**What does the Settlement Provide?** Defendants have agreed to create a Settlement Fund totaling $1,577,000.00. Class Member payments, and the cost to administer the Settlement, the cost to inform people about the Settlement, attorneys fees and costs and the Incentive Awards to Class Representatives will also come out of this fund. For a full description of the Settlement Benefits, please visit **www.VPPASettlement.com.**

**How To Get Benefits:** Visit **www.VPPASettlement.com** to submit your claim online or to download a full Claim Form to complete and return it by mail. Claim Forms must be submitted online by **DATE**, or submitted by mail postmarked no later than **DATE**.

**Your Other Options:** If you do not want to be legally bound by the Settlement, you must follow the procedures in the Settlement Agreement to **exclude yourself** by **DATE**. If you do not timely and validly exclude yourself, you will release any claims you may have against the Defendants and Released Parties related to legal claims resolved by this Settlement, as more fully described in the Settlement Agreement, available at **www.VPPASettlement.com**. If you do not exclude yourself, you may follow the procedures in the Settlement Agreement to **object** to the Settlement by **DATE**. Please visit **www.VPPASettlement.com** for complete details on how to exclude yourself from or object to the Settlement.

**The Lawyers Representing You**. The Court has appointed HammondLaw, P.C. and Hedin LLP as Class Counsel to represent you and all Class Members. You may hire your own lawyer at your own cost and expense if you want someone other than Class Counsel to represent you.

**The Final Approval Hearing:** The Court will hold the Final Approval Hearing at 2:00 p.m. on **January 28, 2026**, via Zoom [Zoom Webinar ID: 161 181 2513; Zoom Password: 478314], to consider whether to approve the Settlement, Incentive Awards in the amount of $5,000 for each of the 3 Class Representatives, Class Counsel's award of attorneys' fees in an amount no more than 25% of the Settlement Fund and litigation costs of no more than $20,000, as well as any objections. You or your attorney may request to appear at the hearing, but you are not required to do so. The date or time of the hearing may change, so please check **www.VPPASettlement.com** for updates.

132647.000001\4919-7784-2037.1

**docusign**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 226F93AF-782C-4F35-9950-2F507D290339 | | Status: Completed |
| Subject: Complete with Docusign: Amendment to Class Action Settlement Agreement.pdf | | |
| Source Envelope: | | |
| Document Pages: 6 | Signatures: 2 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Bruce Ogilvie |
| AutoNav: Enabled | | Bruce.ogilvie@aent.com |
| EnvelopeId Stamping: Enabled | | IP Address: 73.53.113.148 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Bruce Ogilvie | Location: DocuSign |
|     10/24/2025 5:03:52 PM |     Bruce.ogilvie@aent.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Bruce Ogilvie<br>Bruce.ogilvie@aent.com<br>Chairman<br>Alliance Entertainment Holding Corporation<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>*Bruce Ogilvie*<br>9A88FFD48B90497...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 73.53.113.148 | Sent: 10/24/2025 5:05:12 PM<br>Viewed: 10/24/2025 5:05:20 PM<br>Signed: 10/24/2025 5:05:41 PM |

**Electronic Record and Signature Disclosure:**
   Not Offered via Docusign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 10/24/2025 5:05:12 PM |
| Certified Delivered | Security Checked | 10/24/2025 5:05:20 PM |
| Signing Complete | Security Checked | 10/24/2025 5:05:41 PM |
| Completed | Security Checked | 10/24/2025 5:05:41 PM |

| Payment Events | Status | Timestamps |
|---|---|---|