BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

JONATHAN HOANG TO, JEFFRY HEISE, and JOSEPH MULL, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

DIRECTTOU, LLC and ALLIANCE ENTERTAINMENT, LLC,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO.: 3:24-CV-06447-WHO**

**ORDER PRELIMINARILY APPROVING AMENDMENT TO SETTLEMENT AGREEMENT**

*[Filed concurrently with Joint Administrative Motion; Stipulation]*

The Court, having reviewed the Parties' Local Rule 7-11 Joint Administrative Motion to Amend Settlement Agreement, Stipulation, and Amendment to Settlement Agreement, and good cause appearing, hereby grants the Motion and preliminarily approves the Amendment to the Settlement Agreement. All other terms of the Settlement Agreement preliminarily approved by the Court remain in full force and effect.

**IT IS SO ORDERED.**

Dated: Nov. 3 , 2025



HON. WILLIAM H. ORRICK
Judge of the District Court

PROPOSED ORDER
CASE NO.: 3:24-CV-06447-WHO