JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
(310) 601-6766 (Tel.)
(310) 295-2385 (Fax)

FRANK S. HEDIN (SBN 291289)
fhedin@hedinllp.com
HEDIN LLP
1395 Brickell Ave, Suite 610
Miami, Florida 33131
(305) 357-2107 (Office)
(305) 200-8801 (Fax)

*Counsel for Plaintiffs and the Putative Classes*

Teresa C. Chow (SBN 237694)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars
Suite 2700
Los Angeles, CA  90067-4301
Telephone:    310.820.8800
Facsimile:    310.820.8859
*tchow@bakerlaw.com*

Bonnie Keane DelGobbo (*pro hac vice*)
Joel C. Griswold (*pro hac vice*)
**BAKER & HOSTETLER LLP**
One North Wacker Drive
Suite 3700
Chicago, IL  60606
Telephone:    312.416.6200
Facsimile:    312.416.6201
*bdelgobbo@bakerlaw.com*
*jcgriswold@bakerlaw.com*

*Attorneys for Defendants*
DIRECTTOU, LLC and ALLIANCE
ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN HOANG TO**; **JEFFRY HEISE**; and **JOSEPH MULL**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**DIRECTTOU, LLC**, a Delaware Limited Liability Company; and **ALLIANCE ENTERTAINMENT, LLC**, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 3:24-CV-06447-WHO<br><br>**STIPULATION TO SHORTEN DEADLINE TO FILE PLAINTIFFS' MOTION FOR FINAL APPROVAL**<br><br>**[LOCAL RULE 6-2]** |

Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiffs Jonathan Hoang To, Jeffry Heise, and Joseph Mull ("Plaintiffs") and Defendants DirectToU, LLC and Alliance Entertainment, LLC ("Defendants") hereby stipulate and request that the Court shorten time for the filing of the Motion for Final Approval, and in support state as follows:

1.    On September 22, 2025 the Court granted Plaintiffs' motion for preliminary approval and set a Final Approval Hearing for January 28, 2026 (ECF 100).

2.    Pursuant to the Court's Order, the Objection/Exclusion Deadline is January 20, 2026.

3.    Under Civil Local Rule 7-2, Plaintiffs' current deadline to file their unopposed Motion for Final Approval is December 24, 2025, approximately one month *before* the Objection/Exclusion Deadline.

4.    Plaintiffs' counsel and counsel for Defendants have conferred regarding the deadline for Plaintiffs to file their motion for final approval, and agree that Plaintiffs may file their Motion on January 21, 2026, *one day after* the Objection/Exclusion Deadline, and seven days before the motion hearing, so that Plaintiffs can incorporate and fully address the Notice results.

5.    The requested modification will not prejudice any party or class member.

6.    The requested modification will not require changes to any other deadlines in this case.

7.    Pursuant to Civil Local Rules 6-2 and 7-12, this stipulation is supported by the declaration of Julian Hammond filed herewith.

**IT IS SO STIPULATED.**

Dated:  December 1, 2025                          Respectfully submitted,


                                                 */s/ Julian Hammond*
                                                 Julian Hammond
                                                 *Attorneys for Plaintiffs and Putative Classes*


Dated:  December 1, 2025                          */s/ Joel C. Griswold*
                                                 Joel C. Griswold
                                                 *Attorneys for Defendants*
                                                 DIRECTTOU, LLC AND ALLIANCE ENTERTAINMENT, LLC

**PROPOSED ORDER**

Pursuant to the stipulation of the parties and good cause being show, **IT IS ORDERED** that:

Plaintiffs' current deadline for the Motion for Final Approval is hereby re-set to seven (7) days before the final approval hearing, i.e. January 21, 2026.

All other dates and deadlines remain as previously set.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                                                 HON. WILLIAM H. ORRICK