JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
(310) 601-6766 (Tel.)
(310) 295-2385 (Fax)

FRANK S. HEDIN (SBN 291289)
fhedin@hedinllp.com
HEDIN LLP
1395 Brickell Ave, Suite 610
Miami, Florida 33131
(305) 357-2107 (Office)
(305) 200-8801 (Fax)

*Counsel for Plaintiffs and the Putative Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JONATHAN HOANG TO**; **JEFFRY HEISE**; and **JOSEPH MULL**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**DIRECTTOU, LLC**, a Delaware Limited Liability Company; and **ALLIANCE ENTERTAINMENT, LLC**, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 3:24-CV-06447-WHO<br><br>**DECLARATION OF JULIAN HAMMOND IN SUPPORT OF STIPULATION TO SHORTEN DEADLINE TO FILE PLAINTIFFS' MOTION FOR FINAL APPROVAL** |

I, Julian Hammond, declare as follows:

1.  I am a member in good standing of the Bar of the State of California and counsel of record for Plaintiffs and the putative Class. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2.  The following time modifications have been previously stipulated to by the parties or ordered by the Court:

    a.  On September 8, 2024, the Court extended Defendant DirectToU's responsive pleading deadline until October 21, 2024.

    b.  On October 28, 2024, the Court granted extended Defendant DirectToU's responsive pleading deadline until November 4, 2024.

    c.  On November 13, 2024, the Court reset the hearing on Plaintiff Hoang To's Motion for Preliminary Approval of Class Action Settlement to December 4, 2024.

    d.  On November 19, 2024, the Court granted the parties' stipulation to vacate the Initial Case Management Conference and suspend the Rule 26 deadlines.

    e.  On February 12, 2025, the Court extended Defendants' responsive pleading deadline until March 10, 2025.

    f.  On March 10, 2025, the Court re-set the hearing on Plaintiffs' Motion for Appointment of Interim Co-Lead Class Counsel to April 16, 2025.

    g.  On March 18, 2025, the Court re-rest the hearing on Motion for Appointment of HammondLaw, P.C. and Hendin LLP as Interim Co-lead Counsel to June 4, 2025.

3.  No other time modifications have been made in this case.

4.  The requested modification will not otherwise impact he schedule in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 1, 2025.

*/s/ Julian Hammond*
Julian Hammond