Docusign Envelope ID: 9486D80C-79F4-495F-B21C-415ACB4F1EBF

JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
Tel. (310) 601-6766
Fax (310) 295-2385

*Attorneys for Plaintiffs and the Putative Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN HOANG TO**; **JEFFRY HEISE**; and **JOSEPH MULL**, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> **DIRECTTOU, LLC**, a Delaware Limited Liability Company; and **ALLIANCE ENTERTAINMENT, LLC**, a Delaware Limited Liability Company, <br><br> Defendants. | ) Case No. 3:24-CV-06447-WHO <br> ) <br> ) **DECLARATION OF JONATHAN** <br> ) **HOANG TO IN SUPPORT OF** <br> ) **PLAINTIFFS' MOTION FOR** <br> ) **APPROVAL OF ATTORNEYS' FEES,** <br> ) **EXPENSE AWARD, AND SERVICE** <br> ) **AWARDS** <br> ) <br> ) Judge:           Hon. William H. Orrick <br> ) Courtroom:    2 <br> ) Hearing Date: January 28, 2026 <br> ) Hearing Time: 2:00 p.m. <br> ) <br> ) <br> ) |

I, Jonathan Hoang To declare as follows:

1.    I am over the age of 18 and have personal knowledge of the facts set forth in this declaration and could and would testify to them.

2.    I am one of the Named Plaintiffs and proposed Class Representatives in the above-captioned case.  I submit this declaration in support of Plaintiffs' Motion for Approval of Attorneys' Fees, Expense Award, and Service Awards.

3.    This Declaration supplements the declaration that I submitted in support of my initial Motion for Preliminary Approval of Class Action Settlement (Dkt. 26-7) in which I stated that I spent approximately 8 to 9 hours working on this case from its inception in April 2024 until it settled in November 2024.

4.    Since November 2024, I estimate that I have devoted an additional 4 to 5 hours to this case, including reviewing and discussing the second Settlement Agreement with my attorneys and signing it in June 2025; reviewing and discussing an amendment to the second Settlement Agreement and signing it in October 2025; discussing with my attorneys the Court's order granting preliminary approval and next steps; and reviewing the order granting preliminary approval that my attorneys sent me after our conversation. I also communicated with my attorneys by phone and email throughout the case to stay up to date on the progress of the case.

5.    Altogether, I estimate that I've spent 12 to 14 hours on work related to this case to date.

6.    I will continue to devote all the necessary time to this case and do whatever my attorneys advise is needed to fulfill my role as Named Plaintiff until the case is concluded.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on ___12/24/2025___.

_____
Jonathan Hoang To