Docusign Envelope ID: C538BCFE-A38E-4C25-B6B6-66CEBEDF1726

JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
(310) 601-6766 (Tel.)
(310) 295-2385 (Fax)

FRANK S. HEDIN (SBN 291289)
fhedin@hedinllp.com
HEDIN LLP
1395 Brickell Ave, Suite 610
Miami, Florida 33131
(305) 357-2107 (Office)
(305) 200-8801 (Fax)

*Counsel for Plaintiffs and the Putative Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN HOANG TO**; **JEFFRY HEISE**; and **JOSEPH MULL**, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>**DIRECTTOU, LLC**, a Delaware Limited Liability Company; and **ALLIANCE ENTERTAINMENT, LLC**, a Delaware Limited Liability Company,<br><br>　　　　Defendants. | ) Case No. 3:24-CV-06447-WHO<br>)<br>) **DECLARATION OF JOSEPH MULL IN**<br>) **SUPPORT OF PLAINTIFFS' MOTION**<br>) **FOR FEE AND SERVICE AWARDS**<br>)<br>) Judge:　　　Hon. William H. Orrick<br>) Courtroom:　　2<br>) Hearing Date:　January 28, 2026<br>) Hearing Time: 2:00 p.m.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, Joseph Mull, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1.      I am one of the Plaintiffs and Class Representatives in the above-captioned case. I submit this declaration in support of Plaintiffs' Motion for Fee and Service Awards.

2.      From my first involvement in this litigation during its pre-filing investigative stage up through the filing of the Second Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 95), I estimate that I have devoted approximately 6-8 hours assisting my attorneys with the litigation, including by providing them with records concerning my purchases of video products from the Defendants, information concerning my experience in making those purchases on the subject website, and information concerning my Facebook account; by reviewing, discussing with my attorneys, and executing the Settlement Agreement; and by reviewing and approving the filing of the pleadings and various other filings in the litigation.

3.      I have also communicated with my attorneys by phone and email throughout the litigation to stay abreast of developments in the proceedings.

4.      Until the case is concluded, I will continue to devote all the necessary time to this case and do whatever my attorneys advise is needed to protect the interests of Settlement Class Members and fulfill my role as Class Representative.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on ___1/6/2026___.



Joseph Mull

DECLARATION OF JOSEPH MULL IN SUPPORT OF PLAINTIFFS' MOTION FOR FEE AND SERVICE AWARDS
CASE NO. 3:24-CV-06447-WHO