JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
(310) 601-6766 (Tel.)
(310) 295-2385 (Fax)

FRANK S. HEDIN (SBN 291289)
fhedin@hedinllp.com
HEDIN LLP
1395 Brickell Ave, Suite 610
Miami, Florida 33131
(305) 357-2107 (Office)
(305) 200-8801 (Fax)

*Counsel for Plaintiffs and the
Putative Classes*

Teresa C. Chow (SBN 237694)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars
Suite 2700
Los Angeles, CA  90067-4301
Telephone:    310.820.8800
Facsimile:    310.820.8859
*tchow@bakerlaw.com*

Bonnie Keane DelGobbo (*pro hac vice*)
Joel C. Griswold (*pro hac vice*)
**BAKER & HOSTETLER LLP**
One North Wacker Drive
Suite 3700
Chicago, IL  60606
Telephone:    312.416.6200
Facsimile:    312.416.6201
*bdelgobbo@bakerlaw.com*
*jcgriswold@bakerlaw.com*

*Attorneys for Defendants*
DIRECTTOU, LLC and ALLIANCE
ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN HOANG TO**; **JEFFRY HEISE**; and **JOSEPH MULL**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**DIRECTTOU, LLC**, a Delaware Limited Liability Company; and **ALLIANCE ENTERTAINMENT, LLC**, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 3:24-CV-06447-WHO<br><br>**STIPULATION TO CONTINUE FINAL APPROVAL HEARING DATE;** ~~PROPOSED~~ **ORDER**<br><br>**[LOCAL RULE 6-2]** |

Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiffs Jonathan Hoang To, Jeffry Heise, and Joseph Mull ("Plaintiffs") and Defendants DirectToU, LLC and Alliance Entertainment, LLC ("Defendants") (collectively, the "Parties") hereby stipulate and request as follows:

1.      On September 22, 2025, the Court granted Plaintiffs' motion for preliminary approval and set a Final Approval Hearing for January 28, 2026 (ECF 100). Pursuant to the Court's Order, the Objection/Exclusion Deadline is 60 days after the initial notices were sent out, i.e., January 20, 2026.

2.      Plaintiffs filed their Motion for Attorneys' Fees and Costs on January 6, 2026 (ECF 106). Plaintiffs' Motion for Final Approval of Class Action Settlement is currently due by January 21, 2026 (ECF 105).

3.      On January 16, 2026, the Settlement Administrator, Angeion Group ("Angeion"), notified Class Counsel that 4,145 Settlement Class Members did not receive a Notice of settlement because the email Notice sent to them bounced back and the delivery failures were incorrectly classified by Angeion as "soft bounces" rather than "hard bounces." Under the Court-approved Notice Plan, these Settlement Class Members should have been mailed a postcard notice. Due to this error, however, they were omitted from the postcard mailing population.

4.      Of the 4,145 Settlement Class Member records, 3,931 have complete mailing address information. Upon order of the Court, Angeion is prepared to promptly mail postcard notice to these 3,931 Settlement Class Members and to provide them with a full sixty (60) days from the date of mailing to respond to the Settlement, including by submitting a claim, objection, or request for exclusion.

5.      In order to provide Angeion time to prepare and mail postcard notices to these 3,931 Class Members, and to afford those Settlement Class Members the same 60-day deadline to respond to the Settlement as other Settlement Class Members received, the Parties respectfully request that the Court continue the January 28, 2026 Final Approval Hearing by approximately 85 days, to April 22, 2026 at 2:00 p.m.

6.      The Parties further request that the Court set a deadline for Plaintiffs to file their Motion for Final Approval of Class Action Settlement 7 days prior to the continued hearing date, or April 15, 2026.

7.      The requested modification will not prejudice any party or Settlement Class Member.

8.     The requested modification will not require changes to any other deadlines in this case.

9.     Pursuant to Civil Local Rules 6-2 and 7-12, this stipulation is supported by the declaration of Julian Hammond filed herewith.

10.    The Declaration of Rebecca L. Taylor of Angeion Group re: Implementation of the Notice Plan and Settlement Administration is filed herewith and addresses the Notice process and the misclassification of the 4,145 delivery failures.


       **IT IS SO STIPULATED.**


Dated:  January 20, 2026                                    Respectfully submitted,


                                                           /s/      Ari Cherniak
                                                           Julian Hammond
                                                           Polina Brandler
                                                           Ari Cherniak
                                                           *Attorneys for Plaintiffs and Putative*
                                                           *Classes*




Dated:  January 20, 2026



                                                           /s/      Joel Griswold
                                                           Joel C. Griswold
                                                           Bonnie Keane DelGobbo
                                                           *Attorneys for Defendants*
                                                           DIRECTTOU, LLC AND ALLIANCE
                                                           ENTERTAINMENT, LLC

## ~~PROPOSED~~ ORDER

Pursuant to the stipulation of the Parties and good cause being shown, **IT IS ORDERED** that: The Settlement Administrator shall promptly mail Postcard Notice to all of the Settlement Class Members whose Email Notice delivery failures were hard bounces misclassified as soft bounces *and* for whom complete mailing information is available.  The Settlement Class Members whose Email Notice delivery failures were hard bounces misclassified as soft bounces shall have sixty (60) days from the date of mailing to object, file an opt-out request, and/or submit a claim form.  The deadlines for all other Settlement Class Members to object, file an opt-out request, and/or submit a claim form are unaffected by this Order.

The hearing on Plaintiffs' Motion for Final Approval, and Motion for Attorneys' Fees and Costs, is hereby continued to April 22, 2026, at 2:00 p.m.

The deadline for Plaintiffs to file their Motion for Final Approval of Class Action Settlement is April 15, 2026, seven (7) days prior to the continued hearing date.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: <u>January 20, 2026</u>

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

## Attestation Per N.D. Cal. Local Rule 5-1(i)(3)

I, Ari Cherniak, hereby attest the other signatories hereto have concurred in the filing of the foregoing Joint Stipulation.

*s/ Ari Cherniak*
Ari Cherniak
