JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
Tel. (310) 807-1666
Fax (310) 295-2385

FRANK S. HEDIN (SBN 291289)
fhedin@hedinllp.com
HEDIN LLP
1395 Brickell Ave, Suite 610
Miami, Florida 33131
(305) 357-2107 (Office)
(305) 200-8801 (Fax)

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN HOANG TO**; **JEFFRY HEISE**; and **JOSEPH MULL**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**DIRECTTOU, LLC**, a Delaware Limited Liability Company; and **ALLIANCE ENTERTAINMENT, LLC**, a Delaware Limited Liability Company,<br><br>Defendants. | ) Case No. 3:24-CV-06447-WHO<br>)<br>) **DECLARATION OF JULIAN**<br>) **HAMMOND IN SUPPORT OF**<br>) **PLAINTIFFS' MOTION FOR FINAL**<br>) **APPROVAL OF CLASS ACTION**<br>) **SETTLEMENT**<br>)<br>) Judge:        Hon. William H. Orrick<br>) Courtroom:    2<br>) Hearing Date: April 22, 2026<br>) Hearing Time: 2:00 p.m.<br>)<br>)<br>)<br>)<br>) |

I, Julian Hammond, declare as follows:

1. I am a member in good standing of the Bar of the State of California and counsel of record for the Plaintiffs in the above-captioned matter and the putative Settlement Class. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. I submit this declaration in support of Plaintiffs' Motion for Final Approval of the Class Action Settlement.

3. Following preliminary approval, Class Counsel worked closely with the Settlement Administrator, Angeion Group, throughout the notice and claims administration process, including reviewing and approving the settlement website, coordinating with Angeion to reissue notice to individuals who learned of the settlement but did not receive direct notice or their a copy of their postcard notice, and working with Angeion to assist class members who requested help with claims submissions.

4. Class Counsel also responded to all Class Members who called or emailed with questions regarding the settlement and/or claims submission process.

5. According to Angeion, as of April 14, 2026, it has received a total of 9,385 claims. This represents a 3.2% claims rate. Angeion is in the process of validating and verifying these submissions.

6. According to Angeion, it has not received any objections and has received 56 opt-out requests, 24 of which have been determined to be valid. Class Counsel is not aware of any objections or any other opt-outs.

7. If the Court approves the requests fees, costs, expenses, and service awards in full, the cash settlement represents an average per-Claimant monetary settlement of $105.78 net. This represents significant monetary relief for Settlement Class Members, and is well above the average recovered in comparable cases.

8. All future and current customers will also benefit from the negotiated prospective non-monetary relief. Defendants have modified the Meta pixel settings and have committed to not disclose customers' information, except as permitted under the VPPA and Cal. Civ. Code § 1799.3. Defendants also committed *to remain bound by these obligations*, unless these laws are amended, repealed, or

1

invalidated.

9.  Based on my extensive experience litigating and settling class actions, I remain of the opinion that the Settlement in this case is an excellent result for the Class, particularly in light of the individual arbitration Plaintiffs faced had settlement not been reached.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 16, 2026.

*/s/ Julian Hammond*
Julian Hammond

DECL. OF JULIAN HAMMOND ISO PLAINTIFFS' MOTION FOR FINAL APPROVAL
CASE NO. 3:24-CV-06447-WHO