UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JONATHAN HOANG TO**; **JEFFRY HEISE**; and **JOSEPH MULL**, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

**DIRECTTOU, LLC**, a Delaware Limited Liability Company; and **ALLIANCE ENTERTAINMENT, LLC**, a Delaware Limited Liability Company,

Defendants.

Case No. 3:24-cv-06447-WHO

**DECLARATION OF REBECCA L. TAYLOR OF ANGEION GROUP RE: UPDATED EXCLUSIONS**

I, Rebecca L. Taylor, hereby declare the following is true and correct:

1. I am a Project Manager with Angeion Group, LLC ("Angeion"), located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I am fully familiar with the facts contained herein based upon my personal knowledge, as well as information that has been provided to me by my colleagues in the ordinary course of business at Angeion.

2. Angeion was appointed by the Court to serve as Settlement Administrator and directed to publish the Notice and Claim Form on the Settlement Website and to send direct notice via email in accordance with the Notice Plan called for by the Settlement Agreement. *See* Order Preliminarily Approving Settlement (Dkt. No. 95, ¶¶ 11-12).

3. The purpose of this declaration is to provide the Parties and the Court with an updated validation summary regarding Exclusion Requests submitted.

## REQUESTS FOR EXCLUSION FROM THE SETTLEMENT

4. The initial deadline for Settlement Class Members to request exclusion from the Settlement was January 20, 2026.

5. The deadline for the Supplemental Notice Class Members to request exclusion from the Settlement was April 3, 2026.

6. As of April 20, 2026, Angeion has received 56 requests for exclusion from the Settlement (55 from the initial group and 1 request from the Supplemental Notice Group).

7. Since my prior declaration, filed on April 15, 2026, Angeion has conducted further validation of the exclusion requests received. My prior declaration reported 24 valid exclusion requests. Upon further review, Angeion has provided new determinations validating 21 exclusion requests.

8. A breakdown of these 56 requests is as follows:

   a. 21 are Valid, Timely and from known Settlement Class Members.

b. 3 appear facially Valid and Timely but were not from known Settlement Class Members.

c. 12 are timely, from a known Settlement Class Member, but are deficient.

d. 17 are timely but are deficient and were not from a known Settlement Class Member.

e. 1 is late, though facially valid, and from a known Settlement Class Member.

f. 2 are deficient and late though from known Settlement Class Members.

A true and correct copy of the updated Exclusion List consisting of only the 21 known Settlement Class Members who submitted a Valid and Timely request is attached hereto as **Exhibit A**[1].

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: April 20, 2026

Rebecca L. Taylor

Rebecca L. Taylor

[1] Angeion would like to request that Exhibit B (ECF 109-4) from my previous Declaration (ECF 109) be disregarded.