**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**JONATHAN HOANG TO**; **JEFFRY HEISE**; and **JOSEPH MULL**, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

**DIRECTTOU, LLC**, a Delaware Limited Liability Company; and **ALLIANCE ENTERTAINMENT, LLC**, a Delaware Limited Liability Company,

Defendants.

Case No. 3:24-cv-06447-WHO

**SUPPPLEMENTAL DECLARATION OF REBECCA L. TAYLOR OF ANGEION GROUP**

I, REBECCA L. TAYLOR, hereby declare the following:

1. I am a Project Manager with the class action notice and administration firm Angeion Group, LLC ("Angeion"), whose headquarters are located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I am fully familiar with the facts contained herein based upon my personal knowledge, as well as information that has been provided to me by my colleagues in the ordinary course of business at Angeion.

2. Angeion was appointed by the Court to serve as Settlement Administrator and directed to publish the Notice and Claim Form on the Settlement Website and to send direct notice via email in accordance with the Notice Plan called for by the Settlement Agreement. *See* Order Preliminarily Approving Settlement (Dkt. No. 95, ¶¶ 11-12).

3. The purpose of this declaration is to provide the Parties and the Court with a revised Exclusion List in accordance with the Court's Minute Order (Dkt. No. 113).

**<u>REVISED LIST OF VALID REQUESTS FOR EXCLUSION FROM THE SETTLEMENT</u>**

4. Following the final fairness hearing, and in light of the Court's guidance in its Minute Order (Dkt. No. 113), the Parties agreed to accept as valid an additional six (6) Exclusion Requests that were previously marked as deficient. This increases the total of valid Exclusion Requests submitted by known Class Members to twenty-seven (27).

The six (6) reclassified Exclusion Requests had the following deficiencies:

a. Three (3) were only missing the Case Name and/or Case Number
b. Two (2) were postmarked one (1) day late and were missing the Case Name and/or Case Number
c. One (1) was postmarked one (1) day late with no other deficiencies.

Attached hereto as **Exhibit A** is true and correct list consisting of the twenty-seven (27) Exclusion Requests now considered valid.

5. The Parties have determined seven (7) Exclusion Requests submitted by known Class Members will remain invalid because each lacks a signature.

6. The Parties have been unable to reach agreement regarding two (2) Exclusion Requests and will request that the Court determine whether those requests should be deemed valid. These requests are missing portions of Class Members' addresses, such as City, State, and/or Zip. Attached hereto as **Exhibit B,** to be filed under seal, are true and correct copies of the two (2) disputed Exclusion Requests.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: April 30, 2026

Rebecca L. Taylor

REBECCA L. TAYLOR